1  MELVIN R. GOLDMAN (BAR NO. 34097)
   JORDAN ETH (BAR NO. 121617)
2  TERRI GARLAND (BAR NO. 169563)
   PHILIP T. BESIROF (BAR NO. 185053)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105-2482
   Telephone:  (415) 268-7000
5  Facsimile:  (415) 268-7522

6  Attorneys for Defendants JDS Uniphase
   Corporation, Jay Abbe, Jozef Straus, and Anthony
7  Muller

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION | Master File No. C-02-1486 CW (EDL) |
|---|---|
| This Document Relates To:  All Actions | **STIPULATION AND [PROPOSED] ORDER RE DEFENDANTS' MOTION TO COMPEL** |

1  WHEREAS Defendants JDS Uniphase Corporation, Jay Abbe, Jozef Straus, and Anthony Muller (the "JDSU Defendants") intend to move to compel Lead Plaintiff to produce its fee agreement with counsel;

WHEREAS the parties have met and conferred about this matter;

WHEREAS the parties wish to resolve this matter promptly; and

WHEREAS the parties have agreed to request a shortened schedule for presenting this matter to the Court;

IT IS HEREBY STIPULATED by and between the parties to this action, through their counsel of record, as follows:

1. The parties request the following briefing schedule for the JDSU Defendants' contemplated motion:

- Both parties shall simultaneously submit ten-page letter briefs to the Court on August 2, 2005; and
- Neither party shall submit any additional briefs.

2. The parties request that the Court hear the JDSU Defendants' motion at the same time that it will hear Plaintiff's motion to compel on August 16, 2005.

Dated: July 25, 2005                           MORRISON & FOERSTER LLP

                                               By:  /s/ Philip T. Besirof
                                                    Philip T. Besirof

                                               Attorneys for JDSU Defendants

STIPULATION & [PROPOSED] ORDER RE               1
 DEFS.' MOT. TO COMPEL
Case No. C-02-1486 CW
sf-1969287

| | | |
|---|---|---|
| 1 | Dated: July 25, 2005 | GOODKIND LABATON RUDOFF & SUCHAROW LLP |
| 2 | | Attorneys for Lead Plaintiff, |
| 3 | | |
| 4 | | and |
| 5 | | BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO, |
| 6 | | Liaison Counsel for Lead Plaintiff |

By:   /s/ Lisa Buckser-Schulz
      Lisa Buckser-Schulz

Attorneys for Lead Plaintiff

I, Philip Besirof, am the ECF User whose ID and password are being used to file this Stipulation And [Proposed] Order Re Defendants' Motion To Compel. In compliance with General Order 45, X.B., I hereby attest that Lisa Buckser-Schulz, attorney for Lead Plaintiff, has concurred in this filing.

Dated: July 25, 2005                    MORRISON & FOERSTER LLP

By:   /s/ Philip T. Besirof
      Philip T. Besirof

Attorneys for JDSU Defendants

1 **[~~PROPOSED~~] ORDER**

3 Pursuant to stipulation, IT IS SO ORDERED.

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge