**United States District Court**
For the Northern District of California

1
2
3
4
5                    IN THE UNITED STATES DISTRICT COURT

6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8    In re: JDS UNIPHASE CORPORATION              No. C-02-1486 CW (EDL)
     SECURITIES LITIGATION
9                                                 **ORDER RE: PLAINTIFF HOUSTON
                                                  MUNICIPAL EMPLOYEES' PENSION
10   ─────────────────────────────────           SYSTEM'S MOTION FOR PROTECTIVE
                                                  ORDER**
     This document relates to ALL ACTIONS
11   ──────────────────────────────────/

12

13          On September 26, 2005, the Court received Plaintiff Houston Municipal Employees Pension

     System's letter brief seeking a protective order against depositions by Defendant JDS Uniphase of
14
     Houston's Chairman of the Board, Executive Director and General Counsel.  On September 27, 2005,
15
     Defendant JDS Uniphase responded by letter.  The Court held a hearing in this matter on September 27,
16
     2005.  For the reasons stated at the hearing, it is hereby ordered that JDSU may take the deposition of
17
     Houston's Executive Director.  The deposition shall take place in Houston during the week of October 3,
18
     2005 and shall not exceed three hours.
19
            IT IS SO ORDERED.
20

21   Dated: September 29, 2005                    _Elizabeth D. Laporte_____
                                                  ELIZABETH D. LAPORTE
22                                                United States Magistrate Judge

23

24

25

26

27

28