IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This document relates to ALL ACTIONS                    / | No. C-02-1486 CW (EDL)<br><br>**ORDER CLARIFYING COURT'S ORDER RE: PARTICIPATION OF COUNSEL IN MEET AND CONFER SESSIONS** |

The Court has reviewed the JDSU Defendants' Motion for Appointment of a Special Master, which is on calendar for hearing on February 21, 2006. It appears that the parties have a dispute over whether the Court's statements at the November 8, 2005 hearing and in the November 10, 2005 Order were intended to require the presence of more senior counsel at all meet and confer sessions regarding discovery. See Declaration of Philip Besirof in Support of JDSU Defendants' Motion for Appointment of a Special Master at ¶ 17. This Order clarifies that Barbara Hart for Plaintiffs and either Jordan Eth or Terri Garland for the JDSU Defendants shall participate in all meet and confer sessions regarding discovery.

IT IS SO ORDERED.

Dated: January 20, 2006

　　　　　　　　　　　　　　　　　　　　　　　*Elizabeth D. Laporte*
　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge