[Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C-02-1486 CW (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING: (1) BRIEFING SCHEDULE AND HEARINGS IN CONNECTION WITH DISCOVERY MOTIONS; AND (2) DEADLINE FOR SUBMISSION OF REVISED JOINT DISCOVERY PLAN** |

WHEREAS, on January 17, 2006, JDS Uniphase Corporation, Jozef Straus, Anthony R. Muller, and Charles J. Abbe (collectively, the "JDSU Defendants") moved for appointment of a special master concerning electronic discovery, and Lead Plaintiff opposed that motion on January 31, 2006;

WHEREAS, the JDSU Defendants' reply in support of their motion for appointment of a special master concerning electronic discovery is due by February 7, 2006, and the motion is scheduled to be heard by this Court on February 21, 2006;

WHEREAS, on January 24, 2006, the JDSU Defendants moved to compel further responses to interrogatories;

WHEREAS, Lead Plaintiff's opposition to the motion to compel further responses to interrogatories is due by February 7, 2006, the JDSU Defendants' reply in support of that motion is due by February 14, 2006, and the motion is scheduled to be heard by this Court on February 28, 2006;

WHEREAS, on January 30, 2006, the Court issued an order vacating the discovery conference set for February 16, 2006, pending the Court's ruling on the pending discovery motions;

WHEREAS, the Court's January 30, 2006 Order did not address the deadline for submission of a revised joint discovery plan, which had been set for February 6, 2006, in conjunction with the February 16, 2006 discovery conference;

WHEREAS, Lead Plaintiff has requested a one-week extension of its deadline to oppose the JDSU Defendants' motion to compel further responses to interrogatories so that Lead Plaintiff will have sufficient time to provide a supplemental interrogatory response and the JDSU Defendants will have sufficient time to determine if Lead Plaintiff's supplemental response resolves the parties' dispute;

WHEREAS, after meeting and conferring, the parties agree that Lead Plaintiff's request should be granted; that Lead Plaintiff shall serve a supplemental interrogatory response by February 7, 2006; that in the interest of efficiency and to conserve the resources of the

STIP. AND [PROPOSED] ORDER REGARDING: (1) BRIEFING SCHEDULE AND HEARINGS IN CONN. WITH DISCOVERY MOTIONS; AND (2) DEADLINE FOR REVISED JT. DISCOVERY PLAN
No. C-02-1486 CW (EDL)
sf-2074630

2

parties and the Court, the hearings on the motion to compel and the motion to appoint a special master should be rescheduled to occur on the same date (March 7, 2006); that the briefing schedules for both motions should be modified to reflect the new hearing date; and that in the interest of providing the Court with the most up-to-date information, the deadline for the parties' submission of a revised joint discovery plan should be rescheduled for ten days before the next discovery conference.

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that:

1. Lead Plaintiff shall serve a supplemental interrogatory response by February 7, 2006;

2. The JDSU Defendants' reply in support of their motion for appointment of a special master concerning electronic discovery shall be due by February 14, 2006;

3. Lead Plaintiff's opposition to the JDSU Defendants' motion to compel further responses to interrogatories shall be due by February 14, 2006;

4. The JDSU Defendants' reply in support of their motion to compel further responses to interrogatories shall be due by February 21, 2006;

5. The hearings on the motion to compel further responses to interrogatories and the motion for appointment of a special master concerning electronic discovery shall be continued to March 7, 2006; and

6. The deadline for the parties' submission of a revised joint discovery plan shall be rescheduled to ten days before the next discovery conference.

STIP. AND [PROPOSED] ORDER REGARDING: (1) BRIEFING SCHEDULE AND HEARINGS IN CONN. WITH DISCOVERY MOTIONS; AND (2) DEADLINE FOR REVISED JT. DISCOVERY PLAN
No. C-02-1486 CW (EDL)
sf-2074630

3

Dated: February 6, 2006

JORDAN ETH
TERRI GARLAND
PHILIP T. BESIROF
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522


By:      /s/ Terri Garland
            Terri Garland
   Attorneys for Defendants
   JDS Uniphase Corporation,
   Charles J. Abbe, Jozef Straus, and Anthony Muller

Dated: February 6, 2006

JOSEPH T. TABACCO, JR.
CHRISTOPHER T. HEFFELFINGER
BERMAN DeVALERIO PEASE
  TABACCO BURT & PUCILLO
425 California Street
San Francisco, CA  94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

BARBARA J. HART
JONATHAN M. PLASSE
ANTHONY HARWOOD
MICHAEL W. STOCKER
JON ADAMS
LABATON SUCHAROW & RUDOFF
  LLP
100 Park Avenue
New York, NY  10017-5563
Telephone: (212) 907-0700
Facsimile: (212) 818-0477


By:      /s/ Anthony Harwood
            Anthony Harwood
   Counsel for Lead Plaintiff
   Connecticut Retirement Plans
   and Trust Funds

STIP. AND [PROPOSED] ORDER REGARDING:  (1) BRIEFING SCHEDULE AND HEARINGS IN CONN. WITH DISCOVERY MOTIONS; AND (2) DEADLINE FOR REVISED JT. DISCOVERY PLAN
No. C-02-1486 CW (EDL)
sf-2074630

4

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  February __6__, 2006

_____
HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED* / *Judge Elizabeth D. Laporte*

STIP. AND [PROPOSED] ORDER REGARDING:  (1) BRIEFING SCHEDULE AND HEARINGS IN
CONN. WITH DISCOVERY MOTIONS; AND (2) DEADLINE FOR REVISED JT. DISCOVERY PLAN
No. C-02-1486 CW (EDL)
sf-2074630

5

I, Raymond M. Hasu, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding (1) Briefing Schedule and Hearings in Connection With Discovery Motions; and (2) Deadline for Revised Joint Discovery Plan. In compliance with General Order 45, X.B., I hereby attest that Anthony Harwood, attorney for Lead Plaintiff, has concurred in this filing.

Dated:   February 6, 2006                                MORRISON & FOERSTER LLP


                                                                    By: _____/s/ Raymond M. Hasu_____
                                                                              Raymond M. Hasu
                                                                              Attorneys for Defendants
                                                                              JDS Uniphase Corporation,
                                                                              Charles J. Abbe, Jozef Straus, and
                                                                              Anthony R. Muller

STIP. AND [PROPOSED] ORDER REGARDING:  (1) BRIEFING SCHEDULE AND HEARINGS IN CONN. WITH DISCOVERY MOTIONS; AND (2) DEADLINE FOR REVISED JT. DISCOVERY PLAN
No. C-02-1486 CW (EDL)
sf-2074630

6