1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION | Master File No. C-02-1486 CW |
|---|---|
| This Document Relates To: All Actions | **[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S REQUEST TO FILE DOCUMENTS DESIGNATED CONFIDENTIAL UNDER SEAL**<br><br>Date: March 7, 2006<br>Time: 9:00 a.m.<br>Ctrm: E, 15th Floor<br>Before: Hon. Elizabeth D. Laporte |

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S REQUEST TO FILE DOCUMENTS DESIGNATED
CONFIDENTIAL UNDER SEAL
MASTER FILE NO. C-02-1486 CW (EDL)
sf-2074731

1    Defendants JDS Uniphase, Jozef Straus, Anthony R. Muller, and Charles J. Abbe
2 (collectively, the "JDSU Defendants") have moved the Court to appoint a special master concerning
3 electronic discovery. In opposing that motion, Lead Plaintiff, the Connecticut Retirement Plans and
4 Trust Funds ("CRP"), has filed a request pursuant to Civil Local Rule 79-5(d) to file and reference in
5 its papers certain documents designated as "Confidential" by the JDSU Defendants under the Court's
6 Order Regarding Confidentiality, filed September 21, 2005, or pursuant to the parties' agreement.
7 Pursuant to Rule 79-5(d), CRP lodged with the Court both redacted and un-redacted versions of its
8 Opposition to the Motion of the JDS Defendants For a Special Master ("Motion") and the Declaration
9 of Anthony Harwood in Opposition to the Motion of the JDS Defendants For a Special Master (and
10 the exhibits attached thereto) ("Harwood Declaration").
11    ~~The matter came on for hearing on March 7, 2006.~~ Based on the Declaration of Terri Garland
12 in Support of Lead Plaintiff's Request Pursuant to Civil L.R. 79-5(d) to File Documents Designated
13 Confidential Under Seal, the Court hereby orders that:
14    (1) the un-redacted versions of CRP's Memorandum and the Harwood Declaration lodged
15 with the Court shall be filed under seal;
16    (2) the redacted versions of CRP's Memorandum and the Harwood Declaration lodged with
17 the Court shall not be filed; and
18    (3) Plaintiffs shall lodge with the Court versions of CRP's Memorandum and the Harwood
19 Declaration redacting Exhibits I, R, S, and X and any information contained in those documents, and
20 those redacted versions of CRP's Memorandum and the Harwood Declaration shall be filed in the
21 public record.
22    IT IS SO ORDERED.

24 Dated: __February 9, 2006____

*[Seal: UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED / Judge Elizabeth D. Laporte]*

                                     _____
                                     The Honorable Elizabeth D. Laporte
                                     United States Magistrate Judge

27 Proposed Order submitted by Morrison & Foerster LLP, counsel for the JDSU Defendants.
28
[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S REQUEST TO FILE DOCUMENTS DESIGNATED
CONFIDENTIAL UNDER SEAL
MASTER FILE NO. C-02-1486 CW (EDL)
sf-2074731