1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

OAKLAND DIVISION

12

13

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION | Master File No. C-02-1486 CW |
| This Document Relates To:  All Actions | **[PROPOSED] ORDER GRANTING THE JDSU DEFENDANTS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL** |
| | Date:         March 7, 2006<br>Time:         9:00 a.m.<br>Ctrm:         E, 15th Floor<br>Before:       Hon. Elizabeth D. Laporte |

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      Defendants JDS Uniphase, Jozef Straus, Anthony R. Muller, and Charles J. Abbe

2  (collectively, the "JDSU Defendants") have moved the Court to appoint a special master concerning

3  electronic discovery and have submitted a reply memorandum in support of that motion ("Reply").

4  In connection with their Reply, the JDSU Defendants have filed an administrative motion pursuant to

5  Civil Local Rule 79-5(c) to file certain documents under seal.  Pursuant to Rule 79-5(c), the JDSU

6  Defendants lodged with the Court both redacted and un-redacted versions of their Reply and the

7  Declaration of Philip Besirof in Support of the Reply (and the exhibits attached thereto) ("Besirof

8  Declaration").

9  ~~The matter came on for hearing on March 7, 2006~~.  Based on the Declaration of Raymond M.

10  Hasu in Support of the JDSU Defendants' Administrative Motion to File Documents Under Seal, the

11  Court hereby orders that:

12      (1) the un-redacted versions of the Reply and the Besirof Declaration lodged with the Court

13  shall be filed under seal; and

14      (2) the redacted versions of the Reply and the Besirof Declaration shall be filed in the public

15  record.

16      IT IS SO ORDERED.

17

18  Dated: _____
February 22, 2006

19                    _____
                    The Honorable Elizabeth D. Laporte

20                    United States Magistrate Judge

21  Proposed Order submitted by Morrison & Foerster LLP, counsel for the JDSU Defendants.

22

23

24

25

26

27

28