IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This document relates to ALL ACTIONS | No. C-02-1486 CW (EDL)<br><br>**ORDER REQUIRING FURTHER RESPONSE FROM PLAINTIFF REGARDING ISSUES FOR MAY 10, 2006 DISCOVERY CONFERENCE** |

The Court has reviewed the parties' May 3, 2006 Joint Statement for Use at May 10, 2006 Discovery Conference. Lead Plaintiff did not fully address two issues. See Joint Discovery Statement at 2:n.1; 18:12-15; 32:5-8. No later than 12:00 p.m. on May 8, 2006, Lead Plaintiff shall file a supplemental discovery statement addressing those issues.

IT IS SO ORDERED.

Dated: May 4, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge