[Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS | Master File No. C-02-1486 CW (EDL)<br><br>**STIPULATION AND ORDER REGARDING: REVISED CLASS NOTICE** |

STIP. AND [PROPOSED] ORDER REGARDING: REVISED CLASS NOTICE
Master File No. C-02-1486 CW (EDL)
sf-2129686

1      WHEREAS, on April 6, 2006, the Court issued an Order Granting Lead Plaintiff's
2 Motion For Approval Of Class Notice that attached an approved form of class notice and
3 established a schedule for distributing class notice;
4      WHEREAS, the parties agree that the approved form of class notice should be
5 modified to refer to shares of JDS Uniphase Canada Ltd.;
6      WHEREAS, the parties agree that the modified class notice must be distributed in a
7 manner sufficient to reach purchasers of shares of JDS Uniphase Canada Ltd.; and
8      WHEREAS, the parties agree that the schedule for distributing class notice should be
9 modified so that the parties can agree upon a revised class notice, as well as a manner for
10 distributing the revised notice.
11     IT IS HEREBY STIPULATED by and between the parties, through their counsel of
12 record, that:
13     1.   The schedule for providing class notice in the Court's April 6, 2006 Order
14          Granting Lead Plaintiff's Motion For Approval Of Class Notice is vacated.
15     2.   On or before June 16, 2006, the parties shall submit a revised class notice, as
16          well as a plan for distributing the revised notice, to the Court.
17     3.   In the event that the parties are unable to agree upon a revised class notice or
18          plan for distributing a revised class notice, the parties shall stipulate to a schedule for
19          resolving any such dispute promptly.

STIP. AND [PROPOSED] ORDER REGARDING: REVISED CLASS NOTICE
No. C-02-1486 CW (EDL)
sf-2129686

2

Dated: May 18, 2006

        JORDAN ETH
TERRI GARLAND
PHILIP T. BESIROF
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522


By:      /s/ Jordan Eth
        Jordan Eth
Attorneys for Defendants
JDS Uniphase Corporation,
Charles J. Abbe, Jozef Straus, and Anthony Muller

Dated: May 18, 2006

MICHAEL J. SHEPARD
HOWARD S. CARO
HELLER EHRMAN WHITE &
   McAULIFFE LLP
333 Bush Street
San Francisco, California  94104-2878

MICHAEL L. CHARLSON
HELLER EHRMAN WHITE &
   McAULIFFE LLP
275 Middlefield Road
Menlo Park, California  94025-3506


By:      /s/ Howard S. Caro
        Howard S. Caro

Attorneys for Defendant
KEVIN KALKHOVEN

STIP. AND [PROPOSED] ORDER REGARDING: REVISED CLASS NOTICE
No. C-02-1486 CW (EDL)
sf-2129686

3

Dated: May 18, 2006

                                        JOSEPH T. TABACCO, JR.
                                        CHRISTOPHER T. HEFFELFINGER
                                        BERMAN DeVALERIO PEASE
                                                  TABACCO BURT & PUCILLO
                                        425 California Street
                                        San Francisco, CA  94104-2205
                                        Telephone: (415) 433-3200
                                        Facsimile: (415) 433-6382

                                        BARBARA J. HART
                                        JONATHAN M. PLASSE
                                        ANTHONY HARWOOD
                                        MICHAEL W. STOCKER
                                        JON ADAMS
                                        LABATON SUCHAROW &
                                                  RUDOFF LLP
                                        100 Park Avenue
                                        New York, NY  10017-5563
                                        Telephone: (212) 907-0700
                                        Facsimile: (212) 818-0477


By:       /s/ Anthony Harwood
         Anthony Harwood
   Counsel for Lead Plaintiff
   Connecticut Retirement Plans
   and Trust Funds

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  May 18, 2006              /s/ CLAUDIA WILKEN

                          HONORABLE CLAUDIA WILKEN
                             United States District Judge

I, Jordan Eth, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding: Revised Class Notice.  In compliance with General Order 45, X.B., I hereby attest that Anthony Harwood, attorney for Lead Plaintiff, and Howard Caro, attorney for Kevin Kalkhoven, have concurred in this filing.

Dated:   May 18, 2006                             MORRISON & FOERSTER LLP


                                                  By: _____/s/ Jordan Eth_____
                                                          Jordan Eth
                                                      Attorneys for Defendants
                                                      JDS Uniphase Corporation,
                                                      Charles J. Abbe, Jozef Straus, and
                                                      Anthony R. Muller