IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: JDS UNIPHASE CORPORATION SECURITIES LITIGATION <br><br> This document relates to ALL ACTIONS / | No. C-02-1486 CW (EDL) <br><br> **ORDER SETTING FURTHER DISCOVERY CONFERENCES** |

In a May 15, 2006 joint letter following the May 10, 2006 discovery conference, the parties jointly proposed two further discovery conferences. Accordingly, a discovery conference is scheduled for June 9, 2006 at 9:00 a.m. to address two issues only: (1) production in a searchable format compatible with Concordance of metadata, text and load files for the departmental share drives; and (2) the existence of indices of certain back up tapes. The parties shall exchange drafts of their Joint Discovery Conference Statements no later than May 30, 2006. The parties shall file a Joint Discovery Conference Statement no later than June 2, 2006.

A further discovery conference is scheduled for August 3, 2006 at 9:00 a.m. No later than July 19, 2006, the parties shall exchange lists of topics that they want to address at that conference. No later than July 24, 2006, the parties shall exchange drafts of their Joint Discovery Conference Statements. No later than July 27, 2006, the parties shall file a Joint Discovery Conference Statement.

IT IS SO ORDERED.

Dated: May 19, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge