1 [Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>    ALL ACTIONS | Master File No. C-02-1486 CW (EDL)<br><br>**AMENDED SECOND STIPULATION AND ORDER REGARDING: REVISED CLASS NOTICE** |

AMENDED SECOND STIP. AND [PROPOSED] ORDER REGARDING: REVISED CLASS NOTICE
Master File No. C-02-1486 CW (EDL)
sf-2155518

1  WHEREAS, on May 18, 2006, the Court issued an Order Regarding: Revised Class Notice that established a schedule for submitting the following documents to the Court: (1) a revised class notice; and (2) a revised plan for distributing class notice;

4  WHEREAS, the parties have been working together to prepare a revised class notice and plan for distributing class notice;

6  WHEREAS, the parties' work on the revised class notice and plan for distributing class notice remains ongoing;

8  WHEREAS, the parties agree that the current schedule for submitting the revised class notice and plan for distributing class notice should be modified so that the parties can come to agreement on final versions of these documents; and

11  WHEREAS, on June 16, 2006, the parties submitted a Second Stipulation and [Proposed] Order Regarding: Revised Class Notice, which has not yet been adopted by the Court.

14  IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that:

16  1.  The schedule for submitting a revised class notice and a revised plan for distributing class notice in the Court's May 18, 2006 Order Regarding: Revised Class Notice should be vacated.

19  2.  This Amended Second Stipulation and [Proposed] Order Regarding: Revised Class Notice should replace the Second Stipulation and [Proposed] Order Regarding: Revised Class Notice that the parties submitted to the Court on June 16, 2006.

22  3.  On or before July 21, 2006, the parties shall submit a revised class notice, as well as a plan for distributing the revised notice, to the Court.

24  4.  In the event that the parties are unable to agree upon a revised class notice or plan for distributing a revised class notice, the parties shall stipulate to a schedule for resolving any such dispute promptly.

Respectfully submitted,

Dated: June 30, 2006

        JORDAN ETH
        TERRI GARLAND
        PHILIP T. BESIROF
        MORRISON & FOERSTER LLP
        425 Market Street
        San Francisco, CA  94105-2482
        Telephone: (415) 268-7000
        Facsimile: (415) 268-7522


By:       /s/ Jordan Eth
          Jordan Eth
        Attorneys for Defendants
        JDS Uniphase Corporation,
        Charles J. Abbe, Jozef Straus, and Anthony Muller

Dated: June 30, 2006

        MICHAEL J. SHEPARD
        HOWARD S. CARO
        HELLER EHRMAN LLP
        333 Bush Street
        San Francisco, California  94104-2878

        MICHAEL L. CHARLSON
        HELLER EHRMAN LLP
        275 Middlefield Road
        Menlo Park, California  94025-3506


By:       /s/ Howard S. Caro
          Howard S. Caro

        Attorneys for Defendant
        KEVIN KALKHOVEN

Dated: June 30, 2006

    JOSEPH T. TABACCO, JR.
    CHRISTOPHER T. HEFFELFINGER
    BERMAN DeVALERIO PEASE
        TABACCO BURT & PUCILLO
    425 California Street
    San Francisco, CA  94104-2205
    Telephone: (415) 433-3200
    Facsimile: (415) 433-6382

    BARBARA J. HART
    JONATHAN M. PLASSE
    ANTHONY HARWOOD
    MICHAEL W. STOCKER
    JON ADAMS
    LABATON SUCHAROW &
        RUDOFF LLP
    100 Park Avenue
    New York, NY  10017-5563
    Telephone: (212) 907-0700
    Facsimile: (212) 818-0477


By:    /s/ Anthony Harwood
        Anthony Harwood
    Counsel for Lead Plaintiff
    Connecticut Retirement Plans
    and Trust Funds

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 7, 2006    /s/ CLAUDIA WILKEN

    HONORABLE CLAUDIA WILKEN
    United States District Judge

AMENDED SECOND STIP. AND [PROPOSED] ORDER REGARDING: REVISED CLASS NOTICE    4
No. C-02-1486 CW (EDL)
sf-2155518

1  I, Jordan Eth, am the ECF User whose ID and password are being used to file this

2  Amended Second Stipulation and [Proposed] Order Regarding: Revised Class Notice.  In

3  compliance with General Order 45, X.B., I hereby attest that Anthony Harwood, attorney for

4  Lead Plaintiff, and Howard Caro, attorney for Kevin Kalkhoven, have concurred in this filing.

Dated:   June 30, 2006                              MORRISON & FOERSTER LLP


                                                    By: _____/s/ Jordan Eth_____
                                                              Jordan Eth
                                                    Attorneys for Defendants
                                                    JDS Uniphase Corporation,
                                                    Charles J. Abbe, Jozef Straus, and
                                                    Anthony R. Muller