UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No. C-02-1486 CW<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S REQUEST TO LODGE UNDER SEAL DOCUMENTS DESIGNATED CONFIDENTIAL**<br><br>Date: August 8, 2006<br>Time: 9:00 a.m.<br>Ctrm: E, 15th Floor<br>Before: Hon. Elizabeth D. Laporte |

Lead Plaintiff, the Connecticut Retirement Plans and Trust Funds ("CRP"), has moved the Court to issue letters rogatory to the Superior Court of the Province of Ontario, Canada, compelling Maruice Tavares, Gordon Buchan, and Mario Leduc to provide testimony and documents. In support of that motion, CRP has filed a request pursuant to Civil Local Rule 79-5(d) to file and reference in its papers certain documents designated as "Confidential" by the JDSU Defendants under the Court's Order Regarding Confidentiality, filed September 21, 2005. Pursuant to Rule 79-5(d), CRP lodged with the Court both redacted and un-redacted versions of its Memorandum of Points and Authorities in Support of Lead Plaintiff's Motion for Letters Rogatory ("Memorandum") and the Declaration of Anthony Harwood in Support of Lead Plaintiff's Application for Letters Rogatory (and attached exhibits) ("Harwood Declaration").

The matter came on for hearing on August 8, 2006. Based on the Declaration of Terri Garland in Support of Lead Plaintiff's Request Pursuant to Civil L.R. 79-5(d) to Lodge Under Seal Documents Designated Confidential, the Court hereby orders that:

(1) the un-redacted versions of CRP's Memorandum and the Harwood Declaration lodged with the Court shall be filed under seal;

(2) the redacted versions of CRP's Memorandum and the Harwood Declaration lodged with the Court shall not be filed;

(3) Lead Plaintiff shall lodge with the Court versions of CRP's Memorandum and the Harwood Declaration that have had the following material redacted:

    (a) Exhibits 2, 11, 12, 14, 27, 28, and 31, and any information contained in those documents;

    (b) the pages labeled JDSU 1130279–1130284 in Exhibit 13, and any information contained in those pages; and

    (c) all part numbers from the pages labeled JDSU 0340976–0340980 in Exhibit 22, and any part-number information contained in those pages; and

(4) the redacted versions of CRP's Memorandum and the Harwood Declaration shall be filed in the public record.

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S REQUEST TO LODGE UNDER SEAL DOCUMENTS DESIGNATED CONFIDENTIAL
MASTER FILE NO. C-02-1486 CW (EDL)
sf-2159947

1   IT IS SO ORDERED.

2

3   Dated: __July 21, 2006_____

4   _____
    The Honorable Elizabeth D. Laporte
5   United States Magistrate Judge

6   Proposed Order submitted by Morrison & Foerster LLP, counsel for the JDSU Defendants.

28

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S REQUEST TO LODGE UNDER SEAL DOCUMENTS
DESIGNATED CONFIDENTIAL
MASTER FILE NO. C-02-1486 CW (EDL)
sf-2159947