[Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C-02-1486 CW (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR AN EXPEDITED BRIEFING AND HEARING SCHEDULE** |

1  WHEREAS, on June 30, 2006, Plaintiffs filed a Notice of Motion and Motion for an
2  Expedited Briefing and Hearing Schedule for Plaintiffs' Motion for Letters Rogatory Seeking
3  Judicial Assistance in Compelling Maurice Tavares, Gordon Buchan, and Mario Leduc to
4  Give Testimony and Produce Documents ("Motion for Letters Rogatory");

5  WHEREAS, the parties have agreed that responses to Plaintiffs' Motion for Letters
6  Rogatory should be filed by July 14, 2006, and served by overnight courier, with any reply by
7  Plaintiffs to be filed by July 18, 2006, and served by overnight courier, and that the hearing on
8  Plaintiffs' Motion for Letters Rogatory should be held on July 25, 2006, if that date is
9  convenient for the Court;

10  WHEREAS, on July 5, 2006, Plaintiffs filed a Request Pursuant to Civ. L.R. 79-5(d) to
11  Lodge Under Seal Documents Designated Confidential ("Request to Lodge Under Seal") for
12  certain documents produced and designated as "Confidential" by JDSU that were annexed to
13  the Declaration of Anthony J. Harwood in support of Plaintiffs' Motion for Letters Rogatory;
14  and

15  WHEREAS, pursuant to Civ. L.R. 79-5(d), JDSU must file, within five days of the
16  filing of Plaintiffs' Request to Lodge Under Seal, a declaration establishing that the documents
17  designated "Confidential" are sealable;

18  IT IS HEREBY STIPULATED by and between the parties, through their counsel of
19  record, that:

20  1. Responses to Plaintiffs' Motion for Letters Rogatory shall be filed by
21  July 14, 2006, and shall be served on all parties by overnight courier;

22  2. Plaintiffs' reply (if any) shall be filed by July 18, 2006, and shall be served on
23  all parties by overnight courier;

24  3. ~~Plaintiffs' Motion for Letters Rogatory shall be set for hearing on~~
25  ~~July 25, 2006, if that date is convenient for the Cour~~t; and

26  4. JDSU's declaration in support of Plaintiffs' Request to Lodge Under Seal shall
27  be filed by July 12, 2006.

28

STIP. AND [PROPOSED] ORDER REGARDING EXPEDITED BRIEFING AND HEARING SCHEDULE  2
Master File No. C-02-1486 CW (EDL)

sf-2157249

Respectfully submitted,

Dated: July 6, 2006

                JORDAN ETH
                TERRI GARLAND
                PHILIP T. BESIROF
                MORRISON & FOERSTER LLP
                425 Market Street
                San Francisco, CA 94105-2482
                Telephone: (415) 268-7000
                Facsimile: (415) 268-7522

By:     /s/ Philip T. Besirof
          Philip T. Besirof
Attorneys for Defendants
JDS Uniphase Corporation,
Charles J. Abbe, Jozef Straus, and Anthony Muller

Dated: July 6, 2006

                MICHAEL J. SHEPARD
                HOWARD S. CARO
                HELLER EHRMAN LLP
                333 Bush Street
                San Francisco, California 94104-2878

                MICHAEL L. CHARLSON
                HELLER EHRMAN LLP
                275 Middlefield Road
                Menlo Park, California 94025-3506

By:     /s/ Howard S. Caro
          Howard S. Caro

Attorneys for Defendant
KEVIN KALKHOVEN

STIP. AND [PROPOSED] ORDER REGARDING EXPEDITED BRIEFING AND HEARING SCHEDULE   3
Master File No. C-02-1486 CW (EDL)

sf-2157249

Dated: July 6, 2006

                    JOSEPH T. TABACCO, JR.
                    CHRISTOPHER T. HEFFELFINGER
                    BERMAN DeVALERIO PEASE
                        TABACCO BURT & PUCILLO
                    425 California Street
                    San Francisco, CA  94104-2205
                    Telephone: (415) 433-3200
                    Facsimile: (415) 433-6382

                    BARBARA J. HART
                    JONATHAN M. PLASSE
                    ANTHONY HARWOOD
                    MICHAEL W. STOCKER
                    JON ADAMS
                    LABATON SUCHAROW &
                        RUDOFF LLP
                    100 Park Avenue
                    New York, NY  10017-5563
                    Telephone: (212) 907-0700
                    Facsimile: (212) 818-0477


By:       /s/ Anthony Harwood
          Anthony Harwood
     Counsel for Lead Plaintiff
     Connecticut Retirement Plans
     and Trust Funds

PURSUANT TO STIPULATION, IT IS SO ORDERED. AS MODIFIED. The Court will notify the parties if a hearing on the Motion for Letters Rogatory is necessary.

Dated: _July 21, 2006_

_____
The Honorable Elizabeth D. Laporte
United States Magistrate Judge

[SEAL: IT IS SO ORDERED AS MODIFIED / Judge Elizabeth D. Laporte / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

STIP. AND [PROPOSED] ORDER REGARDING EXPEDITED BRIEFING AND HEARING SCHEDULE    4
Master File No. C-02-1486 CW (EDL)

sf-2157249

**GENERAL ORDER 45 ATTESTATION**

I, Philip T. Besirof, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding: Lead Plaintiffs' Motion for an Expedited Briefing and Hearing Schedule. In compliance with General Order 45, X.B., I hereby attest that Anthony J. Harwood, attorney for Plaintiffs, and Howard S. Caro, attorney for Kevin Kalkhoven, have concurred in this filing.

Dated: July 6, 2006                MORRISON & FOERSTER LLP

By: _____/s/ Philip T. Besirof_____
Philip T. Besirof
Attorneys for Defendants
JDS Uniphase Corporation,
Charles J. Abbe, Jozef Straus, and
Anthony Muller