IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: JDS UNIPHASE CORPORATION SECURITIES LITIGATION | No. C-02-1486 CW (EDL) |
| | **ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE JOINT DISCOVERY CONFERENCE STATEMENT** |
| This document relates to ALL ACTIONS | |

On May 19, 2006, the Court issued an Order reflecting the parties' stipulation that: (1) no later than July 19, 2006, they would exchange lists of topics to be discussed at the August 3, 2006 discovery conference; (2) no later than July 24, 2006, they would exchange drafts of the joint discovery conference statement; and (3) no later than July 27, 2006, they would file the joint statement. On July 24, 2006, the parties called the Court seeking an extension of time to exchange drafts of, and to file, the joint statement. The proposed schedule, which calls for filing the statement by 5:00 p.m. on July 31, is not acceptable to the Court as it gives the Court only two court days to review the issues.

Accordingly, the joint statement shall be filed no later than July 28, 2006 at 5:00 p.m. Pacific Standard Time. No later than July 25, 2006 at 5:00 p.m. Pacific Standard Time, the parties shall exchange their initial drafts of the joint statement. No later than July 28, 2006 at 10:00 a.m. Pacific

//
//
//
//
//

1  Standard Time, the parties shall exchange their second drafts.  No later than July 28, 2006 at 2:00
2  p.m. Pacific Standard Time, the parties shall exchange their final edits.
3  IT IS SO ORDERED.
4  Dated: July 24, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

**United States District Court**
For the Northern District of California