1  [Counsel Listed on Signature Pages]

2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                             **OAKLAND DIVISION**

11

| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION | Master File No. C-02-1486 CW (EDL) |
|---|---|
| This Document Relates To: | **STIPULATION AND ORDER REGARDING: REVISED CLASS NOTICE AND PUBLICATION OF CLASS NOTICE** |
| ALL ACTIONS | |

28  STIP. AND [PROPOSED] ORDER REGARDING:
REVISED CLASS NOTICE AND PUBLICATION OF CLASS NOTICE
Master File No. C-02-1486 CW (EDL)
sf-2161197

1  WHEREAS, on April 6, 2006, the Court issued an Order Granting Lead Plaintiff's Motion for Approval of Class Notice that attached an approved form of class notice and established a schedule for disseminating class notice;

WHEREAS, the parties agreed to modify the approved form of class notice to also refer to shares of JDS Uniphase Canada Ltd.;

WHEREAS, the parties agreed that the modified class notice must be disseminated in a manner sufficient to reach purchasers of shares of JDS Uniphase Canada Ltd;

WHEREAS, the parties have agreed upon a revised class notice, which is attached hereto as Exhibit A;

WHEREAS, the parties have agreed upon a revised summary class notice, which is attached hereto as Exhibit B;

WHEREAS, the Court has not yet approved Exhibits A and B;

WHEREAS, Exhibits A and B must be translated into French before class notice can be disseminated; and

WHEREAS, the parties have agreed upon a plan for translating and disseminating class notice, provided the Court approves Exhibits A and B;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that:

1. Exhibit A should be the class notice mailed to class members.

2. Exhibit B should be the summary class notice published in newspapers.

3. Upon entry of the following proposed order, Lead Plaintiff shall translate Exhibits A and B into French.

4. Once Lead Plaintiff has translated Exhibits A and B into French, Lead Plaintiff shall provide defendants with copies of the French versions of Exhibits A and B, and all parties shall work together to confirm that Exhibits A and B have been translated accurately.

STIP. AND [PROPOSED] ORDER REGARDING:
REVISED CLASS NOTICE AND PUBLICATION OF CLASS NOTICE
No. C-02-1486 CW (EDL)
sf-2161197

2

5. When all parties have confirmed that Exhibits A and B have been translated accurately into French, the parties shall inform the Court of this fact by joint letter.

6. Within 20 days from the date of the letter mentioned in Item 5, above, Lead Plaintiff or its designee shall mail a copy of Exhibit A:

   a. In English and French to all Canadian resident shareholders of JDS Uniphase Corporation ("JDSU") or JDS Uniphase Canada Ltd. ("JDS Canada") identified on the JDSU and JDS Canada shareholder lists previously furnished to Lead Plaintiff by JDSU; and

   b. In English to all other shareholders of JDSU or JDS Canada identified on the JDSU and JDS Canada shareholder lists previously furnished to Lead Plaintiff by JDSU.

7. Within 27 days from the date of the letter mentioned in Item 5, above, Lead Plaintiff or its designee shall:

   a. Publish Exhibit B once in English in each of the following newspapers: the national edition of *The Wall Street Journal* (United States), *The Globe & Mail* (Canada), the *National Post* (Canada), and *The Gazette* (Canada);

   b. Publish Exhibit B once in French in *La Presse* (Canada); and

   c. Post copies of Exhibits A and B (in English and French) on the website identified in Section 22 of Exhibit A.

8. Lead Plaintiff or its designee shall insure that queries about this lawsuit can be answered in English or French.

9. Lead Plaintiff or its designee will provide copies of Exhibits A or B (in English or French) to anyone who requests them.

10. In the event that any dispute arises with respect to the matters addressed in this stipulation and proposed order, the parties shall stipulate to a schedule for resolving any such dispute promptly.

STIP. AND [PROPOSED] ORDER REGARDING:
REVISED CLASS NOTICE AND PUBLICATION OF CLASS NOTICE
No. C-02-1486 CW (EDL)
sf-2161197

3

1 | Dated: July 21, 2006

2 |                                                     JORDAN ETH
TERRI GARLAND
PHILIP T. BESIROF
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

                   By:        /s/ Jordon Eth
                            Jordan Eth
                     Attorneys for Defendants
                     JDS Uniphase Corporation,
                     Charles J. Abbe, Jozef Straus, and Anthony Muller

Dated: July 21, 2006

                     MICHAEL J. SHEPARD
HOWARD S. CARO
HELLER EHRMAN WHITE &
   McAULIFFE LLP
333 Bush Street
San Francisco, California  94104-2878

MICHAEL L. CHARLSON
HELLER EHRMAN WHITE &
   McAULIFFE LLP
275 Middlefield Road
Menlo Park, California  94025-3506


                   By:       /s/ Howard S. Caro
                            Howard S. Caro

                     Attorneys for Defendant
                     KEVIN KALKHOVEN

STIP. AND [PROPOSED] ORDER REGARDING:
REVISED CLASS NOTICE AND PUBLICATION OF CLASS NOTICE
No. C-02-1486 CW (EDL)
sf-2161197

Dated: July 21, 2006

          JOSEPH T. TABACCO, JR.
          CHRISTOPHER T. HEFFELFINGER
          BERMAN DeVALERIO PEASE
              TABACCO BURT & PUCILLO
          425 California Street
          San Francisco, CA  94104-2205
          Telephone: (415) 433-3200
          Facsimile: (415) 433-6382

          BARBARA J. HART
          JONATHAN M. PLASSE
          ANTHONY HARWOOD
          MICHAEL W. STOCKER
          JON ADAMS
          LABATON SUCHAROW &
              RUDOFF LLP
          100 Park Avenue
          New York, NY  10017-5563
          Telephone: (212) 907-0700
          Facsimile: (212) 818-0477

By:    /s/ Anthony Harwood
       Anthony Harwood
    Counsel for Lead Plaintiff
    Connecticut Retirement Plans
    and Trust Funds

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  August 1, 2006          /s/  CLAUDIA WILKEN

          HONORABLE CLAUDIA WILKEN
          United States District Judge

STIP. AND [PROPOSED] ORDER REGARDING:
REVISED CLASS NOTICE AND PUBLICATION OF CLASS NOTICE
No. C-02-1486 CW (EDL)
sf-2161197

5

I, Anthony Harwood, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding: Revised Class Notice and Publication of Class Notice. In compliance with General Order 45, X.B., I hereby attest that Jordon Eth, attorney for Defendants, JDS Uniphase Corporation, Charles J. Abbe, Jozef Straus, and Anthony R. Muller, and Howard Caro, attorney for Kevin Kalkhoven, have concurred in this filing.

Dated: July 21, 2006                                    LABATON, SUCHAROW & RUDOLF LLP


By:   /s/ Anthony Harwood
        Anthony Harwood
        Counsel for Lead Plaintiff
        Connecticut Retirement Plans
        and Trust Funds

STIP. AND [PROPOSED] ORDER REGARDING:
REVISED CLASS NOTICE AND PUBLICATION OF CLASS NOTICE
No. C-02-1486 CW (EDL)
sf-2161197

6