UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No. C-02-1486 CW<br><br>AS MODIFIED<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LETTERS ROGATORY AND REQUIRING LEAD PLAINTIFF TO MAKE JDSU A PARTY TO ANY PROCEEDING BROUGHT TO ENFORCE THE LETTERS ROGATORY**<br><br>Date: August 8, 2006<br>Time: 9:00 a.m.<br>Ctrm: E, 15th Floor<br>Before: Hon. Elizabeth D. Laporte |

1    Lead Plaintiff, the Connecticut Retirement Plans and Trust Funds ("CRP"), has moved the
2    Court to issue letters rogatory to the Superior Court of the Province of Ontario, Canada, compelling
3    Maurice Tavares, Gordon Buchan, and Mario Leduc to provide testimony and documents.  The JDSU
4    Defendants filed a statement of conditional nonopposition under United States law to CRP's motion
5    on July 14, 2006.
6    ~~The matter came on for hearing on August 8, 2006.~~  Based on the parties' submissions, the
7    Court hereby orders that:
8       (1)  CRP's motion is GRANTED, and the Court will issue letters rogatory to the Superior
9    Court of Justice of Ontario, Canada with respect to Messrs. Tavares, Buchan, and Leduc;
10      (2)  In order to safeguard JDSU's ability to seek an appropriate and fair opportunity to
11   participate in any discovery to be taken of Messrs. Tavares, Buchan, and Leduc, and to ensure that
12   JDSU has the opportunity to assert its attorney-client privilege a^(if appropriate)~~nd protect against waiver during~~
13   ~~CRP's efforts to procure evidence from these witnesse~~s, CRP shall make JDSU a party to any
14   proceeding it brings in Canada to seek enforcement of the letters rogatory to be issued with respect to
15   Messrs. Tavares, Buchan, and Leduc; and
16      (3)  All papers to be filed by CRP or JDSU in the Canadian proceedings are to be served
17   by fax and overnight mail on the other parties' United States and Canadian counsel.

19   IT IS SO ORDERED.

21   Dated: __August 4, 2006__

22                                                   _____
                                                     The Honorable Elizabeth D. Laporte
23                                                   United States Magistrate Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Elizabeth D. Laporte]*

25   Proposed Order submitted by Morrison & Foerster LLP, counsel for the JDSU Defendants.

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION FOR LETTERS ROGATORY
MASTER FILE NO. C-02-1486 CW (EDL)
sf-2162063