[Counsel listed on signature page.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:  All Actions | ) Master File No. C-02-1486 CW<br>)<br>) <u>CLASS ACTION</u><br>)<br>) **STIPULATION**<br>) **REGARDING ADMINISTRATION**<br>) <u>**OF OATHS IN FOREIGN COUNTRIES**</u><br>) |

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that:

TSG Reporting and any of its employees are authorized to administer oaths outside the United States for purposes of taking deposition testimony in accordance with Rule 28(b) of the Federal Rules of Civil Procedure.

Dated: August 14, 2006

                                           LABATON SUCHAROW & RUDOFF LLP

                                           By:   /s/ Anthony Harwood

                                           Lead Counsel for Lead Plaintiff
                                           Connecticut Retirement Plans and Trust Funds

|   |   |
|---|---|
|   | BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO |
|   | Liaison Counsel for Lead Plaintiff Connecticut Retirement Plans and Trust Funds |
| Dated: August 14, 2006 | MORRISON & FOERSTER LLP |
|   | By:     /s/ Philip Besirof |
|   | Attorneys for Defendants JDS Uniphase Corporation, Charles J. Abbe, Jozef Straus, and Anthony Muller |
| Dated: August 14, 2006 | HELLER EHRMAN LLP |
|   | By:     /s/ J. Christopher Mitchell |
|   | Attorneys for Defendant Kevin Kalkhoven |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: August 15, 2006

HON. ELIZABETH D. LAPORTE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Elizabeth D. Laporte]*

[C 02-1486 CW] STIPULATION REGARDING ADMINISTRATION OF OATHS IN FOREIGN COUNTRIES        2

1  I, Anthony Harwood, am the ECF User whose ID and password are being used to
2  file this Stipulation and [Proposed] Order Regarding: Administration of Oaths in Foreign
3  Countries.  In compliance with General Order 45, X.B., I hereby attest that Philip Besirof,
4  attorney for Defendants, JDS Uniphase Corporation, Charles J. Abbe, Jozef Straus, and Anthony
5  R. Muller, and Howard Caro, attorney for Kevin Kalkhoven, have concurred in this filing.

7  Dated:  August 14, 2006                    LABATON, SUCHAROW & RUDOLF LLP

8                                             By:      /s/ Anthony Harwood

9                                             Lead Counsel for Lead Plaintiff
                                               Connecticut Retirement Plans and Trust Funds