UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No. C-02-1486 CW<br><br>**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 79-5(d) TO FILE UNDER SEAL DOCUMENTS DESIGNATED CONFIDENTIAL** |

1  On August 22, 2006, Lead Plaintiff Connecticut Retirement Plans and Trust Funds ("CRP"), submitted a Notice of Motion, Motion, and Memorandum of Points and Authorities in Support of Motion Compel Production of Documents ("Motion"). In support of that submission, CRP has filed an administrative motion pursuant to Civil Local Rule 79-5(d) to file and reference in its papers certain documents designated as "Confidential" by the JDSU Defendants under the Court's Order Regarding Confidentiality, filed September 21, 2005. Pursuant to Rule 79-5(d), CRP lodged with the Court both redacted and un-redacted versions of its Motion and the Declaration of Anthony Harwood in Support of Lead Plaintiff's Motion to Compel Production of Documents (and attached exhibits) ("Harwood Declaration").

Based on the Declaration of Philip T. Besirof in Support of Lead Plaintiff's Administrative Motion Pursuant to Civil L.R. 79-5(d) to File Under Seal Documents Designated Confidential, the Court hereby orders that:

(1) The un-redacted versions of CRP's Motion and the Harwood Declaration currently lodged with the Court shall be filed under seal;

(2) The redacted versions of CRP's Motion and the Harwood Declaration currently lodged with the Court shall not be filed; and

(3) Lead Plaintiff shall lodge with the Court revised versions of CRP's Motion and the Harwood Declaration that have the following material redacted: Exhibits 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23 24, 25, 26, 27, 31, 32, 33 (with the exception of JDSU 1940117-119, and JDSU 1940121, which need not be redacted), 34, 35, 36, 37, 38, 39, 40, 41, 42, and 48, and any information contained in those Exhibits; and those redacted versions of CRP's Motion and the Harwood Declaration shall be filed in the public record.

IT IS SO ORDERED.

Dated: September 5, 2006

The Honorable D. Laporte
United States Magistrate Judge

Proposed Order submitted by Morrison & Foerster LLP, counsel for the JDSU Defendants.

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S MOTION TO LODGE UNDER SEAL DOCUMENTS DESIGNATED CONFIDENTIAL
MASTER FILE NO. C-02-1486 CW (EDL)
sf-2186020