1  Joseph J. Tabacco, Jr. (75484)
   Christopher T. Heffelfinger (118058)
2  **BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO**
   425 California Street, 21st Floor
3  San Francisco, CA 94104
   Telephone: (415) 433-3200
4  Facsimile: (415) 433-6382

5  Liaison Counsel for Lead Plaintiff Connecticut Retirement
   Plans and Trust Funds
6
7  Barbara J. Hart
   Jonathan M. Plasse
8  Anthony J. Harwood
   Michael Stocker (179083)
9  Jon Adams
   **LABATON SUCHAROW & RUDOFF LLP**
10 100 Park Avenue, 12th Floor
   New York, New York 10017-5563
11 Telephone: (212) 907-0700
   Facsimile: (212) 818-0477
12
   Lead Counsel for Lead Plaintiff Connecticut Retirement Plans and Trust Funds
13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16  _____
                                    )
17  In re: JDS UNIPHASE             )  Master File No. C-02-1486 CW (EDL)
    CORPORATION SECURITIES          )
18  LITIGATION                      )  [PROPOSED] ORDER TO LEAD
                                    )  PLAINTIFF'S ADMINISTRATIVE
19                                  )  MOTION TO FILE UNDER SEAL
                                    )  DOCUMENTS DESIGNATED AS
20                                  )  CONFIDENTIAL
    _____)
21                                  )
    This Document Relates To:       )
22                                  )
        ALL ACTIONS                 )
23                                  )
                                    )
24                                  )
    _____)
25

26

27

28

1         Lead Plaintiff, the Connecticut Retirement Plans and Trust Funds ("Connecticut"),

2    has moved the Court to compel the production of minutes and draft minutes of meetings of

3    the Board of Directors that were disclosed to Defendant JDS Uniphase's independent auditor,

4    Ernst & Young.  In connection therewith, Connecticut filed and requested permission to

5    reference in the Declaration of Barbara J. Hart ("Hart Declaration") in support of its reply

6    memorandum and in further support of its motion, two documents designated as

7    "Confidential" by the JDSU Defendants under the Court's Order Regarding Confidentiality,

8    filed September 21, 2005.  Pursuant to Rule 79-5(d), Connecticut lodged with the Court both

9    redacted and un-redacted versions of the Hart Declaration (and the exhibits attached thereto).

10        The Court having duly considered the submissions and arguments of counsel, the

11   Court hereby orders that:

12        1)    The un-redacted version of the Hart Declaration lodged with the Court shall

13   be filed under seal;

14        2)    The redacted versions of the Hart Declaration lodged with the Court shall be

15   filed in the public record.

16        IT IS SO ORDERED.

17

18

19   Dated: ___September 18, 2006___

20   ELIZABETH D. LAPORTE
     United States Magistrate Judge

21

22

23

24

25

26

27

28