[Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C-02-1486 CW (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER CLARIFYING DEADLINE FOR MOTION TO COMPEL FACT DISCOVERY** |

1  WHEREAS, on May 18, 2006, the Court entered an Order establishing pretrial and trial deadlines;

2  WHEREAS, the Order establishes a general fact discovery cutoff of September 29, 2006;

3  WHEREAS, the Order establishes a deposition deadline of December 1, 2006;

4  WHEREAS, the Order establishes an expert discovery cutoff of March 19, 2007;

5  WHEREAS, Local Rule 26-2 provides that where the "Court has set separate deadlines for fact and expert discovery, no motions to compel fact discovery may be filed more than 7 court days after the fact discovery cut-off";

6  WHEREAS, Local Rule 26-2 provides that "discovery cut-off," as used in the Rule, means "the date by which all responses to written discovery are due and by which all depositions must be concluded";

7  IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that any motion to compel fact discovery must be filed by December 12, 2006.

Dated: October 5, 2006

MORRISON & FOERSTER LLP

By: /s/ Philip T. Besirof
Philip T. Besirof

Attorneys for Defendants
JDS Uniphase Corporation, Jozef Straus, Anthony R. Muller, and Charles J. Abbe

STIP. AND [PROPOSED] ORDER CLARIFYING DEADLINE FOR MOTION TO COMPEL FACT DISCOVERY
MASTER FILE NO. C-02-1486 CW (EDL)
sf-2205172

1

| | | |
|---|---|---|
| Dated: October 5, 2006 | | HELLER EHRMAN LLP |
| | | By: /s/ Howard S. Caro |
| | | Howard S. Caro |
| | | Attorneys for Defendant Kevin Kalkhoven |
| Dated: October 5, 2006 | | LABATON SUCHAROW & RUDOFF LLP |
| | | BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO |
| | | By: /s/ Anthony J. Harwood |
| | | Anthony J. Harwood |
| | | Liaison Counsel for Lead Plaintiff Connecticut Retirement Plans and Trust Funds |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 6, 2006

IT IS SO ORDERED
Judge Elizabeth D. Laporte

HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

STIP. AND [PROPOSED] ORDER CLARIFYING DEADLINE FOR MOTION TO COMPEL FACT DISCOVERY
MASTER FILE NO. C-02-1486 CW (EDL)
sf-2205172

2

I, Philip T. Besirof, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Clarifying Deadline For Motion To Compel Fact Discovery. In compliance with General Order 45, X.B., I hereby attest that Anthony J. Harwood and Howard S. Caro have concurred in this filing.

Dated: October 5, 2006               MORRISON & FOERSTER LLP


                                     By:   /s/ Philip T. Besirof
                                           Philip T. Besirof

                                           Attorneys for Defendants
                                           JDS Uniphase Corporation, Jozef
                                           Straus, Anthony R. Muller, and Charles
                                           J. Abbe

STIP. AND [PROPOSED] ORDER CLARIFYING DEADLINE FOR MOTION TO COMPEL FACT DISCOVERY
MASTER FILE NO. C-02-1486 CW (EDL)
sf-2205172

3