1  [Counsel listed on signature page.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:  All Actions | Master File No. C-02-1486 CW<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER TO THE ISSUANCE OF LETTERS ROGATORY** |

1       WHEREAS, Lead Plaintiff, Connecticut Retirement Plans and Trust Funds, seeks a
2  Letter Rogatory to the Superior Court of the Province of Ontario, Canada to compel Ken
3  Bradley, who resides at 173 Knudson Dr., Kanata, Ontario, to testify at deposition and produce
4  documents;
5       WHEREAS, Lead Plaintiff also seeks a Letter Rogatory to the Superior Court of the
6  Province of Quebec, Canada to compel Tom Dorval, who resides at 5617 Av Gatineau,
7  Montreal, Quebec H3T 1X6, to testify at deposition and produce documents;
8       WHEREAS, Lead Plaintiff also seeks a Letter Rogatory to the Superior Court of the
9  Province of Ontario, Canada to compel Lou Greco, who resides at 42 Goulding Crescent,
10 Kanata, Ontario K2K 2N9, to testify at deposition and produce documents;
11      WHEREAS, Lead Plaintiff also seeks a Letter Rogatory to the Superior Court of the
12 Province of Ontario, Canada to compel Ileane Nolan, who resides at 355 Melvin Ave., #1401,
13 Hamilton, Ontario L8H 2K9 and 521 Gilmour St, Peterborough, Ontario K9H 2K1, to testify at
14 deposition and produce documents;
15      WHEREAS, the parties wish to resolve the above matters without motion practice;
16      IT IS HEREBY STIPULATED by and between the parties to this action, through their
17 counsel of record, that the Court may issue proposed Letters Rogatory to:
18      (a)  the Superior Court of the Province of Ontario, Canada in the form annexed hereto as
19 Exhibit A, seeking judicial assistance in compelling Ken Bradley to testify at deposition and
20 produce documents; and
21      (b) the Superior Court of the Province of Quebec, Canada in the form annexed hereto as
22 Exhibit B, seeking judicial assistance in compelling Tom Dorval to testify at deposition and
23 produce documents.
24      (c)  the Superior Court of the Province of Ontario, Canada in the form annexed hereto as
25 Exhibit C, seeking judicial assistance in compelling Lou Greco to testify at deposition and
26 produce documents; and
27
28

(d)  the Superior Court of the Province of Ontario, Canada in the form annexed hereto as Exhibit D, seeking judicial assistance in compelling Ileane Nolan to testify at deposition and produce documents.

Respectfully submitted,

Dated:  October 12, 2006                             LABATON SUCHAROW & RUDOFF LLP

                                                     By:    /s/ Anthony J. Harwood

                                                     Lead Counsel for Lead Plaintiff
                                                     Connecticut Retirement Plans and Trust Funds

                                                     BERMAN DeVALERIO PEASE TABACCO
                                                         BURT & PUCILLO

                                                     Liaison Counsel for Lead Plaintiff
                                                     Connecticut Retirement Plans and Trust Funds

Dated:  October 12, 2006                             MORRISON & FOERSTER LLP

                                                     By:    /s/ Philip Besirof

                                                     Attorneys for Defendants
                                                     JDS Uniphase Corporation, Charles J. Abbe, Jozef Straus, and Anthony Muller

Dated:  October 12, 2006                             HELLER EHRMAN LLP

                                                     By:    /s/ Howard S. Caro

                                                     Attorneys for Defendant
                                                     Kevin Kalkhoven

         PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:
                                                     HONORABLE ~~ELIZABETH D. LAPORTE~~
                                                     ~~United States Magistrate~~ Judge
                                                     NANDOR J. VADAS

1    I, Anthony Harwood, am the ECF User whose ID and password are being used to file this
2    Stipulation and [Proposed] Order Regarding: Revised Class Notice and Publication of Class
3    Notice.  In compliance with General Order 45, X.B., I hereby attest that Philip Besirof, attorney
4    for Defendants, JDS Uniphase Corporation, Charles J. Abbe, Jozef Straus, and Anthony R.
5    Muller, and Howard Caro, attorney for Kevin Kalkhoven, have concurred in this filing.

7    Dated:  October 12, 2006                         LABATON, SUCHAROW & RUDOLF LLP

                                                     By:     /s/ Anthony Harwood
                                                             Anthony Harwood
                                                             Counsel for Lead Plaintiff
                                                             Connecticut Retirement Plans
                                                             and Trust Funds