IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This document relates to ALL ACTIONS | No. C-02-1486 CW (EDL)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' APPLICATION FOR ORDER TO SHOW CAUSE** |

On November 1, 2006, the JDSU Defendants filed an Application for Order to Show Cause Why a Contempt Citation Should Not Issue to Jeff Nguyen and Order Compelling Compliance With Subpoena. Any opposition to this Application shall be filed no later than November 9, 2006. Any reply shall be filed no later than November 15, 2006. The Court will notify the parties if a hearing is necessary.

IT IS SO ORDERED.

Dated: November 3, 2006

ELIZABETH D. LAPORTE
United States Magistrate Judge