1 [Counsel listed on signature page.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No. C-02-1486 CW<br><br><u>CLASS ACTION</u><br><br>**STIPULATION FOR EXTENSION OF TIME TO SERVE LEAD PLAINTIFF'S SUPPLEMENTAL INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)** |

1  WHEREAS, pursuant to paragraph 2(e) of Magistrate Judge Laporte's standing Case Management Order, the parties' supplemental initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) were to be served on November 3, 2006;

WHEREAS, Lead Plaintiff, Connecticut Retirement Plans and Trust Funds ("Connecticut") and Defendant Kevin Kalkhoven seek an extension of time to serve their supplemental initial disclosures;

WHEREAS, the parties have met and conferred and wish to resolve this matter without motion practice;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that Connecticut and Mr. Kalkhoven be granted an extension of time until November 13, 2006 to serve their supplemental initial disclosures.

Respectfully submitted,

Dated: November 13, 2006    LABATON SUCHAROW & RUDOFF LLP

By:  /s/ Anthony J. Harwood

Lead Counsel for Lead Plaintiff
Connecticut Retirement Plans and Trust Funds

BERMAN DeVALERIO PEASE TABACCO
  BURT & PUCILLO

Liaison Counsel for Lead Plaintiff
Connecticut Retirement Plans and Trust Funds

Dated: November 13, 2006    MORRISON & FOERSTER LLP

By:  /s/ Philip Besirof

Attorneys for Defendants
JDS Uniphase Corporation, Charles J. Abbe, Jozef Straus, and Anthony Muller

1 | Dated: November 13, 2006        HELLER EHRMAN LLP

2

3                                    By:    /s/ Howard S. Caro

4                                    Attorneys for Defendant
                                     Kevin Kalkhoven
5

6

7        PURSUANT TO STIPULATION, IT IS SO ORDERED.

8  Dated:   November 13, 2006

9                                    _____
                                     HONORABLE ELIZABETH D. LAPORTE
10                                   United States Magistrate Judge

*IT IS SO ORDERED* — Judge Elizabeth D. Laporte

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[C 02-1486 CW] STIPULATION TO THE ISSUANCE OF LETTERS ROGATORY                         2

1    I, Anthony Harwood, am the ECF User whose ID and password are being used to file this
2 Stipulation and [Proposed] Order Regarding: Revised Class Notice and Publication of Class
3 Notice.  In compliance with General Order 45, X.B., I hereby attest that Philip Besirof, attorney
4 for Defendants, JDS Uniphase Corporation, Charles J. Abbe, Jozef Straus, and Anthony R.
5 Muller, and Howard Caro, attorney for Kevin Kalkhoven, have concurred in this filing.

7 Dated:  November 13, 2006                          LABATON, SUCHAROW & RUDOLF LLP

                                                    By:     /s/ Anthony Harwood
                                                            Anthony Harwood
                                                            Counsel for Lead Plaintiff
                                                            Connecticut Retirement Plans
                                                            and Trust Funds