[Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION | Master File No. C-02-1486 CW (EDL) |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO COMPEL FACT DISCOVERY** |

STIP. AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO COMPEL FACT DISCOVERY
MASTER FILE NO. C-02-1486 CW (EDL)
sf-2231793

1  WHEREAS, on May 18, 2006, the Court entered an Order establishing pretrial and
2  trial deadlines;
3  WHEREAS, the Order establishes a deposition deadline of December 1, 2006;
4  WHEREAS, the parties, through their counsel of record, stipulated, and the Court, on
5  October 6, 2006, ordered, that any motion to compel fact discovery must be filed by
6  December 12, 2006;
7  WHEREAS, in order to accommodate work and holiday schedules;
8  IT IS HEREBY STIPULATED by and between the parties, through their counsel of
9  record, that the briefing schedule for motion to compel shall be set as follows:

- Any motion to compel must still be filed on or before December 12, 2006;
- Opposition briefs to any motion to compel shall be filed on or before December 29, 2006;
- Reply briefs to any oppositions to any motion to compel shall be filed on or before January 9, 2007;
- The hearing date for any motion to compel shall be January 23, 2007.

Dated:  December 1, 2006                            MORRISON & FOERSTER LLP


                                                    By:  /s/ Philip T. Besirof
                                                         Philip T. Besirof

                                                    Attorneys for Defendants
                                                    JDS Uniphase Corporation, Jozef
                                                    Straus, Anthony R. Muller, and Charles
                                                    J. Abbe

STIP. AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO COMPEL FACT DISCOVERY    1
MASTER FILE NO. C-02-1486 CW (EDL)
sf-2231793

Dated: December 1, 2006                    HELLER EHRMAN LLP


                                           By:  /s/ Howard S. Caro
                                                Howard S. Caro

                                           Attorneys for Defendant
                                           Kevin Kalkhoven

Dated: December 1, 2006                    LABATON SUCHAROW & RUDOFF LLP

                                           BERMAN DEVALERIO PEASE TABACCO
                                           BURT & PUCILLO


                                           By:  /s/ Anthony J. Harwood
                                                Anthony J. Harwood

                                           Liaison Counsel for Lead Plaintiff
                                           Connecticut Retirement Plans and Trust
                                           Funds


PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 4, 2006

                                           _____
                                           HON. ELIZABETH D. LAPORTE
                                           United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

STIP. AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO COMPEL FACT DISCOVERY     2
MASTER FILE NO. C-02-1486 CW (EDL)
sf-2231793

1  I, Philip T. Besirof, am the ECF User whose ID and password are being used to file
2  this Stipulation and [Proposed] Order Setting Briefing Schedule for Motion To Compel Fact
3  Discovery.  In compliance with General Order 45, X.B., I hereby attest that Anthony J.
4  Harwood and Howard S. Caro have concurred in this filing.

Dated:  December 1, 2006                         MORRISON & FOERSTER LLP

                                                 By:   /s/ Philip T. Besirof
                                                       Philip T. Besirof

                                                       Attorneys for Defendants
                                                       JDS Uniphase Corporation, Jozef
                                                       Straus, Anthony R. Muller, and Charles
                                                       J. Abbe

STIP. AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO COMPEL FACT DISCOVERY
MASTER FILE NO. C-02-1486 CW (EDL)
sf-2231793

3