IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This document relates to ALL ACTIONS | No. C-02-1486 CW (EDL)<br><br>**ORDER GRANTING IN PART LEAD PLAINTIFF'S MOTION FOR EXTENSION OF DISCOVERY PERIOD SOLELY FOR PURPOSES OF CANADIAN NON-PARTY DISCOVERY** |

On December 5, 2006, the Court heard Lead Plaintiff's motion for extension of discovery period solely for purposes of Canadian non-party discovery. For good cause shown, the Court grants Lead Plaintiff's motion as to the following non-party witnesses: Thomas Pitre, Gordon Buchan, and Ken Bradley. The discovery deadline as to these three individuals is extended until the earlier of (a) forty-five (45) days after the service of a Canadian court order compelling those witnesses to testify, or (b) April 2, 2007. The motion is granted without prejudice to seek further extension, or to oppose such extension, in the event that further delays in the Canadian court become imminent. The motion is denied as to the other non-party witnesses named in the motion: Tom Dorval, Lou Greco, Ileane Nolan, Cinzia Cuneo, and Dave Hudson.

This Order disposes of Docket No. 657.

IT IS SO ORDERED.

Dated: December 8, 2006

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge