[Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C-02-1486 CW (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE FOR JDS UNIPHASE'S MOTION FOR PROTECTIVE ORDER** |

1  WHEREAS, on November 27, 2006, JDSU timely filed and served its Notice of Motion and Motion for Protective Order; Supporting Memorandum of Points and Authorities, and the Declaration of Terri Garland;

WHEREAS, JDSU noticed the motion to be heard on January 2, 2007;

WHEREAS, the Court is not available on January 2, 2007;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that the briefing schedule and hearing date for the motion for protective order shall be set as follows:

- The opposition brief to JDS Uniphase's Motion for Protective Order shall be filed on or before December 12, 2006;
- The reply brief to any opposition to JDS Uniphase's Motion for Protective Order shall be filed on or before December 19, 2006;
- The hearing date for JDS Uniphase's Motion for Protective Order shall be January 9, 2007, at 9:00 a.m.

Dated: December 7, 2006                MORRISON & FOERSTER LLP


By:  /s/ Philip T. Besirof
     Philip T. Besirof

     Attorneys for Defendants
     JDS Uniphase Corporation, Jozef
     Straus, Anthony R. Muller, and Charles
     J. Abbe

STIP. AND [PROPOSED] ORDER RE JDSU'S MOTION FOR PROTECTIVE ORDER
MASTER FILE NO. C-02-1486 CW (EDL)
sf-2237707

1

1  Dated: December 7, 2006                    HELLER EHRMAN LLP

2

3                                             By:  /s/ Howard S. Caro
                                                   Howard S. Caro
4
                                              Attorneys for Defendant
5                                             Kevin Kalkhoven

6  Dated: December 7, 2006                    LABATON SUCHAROW & RUDOFF LLP

7                                             BERMAN DEVALERIO PEASE TABACCO
                                              BURT & PUCILLO
8

9
                                              By:  /s/ Anthony J. Harwood
10                                                 Anthony J. Harwood

11                                            Liaison Counsel for Lead Plaintiff
                                              Connecticut Retirement Plans and Trust
12                                            Funds

13

14

15     PURSUANT TO STIPULATION, IT IS SO ORDERED.

16  Dated: December 8, 2006

17
                                              _____
18                                            HONORABLE ELIZABETH D. LAPORTE
                                              United States Magistrate Judge
19

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

I, Philip T. Besirof, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Setting Hearing Date and Briefing Schedule for JDS Uniphase's Motion for Protective Order.  In compliance with General Order 45, X.B., I hereby attest that Anthony J. Harwood and Howard S. Caro have concurred in this filing.

Dated:  December 7, 2006                    MORRISON & FOERSTER LLP


                                            By:   /s/ Philip T. Besirof
                                                  Philip T. Besirof

                                                  Attorneys for Defendants
                                                  JDS Uniphase Corporation, Jozef
                                                  Straus, Anthony R. Muller, and Charles
                                                  J. Abbe