United States District Court
For the Northern District of California

1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

7
8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10  In re: JDS UNIPHASE CORPORATION           No. C-02-1486 CW (EDL)
    SECURITIES LITIGATION
11                                            **ORDER GRANTING IN PART AND
    _____       DENYING IN PART LEAD PLAINTIFF'S
                                              MOTION FOR EXTENSION OF
12  This document relates to ALL ACTIONS      DISCOVERY PERIOD TO CONDUCT
                                         /    DEPOSITIONS**
13

14        Lead Plaintiff's motion is granted in part to allow the deposition of the Nortel 30(b)(6)
15  witness to occur in January 2007, due to the witness's prior unavailability, which provides good
16  cause.  Also, as agreed to by the parties, Lead Plaintiff may take the deposition of Scott Parker after
17  the cutoff.
18        Lead Plaintiff's motion is denied without prejudice insofar as it seeks a blanket extension of
19  the discovery cutoff due to various late-produced documents. The Court will only extend the cutoff
20  as to particular depositions upon a showing that particular late-produced documents establish good
21  cause for that particular discovery.  The Court denies the motion as to the JDSU 30(b)(6) deposition
22  without prejudice because it is the subject of a motion for protective order (docket no.695).
23        This Order disposes of Docket No. 689.
24  IT IS SO ORDERED.
25  Dated: December 13, 2006
                                                    _____
26                                                  ELIZABETH D. LAPORTE
                                                    United States Magistrate Judge
27
28