1  [Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION | Master File No. C-02-1486 CW (EDL) |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER MODIFYING DISCOVERY SCHEDULE** |

1    WHEREAS, on May 18, 2006, the Court entered an Order establishing pretrial and trial deadlines;

2    WHEREAS, on December 18, 2006, the Court held a discovery conference to address scheduling issues;

3    WHEREAS, in order to accommodate the needs of the parties;

4    IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that the discovery schedule shall be modified as follows:

- Plaintiffs' supplemental interrogatory responses shall be served on or before January 12, 2007;
- Experts shall be disclosed, and expert reports shall be served, on or before February 5, 2007;
- Rebuttal experts shall be disclosed, and rebuttal reports shall be served, on or before March 5, 2007; and
- The cut-off date for expert discovery shall be March 23, 2007;

All other pretrial and trial dates set forth in the Court's May 18, 2006 Order shall remain unchanged.

Dated:  December 19, 2006                MORRISON & FOERSTER LLP


                                         By:  /s/ Philip T. Besirof
                                              Philip T. Besirof

                                              Attorneys for Defendants
                                              JDS Uniphase Corporation, Jozef
                                              Straus, Anthony R. Muller, and Charles
                                              J. Abbe

1  Dated: December 19, 2006                     HELLER EHRMAN LLP

3                                                By:  /s/ Howard S. Caro
                                                     Howard S. Caro

                                                 Attorneys for Defendant
                                                 Kevin Kalkhoven

6  Dated: December 19, 2006                     LABATON SUCHAROW & RUDOFF LLP

7                                                BERMAN DEVALERIO PEASE TABACCO
                                                 BURT & PUCILLO

10                                               By:  /s/ Anthony J. Harwood
                                                     Anthony J. Harwood

                                                 Liaison Counsel for Lead Plaintiff
                                                 Connecticut Retirement Plans and Trust
                                                 Funds

15      PURSUANT TO STIPULATION, IT IS SO ORDERED.

16  Dated: December 20, 2006

                                                 _____
                                                 HONORABLE ELIZABETH D. LAPORTE
                                                 United States Magistrate Judge

IT IS SO ORDERED
Elizabeth D. Laporte
United States Magistrate Judge Elizabeth D. Laporte

STIP. AND [PROPOSED] ORDER MODIFYING DISCOVERY SCHEDULE
MASTER FILE NO. C-02-1486 CW (EDL)
sf-2244530

2

I, Philip T. Besirof, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Modifying Discovery Schedule.  In compliance with General Order 45, X.B., I hereby attest that Anthony J. Harwood and Howard S. Caro have concurred in this filing.

Dated:  December 19, 2006                    MORRISON & FOERSTER LLP

                                         By:     /s/ Philip T. Besirof
                                                Philip T. Besirof

                                                Attorneys for Defendants
                                                JDS Uniphase Corporation, Jozef Straus, Anthony R. Muller, and Charles J. Abbe