IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This document relates to ALL ACTIONS<br>_____/ | No. C-02-1486 CW (EDL)<br><br>**ORDER RE: MOTION TO COMPEL FURTHER RESPONSES TO DEFENDANTS' INTERROGATORIES** |

In the papers on Defendants' Motion to Compel Further Responses to Defendants' Interrogatories, Lead Plaintiff represents to the Court that it will supplement its interrogatory responses by January 12, 2007. Lead Plaintiff shall certify to Defendants which of its responses at issue are complete as of that date. Defendants shall file, by 5 p.m. on January 17, 2007, a short supplemental brief identifying the interrogatory responses that remain at issue on their motion to compel despite the supplementation and in what respect. Lead Plaintiff may file a short reply by 5 p.m. on January 18, 2007.

IT IS SO ORDERED.

Dated: January 12, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge