IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JDS UNIPHASE CORPORATION SECURITIES LITIGATION | No. C 02-1486 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S ORDER GRANTING DEFENDANT'S MOTION FOR PROTECTIVE ORDER |

Lead Plaintiff Connecticut Retirement Plans and Trust Funds (Connecticut) objects to Magistrate Judge Laporte's December 22, 2006 order granting Defendant's motion for a protective order quashing Connecticut's November 15, 2006 notice of deposition pursuant to Federal Rule of Civil Procedure 30(b)(6).

The Magistrate Judge's Order is neither clearly erroneous nor contrary to law. The Court therefore DENIES Connecticut's objections and adopts the Order of the Magistrate Judge in full.

IT IS SO ORDERED.

Dated: 1/22/07

_____
CLAUDIA WILKEN
United States District Judge