MORGAN, LEWIS & BOCKIUS LLP
HOWARD HOLDERNESS, State Bar No. 169814
TERA M. HEINTZ, State Bar No. 241414
COURTNEY CRUZ, State Bar No. 240276
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel:   415.442.1000
Fax:  415.442.1001

Attorneys for Third-Party Respondent
CISCO SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE JDS UNIPHASE CORPORATION SECURITIES LITIGATION, | Master File No. C 02-1486 CW<br>AMENDED ORDER GRANTING [PROPOSED] ORDER TO LEAD PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS DESIGNATED AS CONFIDENTIAL<br><br>Date:    January 23, 2007<br>Time:   9:00 a.m.<br>Dept.:   Courtroom of the<br>            Honorable Elizabeth D. Laporte |

Third party respondent Cisco Systems, Inc. ("Cisco") joins Lead Plaintiff's Administrative Motion to File Under Seal Documents Designated as Confidential. In connection with plaintiff's Motion to Compel Further Deposition Testimony and to Require Cisco Systems, Inc. to Search for Documents Responsive to Plaintiff's Prior Discovery Requests, plaintiff cited to documents and deposition testimony designated as "Confidential" by Cisco, under the Court's Order Regarding Confidentiality, filed September 21, 2005. Pursuant to Local Rule 79-5(d), plaintiff lodged with the Court both redacted and un-redacted versions of the *Notice of Motion and Motion to Compel Further Deposition Testimony and to Require Cisco Systems, Inc. to Search for Documents Responsive to Plaintiff's Prior Discovery Requests*; *Supporting Memorandum of Points and Authorities*; and both redacted and un-redacted versions of the

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1-SF/7487722.1                                1.                         Case No. C 02-1486 CW
[Proposed] Order in Support of Plaintiff's Administrative Motion to File Under Seal

*Declaration of Mark I. Labaton in support of the Motion to Compel Further Deposition Testimony and to Require Cisco Systems, Inc. to Search for Documents Responsive to Plaintiff's Prior Discovery Requests.*

The Court having duly considered the submissions ~~and arguments of counsel~~ hereby orders that:

1) The un-redacted version of the *Notice of Motion and Motion to Compel Further Deposition Testimony and to Require Cisco Systems, Inc. to Search for Documents Responsive to Plaintiff's Prior Discovery Requests* and *Supporting Memorandum of Points and Authorities* lodged with the Court by plaintiff shall be filed under seal;

2) The redacted version of the *Notice of Motion and Motion to Compel Further Deposition Testimony and to Require Cisco Systems, Inc. to Search for Documents Responsive to Plaintiff's Prior Discovery Requests* and *Supporting Memorandum of Points and Authorities* lodged with the Court by plaintiff shall be filed in the public record;

3) The un-redacted versions of the *Declaration of Mark I. Labaton in support of the Motion to Compel Further Deposition Testimony and to Require Cisco Systems, Inc. to Search for Documents Responsive to Plaintiff's Prior Discovery Requests* lodged with the Court by plaintiff shall be filed under seal;

4) The redacted versions of the *Declaration of Mark I. Labaton in support of the Motion to Compel Further Deposition Testimony and to Require Cisco Systems, Inc. to Search for Documents Responsive to Plaintiff's Prior Discovery Requests* lodged with the Court by plaintiff shall be filed in the public record.

This order VACATES the Order Denying Lead Plaintiff's Administrative Motion to File Under Seal (docket no. 877).

IT IS SO ORDERED

Dated: _February 5, 2007_____

_____
Elizabeth D. Laporte
United States Magistrate Judge

*[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

*[Stamp: IT IS SO ORDERED AS MODIFIED — signed Elizabeth D. Laporte — Judge Elizabeth D. Laporte]*

Morgan, Lewis &
Bockius LLP
Attorneys At Law
San Francisco

1-SF/7487722.1

2.

Case No. C 02-1486 CW
[Proposed] Order in Support of Plaintiff's Administrative Motion to File Under Seal