1 | LERACH COUGHLIN STOIA GELLER
    RUDMAN & ROBBINS LLP
2 | CHRISTOPHER P. SEEFER (201197)
    SYLVIA WAHBA KELLER (197612)
3 | 100 Pine Street, Suite 2600
    San Francisco, CA 94111
4 | Telephone: 415/288-4545
    415/288-4534 (fax)
5 | chriss@lerachlaw.com
    sylviaw@lerachlaw.com
6 | – and –
    WILLIAM S. LERACH (68581)
7 | SPENCER A. BURKHOLZ (147029)
    655 West Broadway, Suite 1900
8 | San Diego, CA 92101-3301
    Telephone: 619/231-1058
9 | 619/231-7423 (fax)
    billl@lerachlaw.com
10 | spenceb@lerachlaw.com

11 | Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION | Master File No. C-02-1486-CW |
| | CLASS ACTION |
| This Document Relates To: | STIPULATION AND ORDER RELATING CASES AS MODIFIED |
| ALL ACTIONS. | |

1    WHEREAS, plaintiff Central States, Southeast and Southwest Areas Pension Fund represents that, on January 26, 2007, it requested exclusion from *In re JDS Uniphase Corp. Securities Litigation*, in accordance with the procedures set forth in the Notice approved by this Court on August 1, 2006;

WHEREAS, on January 29, 2007, plaintiff Central States, Southeast and Southwest Areas Pension Fund filed a Complaint for Violation of the Federal Securities Laws against JDS Uniphase Corporation and four of its officers and directors that was assigned to the Honorable Jeremy Fogel, captioned *Central States, Southeast and Southwest Areas Pension Fund v. JDS Uniphase Corporation, et al.*, Case No. C-07-0584-JF ("*Central States* Action"); and

WHEREAS, the parties believe the *Central States* Action and *In re JDS Uniphase Corp. Securities Litigation* should be related because (1) the two cases concern substantially the same parties, property, transaction or event, and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges;

NOW THEREFORE, pursuant to Civil Local Rule 3-12, the parties, by and through their counsel, hereby agree and stipulate, subject to Court approval, that the *Central States* Action be related to *In re JDS Uniphase Corp. Securities Litigation* and assigned to the Honorable Claudia Wilken.

DATED:  February 9, 2007                LERACH COUGHLIN STOIA GELLER
                                          RUDMAN & ROBBINS LLP
                                        CHRISTOPHER P. SEEFER
                                        SYLVIA WAHBA KELLER


                                            s/ Christopher P. Seefer
                                          CHRISTOPHER P. SEEFER

                                        100 Pine Street, Suite 2600
                                        San Francisco, CA  94111
                                        Telephone:  415/288-4545
                                        415/288-4534 (fax)

STIPULATION AND [PROPOSED] ORDER RELATING CASES - C-02-1486-CW            - 1 -

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   | LERACH COUGHLIN STOIA GELLER<br>  RUDMAN & ROBBINS LLP<br>WILLIAM S. LERACH |
| 3 |   | SPENCER A. BURKHOLZ<br>655 West Broadway, Suite 1900 |
| 4 |   | San Diego, CA  92101<br>Telephone:  619/231-1058 |
| 5 |   | 619/231-7423 (fax) |
| 6 |   | Attorneys for Plaintiffs |
| 7 | DATED:  February 9, 2007 | MORRISON & FOERSTER LLP<br>JORDAN ETH |
| 8 |   | TERRI GARLAND<br>PHILIP T. BESIROF |
| 9 |   | CHRISTOPHER PATZ |
| 10 |   |   |
| 11 |   |             s/ Christopher Patz             |
| 12 |   | CHRISTOPHER PATZ |
| 13 |   | 425 Market Street<br>San Francisco, CA  94105-2482 |
| 14 |   | Telephone:  415/268-7000<br>415/268-7522 (fax) |
| 15 |   | Attorneys for Defendants JDS Uniphase |
| 16 |   | Corporation, Charles J. Abbe, Jozef Straus, and<br>Anthony Muller |
| 17 | DATED:  February 9, 2007 | HELLER EHRMAN WHITE & McAULIFFE<br>LLP |
| 18 |   | MICHAEL J. SHEPARD<br>HOWARD S. CARO |
| 19 |   | 333 Bush Street<br>San Francisco, CA  94104-2878 |
| 20 |   |   |
| 21 |   |   |
| 22 |   |              s/ Howard S. Caro              <br>HOWARD S. CARO |
| 23 |   | HELLER EHRMAN WHITE & McAULIFFE |
| 24 |   | LLP<br>MICHAEL L. CHARLSON |
| 25 |   | 275 Middlefield Road<br>Menlo Park, CA  94025-3506 |
| 26 |   | Attorneys for Defendant Kevin Kalkhoven |
| 27 |   |   |
| 28 |   |   |

STIPULATION AND [PROPOSED] ORDER RELATING CASES - C-02-1486-CW            - 2 -

| | |
|---|---|
| DATED:  February 9, 2007 | LABATON SUCHAROW & RUDOFF LLP<br>BARBARA J. HART<br>JONATHAN M. PLASSE<br>ANTHONY HARWOOD<br>MICHAEL W. STOCKER<br>JON ADAMS<br>100 Park Avenue<br>New York, NY  10017-5563<br>Telephone:  212/907-0700<br>212/818-0477 (fax) |
| | <u>        s/ Anthony Harwood                   </u><br>ANTHONY HARWOOD |
| | BERMAN DeVALERIO PEASE TABACCO<br>  BURT & PUCILLO<br>JOSEPH T. TABACCO, JR.<br>425 California Street<br>San Francisco, CA  94104-2205<br>Telephone:  415/433-3200<br>415/433-6382 (fax) |
| | Counsel for Lead Plaintiff Connecticut<br>Retirement Plans and Trust Funds |

I, Christopher P. Seefer, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Relating Cases.  In compliance with General Order 45, X.B., I hereby attest that Christopher Patz, Howard S. Caro and Anthony Harwood have concurred in this filing.

<u>        s/ Christopher P. Seefer        </u><br>CHRISTOPHER P. SEEFER

*     *     *

PURSUANT TO STIPULATION, IT IS SO ORDERED.  **ALL DATES SET IN 02-1486 WILL APPLY TO THE RELATED CASE UNLESS THE COURT ORDERS OTHERWISE, ON GOOD CAUSE SHOWN.**

DATED:  _2/14/07_____     _/s/ Claudia Wilken_____
THE HONORABLE CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

T:\CasesSF\JDSUniphase\STP00038697.doc

STIPULATION AND [PROPOSED] ORDER RELATING CASES - C-02-1486-CW         - 3 -

CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I further certify that I caused this document to be forwarded to the following designated Internet site at: http://securities.lerachlaw.com/.

s/ Christopher P. Seefer
CHRISTOPHER P. SEEFER
LERACH COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (Fax)
E-mail:CSeefer@lerachlaw.com