UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

FILED
FEB 1 4 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

An unopposed Motion for Administrative Relief to Consider Whether Cases Should be Related(Civil L.R. 3-12) and Stipulation have been filed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case that I have initialed below is related to the case assigned to me, and such case shall be reassigned to me.

**C 02-01486 CW**     In re JDS Uniphase Corporation Securities Litigation

**C 07-00584 JF**     Central States, Southeast and Southwest Areas Pension Fund v. JDS Uniphase Corporation et al

I find that the above case is related to the case assigned to me. __CW__

## ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge ("CW") immediately after the case number. The case management conference previously set in C-07-00584 is vacated. **All dates set in C-02-1486 will apply to the newly reassigned case unless the Court orders otherwise, on good cause shown.**

Dated: 2/14/07

_Claudia Wilken_
Judge Claudia Wilken

-1-

## CERTIFICATE OF SERVICE

I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

**Richard W. Wieking, Clerk**

**DATED:** _____       **By:** _____
                                                                        **Deputy Clerk**

Copies to:  Courtroom Deputies
            Case Systems Administrators
            Counsel of Record
Entered into Assignment Program: _____(date)