**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This document relates to ALL ACTIONS / | No. C-02-1486 CW (EDL)<br><br>**ORDER GRANTING LEAVE TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION** |

Having again reviewed <u>in camera</u> the Board meeting minutes for March 24, and April 28, 2000, the Court determines that the second sentence of the redacted paragraph of the April 28, 2000 minutes is clearly opinion work product and will not be subject to reconsideration. As to the redacted portion of the March 24, 2000 minutes and the first sentence of the redacted paragraph of the April 28, 2000 minutes, Defendant shall file a short brief in opposition to granting leave by March 2, 2007, which should include the issues whether those redacted portions reflect opinion work product, subject to higher protection, and, if the Court concludes they do not, whether those redacted portions address the substantial need for materials that Plaintiff articulates based on the failure of recollection by witnesses who would be expected to recall, as identified in Plaintiff's motion for leave to file a motion for partial reconsideration.

IT IS SO ORDERED.

Dated: February 27, 2007

*/s/ Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge