[Counsel Listed on Signature Pages]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C-02-1486 CW (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SUMMARY JUDGMENT SCHEDULE** |

STIPULATION AND [PROPOSED] ORDER MODIFYING SUMMARY JUDGMENT SCHEDULE
MASTER FILE NO. C-02-1486 CW (EDL)
sf-2278461

WHEREAS, due to the unavailability of the Court, the existing hearing date for the parties' motions for summary judgment is no longer practicable;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that the summary judgment schedule should be modified as follows:

- Last day to file summary judgment motions shall be April 26, 2007;
- Opposition to summary judgment and cross-motion for summary judgment shall be due June 7, 2007;
- Opposition to cross-motion shall be due June 28, 2007, by 12:00 p.m. Pacific time;
- Reply briefs in support of summary judgment and cross-motion shall be due July 5, 2007;
- Hearing on summary judgment motion and cross-motion will occur on July 26, 2007;
- Further case management conference will be held on July 26, 2007; and
- All other pretrial and trial dates set forth in the Court's May 18, 2006 Order shall remain unchanged.

Dated:  March 5, 2007                MORRISON & FOERSTER LLP


                                     By:  /s/ Philip T. Besirof
                                          Philip T. Besirof

                                          Attorneys for Defendants
                                          JDS Uniphase Corporation, Jozef
                                          Straus, Anthony R. Muller, and Charles
                                          J. Abbe

STIPULATION AND [PROPOSED] ORDER MODIFYING SUMMARY JUDGMENT SCHEDULE
MASTER FILE NO. C-02-1486 CW (EDL)
sf-2278461

1

| | |
|---|---|
| Dated: March 5, 2007 | HELLER EHRMAN LLP |
| | By: /s/ Howard S. Caro |
| |     Howard S. Caro |
| | Attorneys for Defendant<br>Kevin Kalkhoven |
| Dated: March 5, 2007 | LABATON SUCHAROW & RUDOFF LLP |
| | BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO |
| | By: /s/ Anthony J. Harwood |
| |     Anthony J. Harwood |
| | Liaison Counsel for Lead Plaintiff Connecticut Retirement Plans and Trust Funds |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 7, 2007

HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
*[signature: Elizabeth D. Laporte]*
Judge Elizabeth D. Laporte

1   I, Philip T. Besirof, am the ECF User whose ID and password are being used to file
2 this Stipulation and [Proposed] Order Modifying Summary Judgment Schedule. In
3 compliance with General Order 45, X.B., I hereby attest that Anthony J. Harwood and
4 Howard S. Caro have concurred in this filing.

Dated: March 5, 2007  MORRISON & FOERSTER LLP

By:  /s/ Philip T. Besirof
     Philip T. Besirof

     Attorneys for Defendants
     JDS Uniphase Corporation, Jozef
     Straus, Anthony R. Muller, and Charles
     J. Abbe