**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This document relates to ALL ACTIONS | No. C-02-1486 CW (EDL)<br><br>**PLAINTIFFS' [PROPOSED] ORDER ESTABLISHING EXPEDITED SCHEDULE FOR DISCOVERY MOTION; ORDER SETTING HEARING** |

WHEREAS, the parties have reached an impasse regarding the adequacy of certain of Plaintiffs' responses to JDSU's First Set of Requests for Admission and Charles Abbe's First Set of Interrogatories.

WHEREAS, the Court has determined that expedited briefing is appropriate to resolve this dispute;

IT IS HEREBY ORDERED that the briefing schedule for the JDSU Defendants' motion regarding the above-listed discovery shall be as follows:

- The JDSU Defendants shall manually file and serve an unredacted version of their motion, with a courtesy copy of their motion to the Court by March 1, 2007, no later than 4 p.m. Defendants shall file a redacted copy of their motion by the following day;

- Plaintiffs shall serve an unredacted copy of their opposition brief on Defendants by email no later than 4:00 p.m. on March 5, 2007. Plaintiffs shall also provide the Court with a courtesy copy of their unredacted brief in hard-copy format. Plaintiffs shall file a redacted copy of their brief in the public file by March 6, 2007;

- The JDSU Defendants shall serve an unredacted copy of their reply brief on Plaintiffs

by email no later than 4 p.m. on March 6, 2007, with a courtesy copy of their unredacted brief to the Court in hard-copy format. The JDSU Defendants shall file a redacted copy of their brief in the public file by March 7, 2007.

The JDSU Defendants' motion and Plaintiffs' motion for leave to file motion for reconsideration will be heard on March 9, 2007 at 9:00 a.m in Courtroom E. The parties may appear telephonically, if they wish to do so, by filing a notice of intent to appear by telephone by 4 p.m., March 8, 2007.

IT IS SO ORDERED.

Dated: March 8, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

2