IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This document relates to ALL ACTIONS<br>_____/ | No. C-02-1486 CW (EDL)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MARCH 14, 2007 LETTER BRIEFS** |

Having been granted leave to submit letter briefs on expert discovery disputes, Defendant Kalkhoven and Defendants Straus, Abbe and Muller filed letter briefs seeking to preclude Plaintiffs from submitting expert testimony raised in Dr. Seyhun's rebuttal report regarding Defendants' stock sales and/or motives for those sales, or in the alternative, to grant leave to designate a new rebuttal expert and further depose Dr. Seyhun, and to compel Plaintiffs to produce data underlying the expert opinions. (Docket Nos. 991 and 992.) The parties have not agreed to a further briefing schedule. See 3/19/2007 Harwood Letter to Court (docket no. 999).

Plaintiff shall file a responsive letter brief by 4 p.m., March 23, 2007. Defendants may file reply letter briefs by 4 p.m., March 27, 2007. If the parties submit the letter briefs for filing under seal, the parties may lodge unredacted chambers copies on the due date and electronically file the redacted version the next court day.

IT IS SO ORDERED.

Dated: March 19, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge