1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE JDS UNIPHASE CORPORATION                    No. C 02-1486 CW
SECURITIES LITIGATION

                                                  ORDER GRANTING
                                                  PLAINTIFF CENTRAL
                                                  STATES, SOUTHEAST
                                                  AND SOUTHWEST AREAS
                                                  PENSION FUND'S
                                                  MOTION FOR PARTIAL
                                                  RELIEF FROM THE
                                                  COURT'S FEBRUARY 14
                                                  RELATED CASE ORDER
                                                  AND FEBRUARY 15
                                                  CONSOLIDATION ORDER

_____/

     Plaintiff Central States, Southeast and Southwest Areas

Pension Fund (Central States) moves for partial relief from the

Court's February 14, 2007 Related Case Order and February 15, 2007

Consolidation Order.  Defendants JDS Uniphase Corporation, Charles

Abbe, Jozef Straus and Anthony Muller do not oppose granting

Central States relief from the order, and request that the Court

stay the case.  Lead Plaintiffs have not responded to the motion.

The matter will be submitted on the papers.

United States District Court
For the Northern District of California

1    Having considered all of the papers submitted by the parties,

2   the Court hereby grants Central States' motion for partial relief

3   from the Court's orders.  Central States, Lead Plaintiffs and

4   Defendants shall meet and confer regarding an appropriate schedule

5   and submit a joint case management statement one week prior to a

6   case management conference to be held on Tuesday, May 1, 2007 at

7   2:00.  Lead Plaintiffs shall appear at the case management

8   conference, but may do so by telephone.  The Court is not inclined

9   to stay the case, but if Defendants wish to file a formal motion to

10  stay, they may file a properly noticed motion to be heard on that

11  date.

12

13       IT IS SO ORDERED.

14

15  Dated:  3/22/07

                                    _____
16                                  CLAUDIA WILKEN
                                    United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28
                                      2