IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This document relates to ALL ACTIONS<br>_____ / | No. C-02-1486 CW (EDL)<br><br>**ORDER DENYING DEFENDANT KALKHOVEN'S MOTION TO STRIKE REBUTTAL REPORT OF SEYHUN AS TO TRADING BY KALKHOVEN AND GRANTING THE JDSU DEFENDANTS' MOTION TO STRIKE AS TO TRADING BY STRAUS, MULLER AND ABBE** |

Defendant Kalkhoven moved to strike the Rebuttal Report of Plaintiffs' expert, Professor Seyhun, in its entirety and the JDSU defendants moved to strike those portions of the same report referring to trading in JDSU stock by his JDSU co-defendants. Kalkhoven's opening expert report by Professor Guay opined that Kalkhoven's trading patterns were consistent with the objective of diversification and liquidity, as evidence that Kalkhoven did not improperly trade on insider information. The report did not address trading by any of the JDSU co-defendants. The report by Professor Seyhun opines that no evidence shows that Kalkhoven actually did achieve diversification or liquidity and that his sales of JDSU stock are consistent with profiting from inside information. Plaintiff's report attempts to bolster the latter conclusion with correlations between Kalkhoven's trading patterns and those of his JDSU co-defendants.

The question whether the Seyhun report is proper rebuttal insofar as it addresses Kalkhoven is a close one; the better practice would have been to disclose the report initially. Nonetheless, the Seyhun report does respond to and attempt to refute the opinions in the Guay report about the rationale for Kalkhoven's trading in JDSU stock. The Seyhun report crosses the line, however, in attempting to tie the subject of the co-defendants' trading in JDSU stock to the coattails of Guay's

analysis of Kalkhoven's trading, when that analysis makes no mention of the co-defendants. Accordingly, Kalkhoven's motion to strike is denied as to the portions of the Seyhun report addressing his trading, but the motions of Kalkhoven and JDSU are granted as to the portions of the report addressing trading by Straus, Miller and Abbe.

Further, Kalkhoven's request in the alternative that he be allowed to submit a rebuttal to the portions of the Seyhun report that remain is granted, given the closeness of the issue, provided that it is produced promptly. In particular, since Kalkhoven has already had the Seyhun report for some time and it is relatively straightforward, the rebuttal report must be provided by April 5, and the rebuttal expert must be made available for deposition on or before April 12.

IT IS SO ORDERED.

Dated: March 28, 2007

ELIZABETH D. LAPORTE
United States Magistrate Judge