1    [Counsel listed on signature page.]

2

3

4

5

6

7                                                    )
                                                     )    Master File No. C-02-1486 CW (EDL)
8    In re JDS UNIPHASE CORPORATION                  )
     SECURITIES LITIGATION                           )
9                                                    )    CLASS ACTION
     This Document Relates To:  All Actions          )
10                                                   )    STIPULATION AND [PROPOSED]
                                                     )    ORDER REGARDING EXTENSION OF
11                                                   )    CANADIAN NON-PARTY DISCOVERY
                                                     )

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1     WHEREAS, pursuant to the Court's Order dated December 8, 2006, Lead Plaintiff,

2  Connecticut Retirement Plans and Trust Funds ("Lead Plaintiff"), was granted until April 2, 2007 to

3  complete discovery with respect to Canadian non-party witnesses Thomas Pitre, Ken Bradley and

4  Gordon Buchan; and

5     WHEREAS, pursuant to the same December 8, 2006 Order, the Court granted Lead

6  Plaintiff the right to make a renewed request to extend the discovery deadline with respect to these

7  Canadian non-party witnesses; and

8     WHEREAS, the parties met and conferred on March 29, 2007 regarding an additional

9  extension of the discovery deadline with respect to these Canadian witnesses;

10     IT IS HEREBY STIPULATED by and between the parties, through their counsel of record,

11  that the parties jointly request that the Court grant Lead Plaintiff until May 15, 2007 to complete

12  discovery with respect to Thomas Pitre, Ken Bradley and Gordon Buchan.

13     IT IS HEREBY FURTHER STIPULATED that this joint request shall not waive Lead

14  Plaintiff's right to request an additional discovery extension, nor shall it waive Defendants' right to

15  oppose any future request to extend the discovery deadline.

16  Respectfully submitted,

17

18  Dated:  March 30, 2007          LABATON SUCHAROW & RUDOFF LLP

19

20                                 By:    /s/ Michael W. Stocker
                                        Michael W. Stocker

21                                 Lead Counsel for Lead Plaintiff
22                                 Connecticut Retirement Plans and Trust Funds

23                                 BERMAN DeVALERIO PEASE TABACCO
                                      BURT & PUCILLO

24
25                                 Liaison Counsel for Lead Plaintiff
                                   Connecticut Retirement Plans and Trust Funds

26

27

28

1     Dated:  March 30, 2007         MORRISON & FOERSTER LLP

2

3                                  By:     /s/ Philip T. Besirof
                                          Philip T. Besirof

4                                  Attorneys for Defendants

5                                  JDS Uniphase Corporation, Charles J. Abbe, Jozef
                                 Straus, and Anthony Muller

6

7     Dated:  March 30, 2007         HELLER EHRMAN LLP

8

9                                  By:     /s/ Howard S. Caro
                                          Howard S. Caro

10

11                                  Attorneys for Defendant
                                 Kevin Kalkhoven

12

13

14

15

16          PURSUANT TO STIPULATION, IT IS SO ORDERED

17     Dated:      March 30, 2007

18                                HONORABLE ELIZABETH D. LAPORTE
                               United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

1    I, Michael W. Stocker, am the ECF User whose ID and password are being used to file this

2  Stipulation and [Proposed] Order Regarding: Extension of Discovery Period Solely for the Purpose

3  of Canadian Non-Party Discovery.  In compliance with General Order 45, X.B., I hereby attest that

4  Philip Besirof, attorney for Defendants JDS Uniphase Corporation, Charles J. Abbe, Jozef Straus,

5  and Anthony R. Muller, and Howard Caro, attorney for Kevin Kalkhoven, have concurred in this

6  filing.

7

8  Dated:  March 30, 2007                              LABATON, SUCHAROW & RUDOLF LLP

9

10                                                 By:  ____/s/ Michael W. Stocker_____

11                                                       Michael W. Stocker
                                                         Counsel for Lead Plaintiff
12                                                       Connecticut Retirement Plans
                                                         and Trust Funds
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28