MICHAEL J. SHEPARD (Bar No. 91281)
HOWARD S. CARO (Bar No. 202082)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
michael.shepard@hellerehrman.com
howard.caro@hellerehrman.com

MICHAEL L. CHARLSON (Bar No. 122125)
J. CHRISTOPHER MITCHELL (Bar No. 215639)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
michael.charlson@hellerehrman.com
chris.mitchell@hellerehrman.com

Attorneys for Defendant
KEVIN KALKHOVEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯<br>This Document Relates to:<br><br>ALL ACTIONS.<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | Master File No. C-02-1486 CW (EDL)<br>CLASS ACTION<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING SCHEDULE FOR SUBMISSION OF REBUTTAL EXPERT REPORT**<br><br>The Honorable Elizabeth D. Laporte |

Heller
Ehrman LLP

Defendant Kevin Kalkhoven; Defendants JDS Uniphase Corporation, Jozef Straus, Anthony Muller, and Charles Abbe (collectively, the "JDSU Defendants"); and Lead Plaintiff Connecticut Retirement Plans and Trust Funds ("Lead Plaintiff") respectfully submit this stipulation and proposed order extending the schedule pursuant to which Mr. Kalkhoven's expert witness may serve a rebuttal to the Rebuttal Report of Professor H. Nejat Seyhun Ross School of Business, University of Michigan to the Report of the Defense Expert, Professor Wayne R. Guay (the "Seyhun Report").

**WHEREAS**, Lead Plaintiff served the Seyhun Report on March 5, 2007;

**WHEREAS**, Mr. Kalkhoven and JDSU Defendants each filed letter briefs requesting the Court to strike the Seyhun Report;

**WHEREAS**, Mr. Kalkhoven requested, in the alternative, leave to file a rebuttal to the Seyhun Report;

**WHEREAS**, on March 28, 2007, the Court issued its Order Denying Defendant Kalkhoven's Motion to Strike Rebuttal Report of Seyhun as to Trading by Kalkhoven and Granting the JDSU Defendants' Motion to Strike as to Trading by Straus, Muller and Abbe (the "Order"), which required that Mr. Kalkhoven submit a rebuttal to the Seyhun Report on April 5, 2007, and that Mr. Kalkhoven's rebuttal expert be made available for deposition no later than April 12, 2007;

**WHEREAS**, on April 2, 2007, Lead Plaintiff filed an objection to the Order (the "Objection");

**WHEREAS**, the scope and subject matter of the rebuttal to the Seyhun Report will not be resolved until the Court decides on Lead Plaintiff's Objection;

**NOW THEREFORE**, the parties hereby stipulate and agree as follows:

1. Mr. Kalkhoven may submit a rebuttal to the Seyhun Report five court days after the Court's resolution of Lead Plaintiff's Objection;

//

//

//

Heller Ehrman LLP

2. The deposition of Mr. Kalkhoven's rebuttal expert shall take place no later than seven calendar days following the filing of the rebuttal to the Seyhun Report.

IT IS SO STIPULATED AND AGREED.

DATED: April 3, 2007                               HELLER EHRMAN LLP


                                                   By /s/ Howard S. Caro
                                                      Howard S. Caro

                                                   Attorneys for Defendant
                                                   KEVIN KALKHOVEN


DATED: April 3, 2007                               MORRISON & FOERSTER LLP


**\* With Express Authorization**                  By /s/ Philip T. Besirof\*
                                                      Philip T. Besirof

                                                   Attorneys for Defendants
                                                   JDS UNIPHASE CORPORATION, JOZEF
                                                   STRAUS, ANTHONY MULLER and CHARLES
                                                   ABBE

DATED: April 3, 2007                               LABATON SUCHAROW & RUDOFF LLP


                                                   By /s/ Mark S. Arisohn\*
**\* With Express Authorization**                     Mark S. Arisohn

                                                   Attorneys for Lead Plaintiff
                                                   CONNECTICUT RETIREMENT PLANS AND
                                                   TRUST FUNDS


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: April 4, 2007                               By _____
                                                      Honorable
                                                      United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Elizabeth D. Laporte]*

2

1  I, Howard S. Caro, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Schedule for Submission of Rebuttal Expert Report.  Pursuant to Northern District of California General Order No. 45 for Electronic Case Filing, I attest that Philip T. Besirof and Mark S. Arisohn have concurred in this filing.  I will maintain documents supporting such concurrence in our files that can be made available for inspection upon request.

DATED:  April 3, 2007              HELLER EHRMAN LLP


                                   By  /s/ Howard S. Caro
                                       Howard S. Caro

                                   Attorneys for Defendant
                                   KEVIN KALKHOVEN