IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JDS UNIPHASE CORPORATION SECURITIES LITIGATION | No. C 02-1486 CW<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S ORDER GRANTING DEFENDANT'S MOTION TO STRIKE |
| _____/ | |

Lead Plaintiff Connecticut Retirement Plans and Trust Funds (Connecticut) objects to Magistrate Judge Laporte's March 28, 2007 order granting Defendant's motion to strike portions of the Seyhun Report filed by Plaintiff to rebut Defendant's expert report.

The Magistrate Judge's Order is neither clearly erroneous nor contrary to law. The Court therefore DENIES Connecticut's objections and adopts the Order of the Magistrate Judge in full.

IT IS SO ORDERED.

Dated: 4/11/07

_____
CLAUDIA WILKEN
United States District Judge