IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This document relates to ALL ACTIONS<br>_____ / | No. C-02-1486 CW (EDL)<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT KALKHOVEN'S REQUEST FOR MODIFICATION** |

By letter filed April 17, 2007, Defendant Kalkhoven seeks modification of the April 10, 2007 Order Granting in Part Lead Plaintiff's Motion to Compel Limited Additional Discovery. Lead Plaintiff shall file a responsive letter brief by 4 p.m., April 19, 2007. No reply shall be filed. If Lead Plaintiff submits the letter brief for filing under seal, it may lodge an unredacted chambers copy on the due date and electronically file the redacted version the next court day.

If necessary, the Court will hold a telephonic hearing on the matter at 2:30 p.m. on April 20, 2007. The parties shall provide the Courtroom Deputy, Lili Harrell, with telephone numbers where they can be reached at that time for the Court to initiate the telephone call. The Court may determine that no hearing is necessary.

IT IS SO ORDERED.

Dated: April 18, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge