IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This document relates to ALL ACTIONS<br><br>_____/ | No. C-02-1486 CW (EDL)<br><br>**ORDER MODIFYING ORDER GRANTING IN PART LEAD PLAINTIFF'S MOTION TO COMPEL LIMITED ADDITIONAL DISCOVERY** |

On April 17, 2007, Defendant Kalkhoven filed a letter seeking modification of the Court's April 10, 2007 Order Granting in Part Lead Plaintiff's Motion to Compel Limited Additional Discovery. On April 19, 2007, Lead Plaintiff filed a response. The Court finds the matter suitable for decision without a hearing and issues the following modification of the Court's Order contained on page 3, lines 1-6:

Lead Plaintiff's motion for limited additional discovery is granted as to documents (such as investment portfolio statements, brokerage statements and trading records) sufficient to show the use of proceeds from any sale of JDSU securities by Kalkhoven, and documents reflecting the total values of Kalkhoven's JDSU portfolio compared to his non-JDSU stock portfolio and other investments during the relevant time period defined in Lead Plaintiff's requests for production: January 1, 1999 to the date of the Guay report. Kalkhoven shall produce such documents to Lead Plaintiff by April 24, 2007. Kalkhoven need only produce documents that are already in existence, and need not create responsive documents from receipts or other supporting documents. This Order shall not be construed to require Kalkhoven to produce documents tracing his personal spending, except for very large purchases such as real estate, if any.

**United States District Court**
For the Northern District of California

In all other respects, the April 10, 2007 Order remains in effect.

IT IS SO ORDERED.

Dated: April 20, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge