IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This document relates to ALL ACTIONS | No. C-02-1486 CW (EDL)<br><br>**ORDER OVERRULING JDSU'S OBJECTIONS TO LEAD PLAINTIFF'S REDACTIONS OF CONFIDENTIAL WITNESS STATEMENTS** |

Lead Plaintiff submitted unredacted copies of five confidential witness statements selected by JDSU for <u>in camera</u> review pursuant to the Court's March 15, 2007 Order. The Court reviewed those documents, specifically the redactions for opinion work product, and overrules JDSU's objections to the redactions. As Lead Plaintiff contended at the March 9, 2007 hearing, the admissibility of undisclosed confidential witness statements is not before this Court, and will be decided by Judge Wilken when the issue is ripe for trial.

IT IS SO ORDERED.

Dated: April 30, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge