1  [Counsel listed on signature page.]

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

7

**OAKLAND DIVISION**

8

9  In re JDS UNIPHASE CORPORATION
SECURITIES LITIGATION

) 
)  Master File No. C-02-1486 CW (EDL)
)

10

This Document Relates To:  All Actions

)  <u>CLASS ACTION</u>
)
)  **STIPULATION AND [~~PROPOSED~~]**

11

)  **ORDER EXTENDING THE TIME TO**
)  **COMPLETE  DISCOVERY OF**

12

)  **CANADIAN NON-PARTY WITNESSES**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    WHEREAS, pursuant to the Court's Order dated December 8, 2006, Lead Plaintiff,

2    Connecticut Retirement Plans and Trust Funds ("Lead Plaintiff"), was granted until April 2,

3    2007 to complete discovery with respect to Canadian non-party witnesses Thomas Pitre, Ken

4    Bradley and Gordon Buchan; and

5    WHEREAS, pursuant to the same December 8, 2006 Order, the Court granted Lead

6    Plaintiff the right to make a renewed request to extend the discovery deadline with respect to

7    these Canadian non-party witnesses; and

8    WHEREAS, on March 30, 2007 the Court granted the parties' joint stipulated request for

9    an extension of the discovery deadline with respect to the Canadian non-party witnesses until

10   May 15, 2007; and

11   WHEREAS, the parties met and conferred on April 30, 2007 and May 1, 2007 regarding

12   an additional extension of the discovery deadline with respect to these Canadian witnesses;

13   IT IS HEREBY STIPULATED by and between the parties, through their counsel of

14   record, that the date for Lead Plaintiff to complete discovery with respect to Thomas Pitre, Ken

15   Bradley and Gordon Buchan is extended to June 15, 2007.

16   IT IS HEREBY FURTHER STIPULATED that this stipulation does not waive Lead

17   Plaintiff's right to request an additional discovery extension, nor shall it waive Defendants' right

18   to oppose any future request to extend the discovery deadline.

19   IT IS HEREBY FURTHER STIPULATED THAT Lead Plaintiff will provide

20   Defendants at least 14 days' notice of its intent to depose any of the non-party Canadian

21   witnesses, unless a shorter time period is required by an order from the Canadian court (in which

22   case Lead Plaintiff will notify Defendants of the applicable order from the Canadian court no

23   later than 8:00 p.m. Pacific time the same day that Lead Plaintiff's Canadian counsel learns of the

24   order).  However, Lead Plaintiff reserves its right to give shorter notice upon any subsequent

25   extension of the discovery deadline.

26

27

28

1    Respectfully submitted,

2

3    Dated:  May ____, 2007                    LABATON SUCHAROW & RUDOFF LLP

4                                              By:    /s/ Michael W. Stocker

5                                              Lead Counsel for Lead Plaintiff
6                                              Connecticut Retirement Plans and Trust Funds

7                                              BERMAN DeVALERIO PEASE TABACCO
                                                  BURT & PUCILLO
8
                                              Liaison Counsel for Lead Plaintiff
9                                              Connecticut Retirement Plans and Trust Funds

10

11

12

13   Dated:  May ____, 2007                    MORRISON & FOERSTER LLP

14                                             By:    /s/ Philip T. Besirof

15                                             Attorneys for Defendants
16                                             JDS Uniphase Corporation, Charles J. Abbe, Jozef
                                               Straus, and Anthony Muller
17

18   Dated:  May____, 2007                     HELLER EHRMAN LLP

19

20                                             By:    /s/ Howard S. Caro

21                                             Attorneys for Defendant
                                               Kevin Kalkhoven
22

23

24

25        PURSUANT TO STIPULATION, IT IS SO ORDERED

26   Dated:   May 9, 2007                      _____
                                               HONORABLE ELIZABETH D. LAPORTE
27                                             United States Magistrate Judge

28

IT IS SO ORDERED
Judge Elizabeth D. Laporte

[C 02-1486 CW (EDL)]
STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF CANADIAN NON-PARTY DISCOVERY

2

1        I, Michael W. Stocker, am the ECF User whose ID and password are being used to file

2   this Stipulation and [Proposed] Order Regarding: Extension of Discovery Period Solely for the

3   Purpose of Canadian Non-Party Discovery.  In compliance with General Order 45, X.B., I

4   hereby attest that Philip Besirof, attorney for Defendants JDS Uniphase Corporation, Charles J.

5   Abbe, Jozef Straus, and Anthony R. Muller, and Howard Caro, attorney for Kevin Kalkhoven,

6   have concurred in this filing.

7

8   Dated:  May 9, 2007                                  LABATON SUCHAROW & RUDOFF LLP

9

10

                                                         By:  ____/s/ Michael W. Stocker_____
11                                                              Michael W. Stocker
                                                                Counsel for Lead Plaintiff
12                                                              Connecticut Retirement Plans
                                                                and Trust Funds
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28