IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPEFITTERS LOCAL 522 & 633 PENSION TRUST FUND ET,<br><br>Plaintiff,<br><br>v.<br><br>JDS UNIPHASE CORPORATION ET AL,<br><br>Defendant._____/ | No. C-02-01486 CW (EDL)<br><br>**ORDER ON MOTION TO COMPEL** |

On May 11, 2007, the Court received Defendant JDS Uniphase's letter brief requesting an order compelling Plaintiffs to comply fully with JDSU's document subpoenas to the witnesses identified in Plaintiffs' April 2007 supplemental disclosures or, in the alternative, limiting any testimony from those witnesses to the dates and volume of their JDSU stock transactions. On May 15, 2007, the Court received Plaintiffs' letter brief opposing Defendant's request and supporting Plaintiffs' objections. The Court has considered the papers and hereby ORDERS as follows:

1. In light of the late disclosure of the absent class member witnesses, Plaintiffs shall provide a more detailed disclosure of the topics of the witnesses' anticipated trial testimony and produce any relevant documents accordingly if not otherwise covered by the production ordered below.

2. Defendant's requests are overbroad, though in part due to speculation about precisely what topics the witnesses will address. However, the witnesses shall produce the following:

      a.    The witnesses shall produce all documents relating to their investments in JDSU securities, including their decision to invest, and transactions in the same.

      b.    The witnesses need not produce documents regarding their investments in non-JDSU securities, although they must produce any documents regarding their general investment strategy during the class period.

      c.    The witnesses shall produce documents regarding any other participation as Plaintiff or witness in securities litigation, but not other litigation.

      d.    The witnesses shall produce documents that may be offered into evidence in this lawsuit or otherwise relied upon in their testimony, as well as any documents that are inconsistent with any testimony they may offer in the lawsuit.

**IT IS SO ORDERED.**

Dated: May 16, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge