IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JDS UNIPHASE CORPORATION SECURITIES LITIGATION_____/ | No. C 02-1486 CW<br><br>AMENDED ORDER GRANTING THE JDSU DEFENDANTS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 79-5(c) TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH MOTION FOR SUMMARY JUDGMENT |

Defendants JDS Uniphase Corporation, Charles J. Abbe, Jozef Straus, and Anthony Muller (the "JDSU Defendants") have filed a Motion for Summary Judgment and Supporting Memorandum of Points and Authorities (the "Motion for Summary Judgment"). In support of their Motion for Summary Judgment, the JDSU Defendants have filed the Declarations of Leo Lefebvre, Michael Phillips, and Messrs. Straus, Muller, and Abbe (the "Lefebvre Declaration," "Phillips Declaration," "Straus Declaration," "Muller Declaration," and "Abbe Declaration," respectively).

In connection with those submissions, the JDSU Defendants have filed an administrative motion pursuant to Civil Local Rule 79-5(c) to file under seal certain documents and deposition testimony attached as exhibits to the Lefebvre, Phillips, Straus, Muller, and Abbe Declarations. Pursuant to Rule 79-5(c), the JDSU Defendants

lodged with the Court various exhibits to the declarations of Lefebvre, Phillips, Straus, Muller, and Abbe.

Based on the Declaration of Raymond M. Hasu in Support of the JDSU Defendants' Administrative Motion Pursuant to Civil L.R. 79-5(c) to File Documents Under Seal, the Court hereby orders that:

1. Exhibit 1 to the Lefebvre Declaration, Exhibits 1-2, 7, 17-20 to the Phillips Declaration, Exhibits 3, 9, 12 to the Straus Declaration, Exhibits 1-13, 15, 17-26, 28-29, 32 to the Muller Declaration and Exhibits 1-10, 12-13 to the Abbe Declaration be filed under seal;

2. The declarations and other exhibits shall be filed in the public record.

IT IS SO ORDERED.

Dated: 6/6/07

_____
CLAUDIA WILKEN
United States District Judge