**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This document relates to ALL ACTIONS / | No. C-02-1486 CW (EDL)<br><br>**ORDER DENYING LEAD PLAINTIFF'S REQUEST FOR MISCELLANEOUS RELIEF CONTAINED IN THE JUNE 4, 2007 LETTER** |

On June 4, 2007, Lead Plaintiff filed a letter brief requesting, pursuant to Civil Local Rule 7-11, that the Court inform Justice Brennan of the Ontario Superior Court of Justice in Canada of the timing of the trial in this case. No party filed a response to the letter.

Although time is of the essence due to the court's trial schedule, Lead Plaintiff provided no authority to support contacting the Canadian court in this matter. Therefore, Lead Plaintiff's request is denied.

IT IS SO ORDERED.

Dated: June 11, 2007

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge