**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re: JDS UNIPHASE CORPORATION
SECURITIES LITIGATION

No. C-02-1486 CW (EDL)

**ORDER RE: LEAD PLAINTIFF'S JUNE
14, 2007 LETTER**

This document relates to ALL ACTIONS

_____/

On June 14, 2007, Lead Plaintiff filed a letter brief seeking an additional extension of time to

take evidence from witnesses Thomas Pitre and Gordon Buchan, who reside in Canada.  On June 22,

2007, JDSU filed a response.

The Court has previously determined that these individuals have information relevant to this

action, and issued letters rogatory to the court in Canada to assist in obtaining that information.  In

its June 14, 2007 letter, Lead Plaintiff demonstrates good cause for an extension of time to take

evidence from Mr. Pitre and Mr. Buchan.  Therefore, Lead Plaintiff's request for an extension of

time to August 31, 2007 is granted.  Any request for further extension of time is not encouraged and

would require a significant showing of good cause.

In granting this relief, however, the Court does not intend to suggest that any other pretrial or

trial dates should be extended.  Further, the Court expresses no opinion as to whether the

information possessed by Mr. Pitre and Mr. Buchan is necessary in determining the pending motions

1  for summary judgment.

2  IT IS SO ORDERED.

3  Dated: June 27, 2007

4                                  ELIZABETH D. LAPORTE
                                    United States Magistrate Judge

**United States District Court**
For the Northern District of California

2