MICHAEL J. SHEPARD (Bar No. 91281)
HOWARD S. CARO (Bar No. 202082)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
michael.shepard@hellerehrman.com
howard.caro@hellerehrman.com

MICHAEL L. CHARLSON (Bar No. 122125)
J. CHRISTOPHER MITCHELL (Bar No. 215639)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025-3506
Telephone: (650) 324-7000
Facsimile: (650) 324-0638
michael.charlson@hellerehrman.com
chris.mitchell@hellerehrman.com

Attorneys for Defendant
KEVIN KALKHOVEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Case No. C-02-1486 CW (EDL)<br><br>CLASS ACTION<br><br>[~~PROPOSED~~] ORDER GRANTING LEAD PLAINTIFF'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 79-5(d) TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH THE JULY 17, 2007 MOTION TO COMPEL PRODUCTION OF DOCUMENTS |

Heller Ehrman LLP

[~~PROPOSED~~] ORDER GRANTING LEAD PLAINTIFF'S ADMIN. MOTION PURSUANT TO CIVIL L.R. 79-5(d) TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH THE JULY 17, 2007 MOTION TO COMPEL
CASE NO. C-02-1486 CW (EDL)

1  On July 17, 2007, Lead Plaintiff filed its Motion to Compel Production of Documents in Compliance with the Court's Orders of April 10 and 20, 2007 (the "Motion to Compel").  In support of the Motion to Compel, Lead Plaintiff filed the Declaration of Mark S. Arisohn in Support of Motion to Compel Production of Documents in Compliance with the Court's Orders of April 10 and 20, 2007 (the "Arisohn Declaration").  In connection with the Motion to Compel, Lead Plaintiff has filed an Administrative Motion Pursuant to Civil L.R. 79-5(d) to File Under Seal Documents Designated Confidential (the "Administrative Motion").

The Administrative Motion seeks to reference in its papers certain documents designated as "Highly Confidential" pursuant to the Order Regarding Confidentiality signed by the Court on September 21, 2005.  Pursuant to Rule 79-5(d), Lead Plaintiff lodged with the Court both redacted and un-redacted versions of the Motion to Compel, the Arisohn Declaration, and Exhibits F, G, and H to the Arisohn Declaration.

Based on the Declaration of David Chaiken in Support of Lead Plaintiff's Administrative Motion to File Documents Designated Confidential Under Seal, the Court hereby orders that:

1. the un-redacted versions of the Motion to Compel, the Arisohn Declaration, and Exhibits F, G, and H to the Arisohn Declaration lodged with the Court shall be filed under seal; and

2. the redacted versions of the Motion to Compel, the Arisohn Declaration, and Exhibits F, G, and H to the Arisohn Declaration shall be filed in the public record.

IT IS SO ORDERED.

Dated: July 26, 2007

_____
THE HONORABLE ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge Elizabeth D. Laporte — United States District Court, Northern District of California*

Proposed Order submitted by Heller Ehrman LLP, counsel for Kevin Kalkhoven.

Heller Ehrman LLP

[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S ADMIN. MOTION PURSUANT TO CIVIL L.R. 79-5(d) TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH THE JULY 17, 2007 MOTION TO COMPEL
CASE NO. C-02-1486 CW (EDL)