William B. Federman
TBN 00794935
Attorneys for Plaintiff
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Fax (405) 239-2112
-and-
2926 Maple Avenue, Suite 200
Dallas, TX 75201
*Attorney for Plaintiff Larry Thomas*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIPEFITTERS LOCAL 522 & 633 PENSION TRUST FUND, On Behalf of Himself And All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>JDS UNIPHASE CORPORATION, JOZEF STRAUS, KEVIN KALKHOVEN, ANTHONY R. MULLER, DAN E. PETTIT, CHARLES J. ABBE, ZITA M. COBB, JOSEPH IP, FREDERICK LEONBERGER, MICHAEL C. PHILLIPS, DONALD R. SCIFRES and THE FURUKAWA ELECTRIC CO., LTD., et al.,<br><br>Defendants. | Civil Action No. C-02-1486-CW |

## STIPULATION BY PLAINTIFFS' LEAD COUNSEL AGREEING TO THE LAW FIRM OF FEDERMAN & SHERWOOD AND WILLIAM B. FEDERMAN'S MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW the Lead Counsel for the Plaintiffs, Labaton, Rudoff & Sucharow, LLP, and states as follows:

1. I am an attorney with the firm of Labaton, Rudoff & Sucharow, LLP.

1

Stipulation by Lead Counsel Agreeing to the Law Firm of Federman & Sherwood
and William B. Federman's Motion to Withdraw as Counsel of Record
C-02-1486-CW

2. On April 26, 2002, the law Firm of Federman & Sherwood filed a Class Action Complaint on behalf of Plaintiff Larry Thomas and against JDS Uniphase Corporation alleging, *inter alia*, violations of federal securities law.

3. On August 7, 2002, Larry Thomas' action was consolidated into the above-styled action, *Pipefitters Local 522 & 633 Pension Trust Fund v. JDS Uniphase Corporation, et al.*, Master Case No. 4:02-CV-1486-CW.

4. On August 7, 2002, this Court appointed the law firm of Goodkind, Labaton, Rudoff & Sucharow, LLP, now known as Labaton Rudoff & Sucharow LLP, as Lead Plaintiff's Counsel in the consolidated action. Neither Federman & Sherwood nor William B. Federman filed for Lead Plaintiff's Counsel.

5. The interests of Plaintiff Larry Thomas will be adequately represented by Lead Counsel.

6. The interests of the Class will not be prejudiced by the withdrawal of Federman & Sherwood and William B. Federman from this action, and I therefore consent to same.

Date: July 5, 2007

IT IS SO ORDERED
Judge Claudia Wilken

LABATON SUCHAROW & RUDOFF LLP

By: _____
Anthony J. Harwood
Barbara J. Hart
Jonathan M. Plasse
Mark S. Arisohn
Anthony J. Harwood
Michael W. Stocker (179083)
Stefanie J. Sundel
100 Park Avenue
New York, New York  10017
Telephone:  212-907-0700
Facsimile:   212-883-7554

Lead Counsel for Lead Plaintiff
Connecticut Retirement Plans and Trust Funds

2

676710 v1
[7/5/2007 12:58]

Stipulation by Lead Counsel Agreeing to the Law Firm of Federman & Sherwood
and William B. Federman's Motion to Withdraw as Counsel of Record
C-02-1486-CW