1  [Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re JDSU UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C-02-1486 CW (EDL)<br><br>**ORDER GRANTING AS MODIFIED STIPULATION REGARDING TRIAL DATE, PRETRIAL CONFERENCE, AND PRETRIAL SUBMISSIONS AND DEADLINES** |

1   WHEREAS, the trial of this action is currently scheduled on October 1, 2007;

2   WHEREAS, the parties have met and conferred regarding various scheduling issues
3   presented by the current trial date, including Defendant Jozef Straus's inability to be present for
4   several days due to the observance of a religious holiday and the Court's unavailability the
5   majority of the first three weeks of October;

6   WHEREAS, in light of these scheduling issues and in the interest of the efficient conduct
7   of the trial, the parties agree that the trial date should be continued to October 22, 2007;

8   WHEREAS, the pretrial conference is currently scheduled for September 14, 2007, at 1:30
9   p.m.

10  WHEREAS, the parties have met and conferred regarding the fact that the pretrial
11  conference is currently scheduled during the Rosh Hashanah holiday;

12  WHEREAS, in light of the conflict with a religious holiday and the proposal that the trial
13  date be continued to October 22, 2007, the parties agree that the pretrial conference should be
14  continued to September 26, 2007, at 10:00 a.m., or to another time that is convenient for the
15  Court;

16  WHEREAS, the Court's Order for Pretrial Preparation requires that counsel exchange the
17  material described in Northern District Civil Local Rule 16-10(b)(7), (8), (9) and (10), as well as
18  the parties' motions *in limine* no less than 30 days prior to the pretrial conference;

19  WHEREAS, given the complexity of the factual and legal issues underlying this litigation
20  and the anticipated volume of material to be exchanged, as well as the proposals to continue the
21  pretrial conference and the trial date, the parties have engaged in extensive good-faith
22  negotiations and reached agreements on several matters that implicate the Court's Order for
23  Pretrial Preparation;

24  WHEREAS, the parties agree that the Court's Pretrial Order should be modified to
25  facilitate the efficient and orderly exchange of pretrial material and for the convenience of the
26  Court as well as the parties;

27  WHEREAS, the Court's July 26 Minute Order provides that *Daubert* motions are to be
28  briefed on the same schedule as the parties' motions *in limine*; and

1    WHEREAS, the Court's Order for Pretrial Preparation, which incorporates Civil Local

2    Rule 16-10(b)(7) regarding "exhibits and other trial material, including copies of all exhibits to be

3    offered and all schedules, summaries, diagrams and charts to use at the trial other than for

4    impeachment or rebuttal," can be interpreted to require that the parties exchange demonstrative

5    exhibits 30 days prior to the final pretrial conference.

6    IT IS HEREBY STIPULATED by and between the parties, through their counsel of

7    record, that:

8    1.   The trial date shall be continued to October 22, 2007.

9    2.   The pretrial conference shall be continued to September 26, 2007, at 10:00 a.m., or

10   to another time that is convenient for the Court.

11   3.   On August 24, the parties shall exchange the following material in accordance

12   with the Court's Order for Pretrial Preparation:

13   - Trial exhibit lists;

14   - Deposition designations;

15   - Written discovery designations;

16   - Proposed voir dire questions;

17   - Proposed jury instructions;

18   - Proposed verdict forms; and

19   - Motions *in limine*.

20   4.   On August 28, the parties shall exchange pre-marked trial exhibits by overnight

21   mail.  Plaintiffs shall label their exhibits within the number range "Plaintiffs 1" through

22   "Plaintiffs 999."  Defendants shall label their exhibits beginning with the number "Defendants

23   1000."

24   5.   On August 30, the parties shall exchange their proposed inserts for the Joint

25   Pretrial Conference Statement.

26   6.   On August 31, the parties shall exchange witness lists.

27   7.   On September 14, the parties shall file and serve all documents required by

28   Paragraph 3 of the Court's Order for Pretrial Preparation.

1     8.    On September 19, the parties shall file and serve oppositions to motions *in limine*.

2     9.    Plaintiffs and Defendants shall each have a single 35-page brief to raise all *Daubert* issues as well as a single 35-page brief for their respective oppositions. There will be no reply briefing. The parties shall file opening *Daubert* briefs on August 28 and opposition briefs on September 19.

    10.    The following schedule shall apply to govern the parties' exchange of demonstrative exhibits:

- Opening demonstrative exhibits shall be exchanged one week before the final pretrial conference, provided that the parties can supplement or revise demonstratives for opening argument based on any rulings that occur after the exchange;
- The parties experts' demonstrative exhibits shall be exchanged one week prior to trial;
- Closing demonstrative exhibits shall be exchanged two days prior to summation, provided that the parties can supplement or revise demonstratives for closing arguments based on any testimony or rulings that occur after the exchange.
- Any supplemental or revised demonstratives shall be exchanged as soon as possible after the close of testimony or after the rulings.[1]

---

[1] It is the position of Defendant Kevin Kalkhoven that the Court should order the exchange of materials, such as trial exhibits and demonstratives, on a phased schedule, in which plaintiffs' exhibits and demonstratives are exchanged before defendants' exhibits and demonstratives are exchanged. Counsel for Mr. Kalkhoven will write the Court separately to raise this issue.

Dated:  August 14, 2007          MORRISON & FOERSTER LLP

                                 By:  /s/ Philip T. Besirof
                                      Philip T. Besirof

                                      Attorneys for Defendants
                                      JDS Uniphase Corporation, Jozef
                                      Straus, Anthony R. Muller, and Charles
                                      J. Abbe

Dated:  August 14, 2007          HELLER EHRMAN LLP

                                 By:  /s/ Howard S. Caro
                                      Howard S. Caro

                                      Attorneys for Defendant
                                      Kevin Kalkhoven

Dated:  August 14, 2007          LABATON SUCHAROW & RUDOFF LLP

                                 BERMAN DEVALERIO PEASE TABACCO
                                 BURT & PUCILLO

                                 By:  /s/ Anthony J. Harwood
                                      Anthony J. Harwood

                                      Liaison Counsel for Lead Plaintiff
                                      Connecticut Retirement Plans and Trust
                                      Funds

  PURSUANT TO STIPULATION, IT IS SO ORDERED, **EXCEPT THE PRETRIAL CONFERENCE WILL BE HELD ON SEPTEMBER 25, 2007, AT 2:00 P.M.**

Dated:  August 24, 2007                    [signature: Claudia Wilken]

                                 HONORABLE CLAUDIA WILKEN
                                 United States District Court Judge