1  [Counsel Listed on Signature Pages]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12  | In re JDSU UNIPHASE CORPORATION SECURITIES LITIGATION | Master File No. C-02-1486 CW (EDL) |
|---|---|
| This Document Relates To: | **STIPULATION AND ORDER REGARDING BRIEFING AND HEARING SCHEDULE ON JDSU DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' ADVA CLAIMS AS MODIFIED** |
| ALL ACTIONS | |

1       WHEREAS, on August 24, 2007, the Court issued an Order on Defendants' motions for

2  summary judgment in which the Court: (1) deemed Plaintiffs' Second Amended Complaint

3  amended to include newly challenged statements and allowed Plaintiffs to proceed with claims

4  challenging JDSU's accounting for its equity investment in a company called ADVA; and (2)

5  ruled that the JDSU Defendants could file a motion to dismiss Plaintiffs' ADVA claims at the

6  same time the JDSU Defendants filed their motions *in limine*;

7       WHEREAS, the trial of this action is scheduled to begin on October 22, 2007;

8       WHEREAS, if the JDSU Defendants file their motion to dismiss the ADVA claims under

9  the normal 35-day schedule for noticed motions pursuant to Local Rule 7, the motion would not

10  be heard until *after* the start of trial; and

11       WHEREAS, in light of the foregoing, the parties have agreed to a briefing and hearing

12  schedule for the JDSU Defendants' motion to dismiss the ADVA claims.

13       IT IS HEREBY STIPULATED by and between the parties, through their counsel of

14  record, that:

15       1.      On Tuesday, September 18, 2007, the JDSU Defendants shall file and serve their

16  Motion to Dismiss Plaintiffs' ADVA Claims ("Motion to Dismiss"), the same day on which they

17  are filing their motions *in limine*;

18       2.      On or before Saturday, September 29, 2007, by noon Pacific time, Plaintiffs shall

19  file and serve any Opposition to the Motion to Dismiss;

20       3.      On or before Wednesday, October 3, 2007, JDSU Defendants shall file and serve

21  any Reply in support of the Motion to Dismiss; and

22  //

23  //

24  //

25  //

26  //

27  //

28  //

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING AND BRIEFING SCHEDULE ON JDSU DEFS.' MOT. TO DISMISS PLAINTIFFS' ADVA CLAIMS; MASTER FILE NO. C-02-1486 CW (EDL)
sf-2390624

1

1        4.    The Motion to Dismiss shall be heard on October 9, 2007 at 2:00 p.m.

2    Dated:  September 18, 2007          Barbara J. Hart
                                              Jonathan M. Plasse
3                                             Mark S. Arisohn
                                              Anthony J. Harwood
4                                             Michael Stocker (179083)
                                              Stefanie J. Sundel
5                                             LABATON SUCHAROW LLP
                                              140 Broadway
6                                             New York, New York 10017
                                              Telephone:  (212) 907-0700
7                                             Facsimile:  (212) 818-0477

8                                             - and -

9                                             Joseph J. Tabacco, Jr.
                                              Christopher T. Heffelfinger
10                                            BERMAN DeVALERIO PEASE
                                                 TABACCO BURT & PUCILLO
11                                            425 California Street, Suite 2025
                                              San Francisco, CA 94104-2205
12                                            Telephone: (415) 433-3200
                                              Facsimile: (415) 433-6382

13                                            By: _____/s/  Anthony J. Harwood_____
14                                                  Anthony J. Harwood

15                                            Attorneys for Lead Plaintiff
                                              Connecticut Retirement Plans and
16                                            Trust Fund

17   Dated:  September 18, 2007               James Bennett
                                              Jordan Eth
18                                            Terri Garland
                                              Philip T. Besirof
19                                            MORRISON & FOERSTER LLP
                                              425 Market Street
20                                            San Francisco, California  94105-2482
                                              Telephone: (415) 268-7000
21                                            Facsimile: (415) 268-7522

22                                            By:  /s/  Jordan Eth_____
                                                    Jordan Eth

23                                            Attorneys for the JDSU Defendants

24       PURSUANT TO STIPULATION, IT IS SO ORDERED, **EXCEPT THAT THE**

25   **MOTION MAY BE DECIDED ON THE PAPERS BEFORE HEARING.**

26         **9/20/07**

27   Dated: _____

28

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING AND BRIEFING SCHEDULE ON JDSU DEFS.' MOT. TO
DISMISS PLAINTIFFS' ADVA CLAIMS; MASTER FILE NO. C-02-1486 CW (EDL)
sf-2390624

2

1

2

_____

3

HONORABLE CLAUDIA WILKEN
United States District Court Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING AND BRIEFING SCHEDULE ON JDSU DEFS.' MOT. TO DISMISS PLAINTIFFS' ADVA CLAIMS; MASTER FILE NO. C-02-1486 CW (EDL)
sf-2390624

3

1

GENERAL ORDER 45 ATTESTATION

2

I, Jordan Eth, am the ECF User whose ID and password are being used to file this

3

Stipulation and [Proposed] Order Regarding Briefing and Hearing Schedule on JDSU

4

Defendants' Motion to Dismiss Plaintiffs' ADVA Claims.  In compliance with General Order 45,

5

X.B., I hereby attest that Anthony J. Harwood, attorney for Plaintiffs, has concurred in this filing.

6

7

Dated: September 18, 2007                    By: /s/ Jordan Eth                                        

8

Attorneys for the JDSU Defendants

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING HEARING AND BRIEFING SCHEDULE ON JDSU DEFS.' MOT. TO DISMISS PLAINTIFFS' ADVA CLAIMS; MASTER FILE NO. C-02-1486 CW (EDL)
sf-2390624

4