1  [Counsel Listed on Signature Pages]

FILED
SEP 24 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION | Master File No. C-02-1486 CW (EDL) |
|---|---|
| This Document Relates To:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR DEPOSITION DESIGNATIONS AND EXHIBIT LISTS** *AS MODIFIED* |

1    WHEREAS, the trial of this action is scheduled for October 22, 2007;

2    WHEREAS, the final pretrial conference is scheduled for October 9, at 2:00 p.m.;

3    WHEREAS, Paragraph 3 of the Court's Order for Pretrial Preparation required that counsel exchange the material described in Northern District Civil Local Rule 16-10(b)(7), (8), (9) and (10), including the parties' deposition designations and exhibit lists;

WHEREAS, the August 24, 2007 Order Granting as Modified Stipulation Regarding Trial Date, Pretrial Conference, and Pretrial Submissions and Deadlines provided in relevant part that the parties exchange certain material described in Paragraph 3 of the Court's Order for Pretrial Preparation on August 24;

WHEREAS, the September 12, 2007 Order Granting the Joint Motion to Reschedule the Pretrial Conference and Pretrial Submissions as Modified extended the deadline for filing certain material described in Paragraph 3 of the Court's Pretrial Preparation Order to noon Pacific time on September 24;

WHEREAS, the parties exchanged their deposition designations and exhibit lists on August 24;

WHEREAS, Plaintiffs agreed to revise their deposition designations to eliminate testimony that Plaintiffs will not present at trial;

WHEREAS, Plaintiffs agreed to provide revised deposition designations on a rolling basis and stated that they would provide Defendants with their revised designations by September 19;

WHEREAS, Plaintiffs started providing Defendants with the revisions to the designations of deposition testimony on a rolling basis beginning on September 12 and are still in the process of doing so;

WHEREAS, the parties have met and conferred regarding Defendants' concern that Plaintiffs' proposed schedule does not leave adequate time for Defendants to review Plaintiffs' revised deposition designations and prepare objections and counter-designations to Plaintiffs' revised designations;

1      WHEREAS, the parties reserve all rights, including the right to challenge the adequacy of any designation, and agree to a brief extension of the September 24 deadline for filing deposition designations and any objections and counter-designations thereto;

     WHEREAS, the parties further have met and conferred regarding the need for an extension of time to resolve objections to the parties' respective exhibit lists due to the volume of material at issue and defense counsels' pre-existing travel commitments;

     WHEREAS, the parties reserve all rights, including the right to challenge any exhibit, and agree to a brief extension of the September 24 deadline for filing exhibit lists and any objections thereto.

     IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that:

1. The date for filing deposition designations and the parties' objections and counter-designations thereto shall be extended from noon on September 24 to noon on September 28.

2. The date for filing exhibit lists and the parties' objections thereto shall be extended from noon on September 24 to noon on September 26.

Dated: September 20, 2007      MORRISON & FOERSTER LLP

By: /s/ Philip T. Besirof
       Philip T. Besirof

Attorneys for Defendants
JDS Uniphase Corporation, Jozef Straus, Anthony R. Muller, and Charles J. Abbe

STIP. AND [PROPOSED] ORDER RE DEADLINES FOR DEPOSITION DESIGNATIONS AND EXHIBIT LISTS
MASTER FILE NO. C-02-1486 CW (EDL)
sf-2390694

2

```
 1  Dated: September 20, 2007              HELLER EHRMAN LLP
 2
 3                                          By:  /s/ Howard S. Caro
                                                 Howard S. Caro
 4
                                            Attorneys for Defendant
 5                                          Kevin Kalkhoven
 6
 7  Dated: September 20, 2007              LABATON SUCHAROW & RUDOFF LLP

 8                                          BERMAN DEVALERIO PEASE TABACCO
                                            BURT & PUCILLO
 9
10                                          By:  /s/ Anthony J. Harwood
                                                 Anthony J. Harwood
11
                                            Liaison Counsel for Lead Plaintiff
12                                          Connecticut Retirement Plans and Trust
                                            Funds
13
14           PURSUANT TO STIPULATION, IT IS SO ORDERED. except that
15   both deadlines are extended by to
     now 9/26
16   Dated: September 24, 2007
17                                          _____
                                            HONORABLE CLAUDIA WILKEN
18                                          United States District Court Judge
```