Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
Nicole Lavallee (165755)
BERMAN DeVALERIO PEASE
TABACCO BURT & PUCILLO
425 California Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

Liaison Counsel for Lead Plaintiff
Connecticut Retirement Plans and Trust Funds

Barbara J. Hart
Mark S. Arisohn
Anthony J. Harwood
Michael W. Stocker (179083)
Stefanie J. Sundel
LABATON SUCHAROW LLP
140 Broadway, 34th Floor
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 883-7062

Lead Counsel for Lead Plaintiff
Connecticut Retirement Plans and Trust Funds

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE JDS UNIPHASE CORPORATION SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Master File No. C 02-1486 (EDL)
Class Action

**PLAINTIFF'S PROPOSED VERDICT FORM**

1

**Section 10(b) Claims**

2    1.    Did JDS Uniphase Corporation violate Section 10(b) of the Securities and

3  Exchange Act of 1934?

4              Yes _____     No _____

5  IF YOU ANSWERED "YES", PLEASE PROCEED TO QUESTION 2.  IF YOU ANSWERED

6  NO, PROCEED TO QUESTION 3.

7    2.    Did JDS Uniphase Corporation knowingly violate Section 10(b)?

8              Yes _____     No _____

9  PLEASE PROCEED TO QUESTION 3.

10    3.    Did Charles Abbe violate Section 10(b) of the Securities and Exchange Act of

11  1934?

12              Yes _____     No _____

13  IF YOU ANSWERED "YES", PLEASE PROCEED TO QUESTION 4.  IF YOU ANSWERED

14  "NO", PLEASE PROCEED TO QUESTION 5.

15    4.    Did Charles Abbe knowingly violate Section 10(b)?

16              Yes _____     No _____

17  PLEASE PROCEED TO QUESTION 5.

18    5.    Did Kevin Kalkhoven violate Section 10(b) of the Securities and Exchange Act of

19  1934?

20              Yes _____     No _____

21  IF YOU ANSWERED "YES", PLEASE PROCEED TO QUESTION 6.  IF YOU ANSWERED

22  "NO", PLEASE PROCEED TO QUESTION 7.

23    6.    Did Kevin Kalkhoven knowingly violate section 10(b)?

24              Yes _____     No _____

25  PLEASE PROCEED TO QUESTION 7.

26

27

28

1    7.    Did Anthony Muller violate Section 10(b) of the Securities and Exchange Act of

2  1934?

3    Yes _____    No _____

4  IF YOU ANSWERED "YES", PLEASE PROCEED TO QUESTION 8.  IF YOU ANSWERED

5  "NO", PLEASE PROCEED TO QUESTION 9.

6    8.    Did Anthony Muller knowingly violate Section 10(b)?

7    Yes _____    No _____

8  PLEASE PROCEED TO QUESTION 9.

9    9.    Did Jozef Straus violate Section 10(b) of the Securities and Exchange Act of

10  1934?

11    Yes _____    No _____

12  IF YOU ANSWERED "YES", PLEASE PROCEED TO QUESTION 10.  IF YOU

13  ANSWERED "NO", PLEASE PROCEED TO QUESTION 11.

14    10.    Did Jozef Straus knowingly violate Section 10(b)?

15    Yes _____    No _____

16  PLEASE PROCEED TO QUESTION 11.

17    11.    Using the chart below, state the percentage of responsibility of each person who

18  violated Section 10(b) of the Securities and Exchange Act of 1934, measured as a percentage of

19  all persons who caused or contributed to the loss of the plaintiff class.  You should not allocate

20  any percentage of responsibility to any person who did not violate Section 10(b).  The total of all

21  percentages must be 100%.

| | Did this person violate Section 10(b)? | Percentage of Responsibility |
|---|---|---|
| Charles Abbe | Yes _____  No _____ (Copy answer from question 3 above.) | _____ % |
| Kevin Kalkhoven | Yes _____  No _____ (Copy answer from question 5 above.) | _____ % |
| Anthony Muller | Yes _____  No _____ (Copy answer from question 7 above.) | _____ % |
| Jozef Straus | Yes _____  No _____ (Copy answer from question 9 above.) | _____ % |

28  PLEASE PROCEED TO QUESTION  12.

**Section 14 Claims in Connection with the Merger with SDL**

12.     Did Anthony Muller violate Section 14 of the Securities and Exchange Act of 1934 in connection with the merger of JDSU and SDL?

Yes _____     No _____

IF YOU ANSWERED YES, PLEASE PROCEED TO QUESTION 13. IF YOU ANSWERED NO, PROCEED TO QUESTION 14.

13.     Did Anthony Muller knowingly violate Section 14 of the Securities and Exchange Act of 1934. in connection with the merger of JDSU and SDL?

Yes _____     No _____

PLEASE PROCEED TO QUESTION 14.

14.     Did Jozef Straus violate Section 14 of the Securities and Exchange Act of 1934 in connection with the merger of JDSU and SDL?

Yes _____     No _____

IF YOU ANSWERED YES, PLEASE PROCEED TO QUESTION 15. IF YOU ANSWERED NO, PROCEED TO QUESTION 16.

15.     Did Jozef Straus knowingly violate Section 14 of the Securities and Exchange Act of 1934 in connection with the merger of JDSU and SDL?

Yes _____     No _____

PLEASE PROCEED TO QUESTION 16.

16.     Using the chart below, state the percentage of responsibility of each person who violated Section 14 of the Securities And Exchange Act of 1934 in connection with the merger of JDSU and SDL, measured as a percentage of all persons who caused or contributed to the loss of the plaintiff class. You should not allocate any percentage of responsibility to anyone who did not violate Section 14. The total of all percentages must be 100%.

| | Did this person violate Section 14? | Percentage of Responsibility |
|---|---|---|
| Kevin Kalkhoven | Yes _____   No _____<br>(Copy answer from question 19 above.) | _____ % |
| Anthony Muller | Yes _____   No _____<br>(Copy answer from question 21 above.) | _____ % |
| Jozef Straus | Yes _____   No _____<br>(Copy answer from question 23 above.) | _____ % |

PLEASE PROCEED TO QUESTION 17.

**Control Person Liability Under Section 20(a) of the Securities and Exchange Act**

17.     Is Charles Abbe liable as a control person, pursuant to Section 20(a) of the Securities and Exchange Act of 1934, for JDSU'S violations of Section 10(b)?

Yes _____      No _____

IF YOU ANSWERED YES, PLEASE PROCEED TO QUESTION 18. IF YOU ANSWERED NO, PROCEED TO QUESTION 19.

18.     Did Charles Abbe knowingly violate Section 20(a) of the Securities and Exchange Act of 1934?

Yes _____      No _____

PLEASE PROCEED TO QUESTION 19.

19.     Is Kevin Kalkhoven liable as a control person, pursuant to Section 20(a) of the Securities and Exchange Act of 1934, for JDSU's violations of Section 10(b)?

Yes _____      No _____

IF YOU ANSWERED YES, PLEASE PROCEED TO QUESTION 20. IF YOU ANSWERED NO, PROCEED TO QUESTION 21.

20.     Did Kevin Kalkhoven knowingly violate Section 20(a) of the Securities and Exchange Act of 1934?

Yes _____      No _____

PLEASE PROCEED TO QUESTION 21.

1    21.    Is Anthony Muller liable as a control person, pursuant to Section 20(a) of the

2    Securities and Exchange Act of 1934, for JDSU's violations of Section 10(b)?

3            Yes _____    No _____

4    IF YOU ANSWERED YES, PLEASE PROCEED TO QUESTION 22.  IF YOU ANSWERED

5    NO, PROCEED TO QUESTION 23.

6    22.    Did Anthony Muller knowingly violate Section 20(a) of the Securities and

7    Exchange Act of 1934?

8            Yes _____    No _____

9    PLEASE PROCEED TO QUESTION 23.

10   23.    Is Jozef Straus liable as a control person, pursuant to Section 20(a) of the

11   Securities and Exchange Act of 1934, for JDSU's violations of Section 10(b)?

12           Yes _____    No _____

13   IF YOU ANSWERED YES, PLEASE PROCEED TO QUESTION 24.  IF YOU ANSWERED

14   NO, PROCEED TO QUESTION 25.

15   24.    Did Joseph Straus knowingly violate Section 20(a) of the Securities and Exchange

16   Act of 1934?

17           Yes _____    No _____

18   PLEASE PROCEED TO QUESTION 25.

19   25.    Using the chart below, state the percentage of responsibility of each person who

20   violated Section 20(a) of the Securities And Exchange Act of 1934, measured as a percentage of

21   all persons who caused or contributed to the loss of the plaintiff class.  You should not allocate

22   any percentage of responsibility to anyone who did not violate Section 20(a).  The total of all

23   percentages must be 100%.

24

25

26

27

28

| | Did this person violate Section 20(a)? | Percentage of Responsibility |
|---|---|---|
| Charles Abbe | Yes _____ No _____ (Copy answer from question 26 above) | _____ % |
| Kevin Kalkhoven | Yes _____ No _____ (Copy answer from question 28 above.) | _____ % |
| Anthony Muller | Yes _____ No _____ (Copy answer from question 30 above.) | _____ % |
| Jozef Straus | Yes _____ No _____ (Copy answer from question 32 above.) | _____ % |

PLEASE PROCEED TO QUESTION 26.

**Insider Trading Claims Under Section 20A of the Securities and Exchange Act**

26.     Did Charles Abbe engage in insider trading in violation of Section 20A of the Securities and Exchange Act of 1934?

Yes _____     No _____

PLEASE PROCEED TO QUESTION 27.

27.     Did Kevin Kalkhoven engage in insider trading in violation of Section 20A of the Securities and Exchange Act of 1934?

Yes _____     No _____

PLEASE PROCEED TO QUESTION 28.

28.     Did Anthony Muller engage in insider trading in violation of Section 20A of the Securities and Exchange Act of 1934?

Yes _____     No _____

PLEASE PROCEED TO QUESTION 29.

29.     Did Jozef Straus engage in insider trading in violation of Section 20A of the Securities and Exchange Act of 1934?

Yes _____     No _____

PLEASE PROCEED TO QUESTION 30 IF YOU ANSWERED YES TO ANY ONE OR MORE OF THE FOLLOWING QUESTIONS:  1, 3, 5, 7, 9, 12, 13, 14, 17, 19, 21, 23, 26, 27, 28, or 29  IF YOU ANSWERED NO TO EVERY ONE OF THOSE QUESTIONS, PLEASE PROCEED TO QUESTION 31.

**Damages for Violations of Sections 10(b), 14 and 20(a) and 20A**

**of the Securities and Exchange Act**

30.    Please fill in below the amount by which JDSU's common stock price per share was inflated in each of the sub-periods of the Class Period.

| Sub-period | Begin Date | End Date | Percentage Inflation |
|---|---|---|---|
| 1 | 4/26/00 | 7/25/00 | |
| 2 | 7/26/00 | 7/26/00 | |
| 3 | 7/27/00 | 10/24/00 | |
| 4 | 10/25/00 | 10/25/00 | |
| 5 | 10/26/00 | 11/8/00 | |
| 6 | 11/9/00 | 12/21/00 | |
| 7 | 12/22/00 | 12/26/00 | |
| 8 | 12/27/00 | 1/1/01 | |
| 9 | 1/2/01 | 1/25/01 | |
| 10 | 1/26/01 | 1/28/01 | |
| 11 | 1/29/01 | 2/15/01 | |
| 12 | 2/16/01 | 3/28/01 | |
| 13 | 3/29/01 | 4/19/01 | |
| 14 | 4/20/01 | 4/22/01 | |
| 15 | 4/23/01 | 4/23/01 | |
| 16 | 4/24/01 | 4/24/01 | |
| 17 | 4/25/01 | 6/14/01 | |
| 18 | 6/15/01 | 6/17/01 | |
| 19 | 6/18/01 | 7/26/01 | |

PLEASE PROCEED TO QUESTION 40.

31.    State the aggregate damages to the plaintiff class for violations of section 10(b) of the Securities and Exchange Act of 1934.

$_____.

PLEASE PROCEED TO QUESTION 32.

32.    State the aggregate damages to the plaintiff class for violations of Section 14 of the Securities and Exchange Act of 1934 in connection with the merger with E-TEK.

$_____.

PLEASE PROCEED TO QUESTION 33

33.    State the aggregate damages to the plaintiff class for violations of Section 14 of the Securities and Exchange Act of 1934 in connection with the merger with SDL.

$_____.

PLEASE PROCEED TO QUESTION 34.

**Claims Under Section 11 of the Securities Act**

**in Connection with the Merger with SDL**

34.   Did JDS Uniphase Corporation violate Section 11 of the Securities Act of 1933 in connection with the merger with SDL?

Yes ＿＿＿        No ＿＿＿

PLEASE PROCEED TO QUESTION 35

35.   Did Anthony Muller violate Section 11 of the Securities Act of 1933 in connection with the merger with SDL?

Yes ＿＿＿        No ＿＿＿

PLEASE PROCEED TO QUESTION 36

36.   Did Jozef Straus violate Section 11 of the Securities Act of 1933 in connection with the merger with SDL?

Yes ＿＿＿        No ＿＿＿

37.   Is Anthony Muller responsible as a control person, pursuant to Section 15 of the Securities Act of 1933, for JDSU's violation of Section 11 in connection with the merger with SDL?

Yes ＿＿＿        No ＿＿＿

PLEASE PROCEED TO QUESTION 38.

38.   Is Jozef Straus responsible as a control person, pursuant to Section 15 of the Securities Act of 1933, for JDSU's violation of Section 11 in connection with the merger with SDL?

Yes ＿＿＿        No ＿＿＿

PLEASE PROCEED TO QUESTION 39 IF YOU ANSWERED YES TO ONE OR MORE OF THE FOLLOWING QUESTIONS: 34, 35, 36, 37 or 38.  IF YOU ANSWERED NO TO EVERY ONE OF THOSE QUESTIONS, PROCEED TO QUESTION 40.

39.   State the aggregate damages for violations of Section 11 of the Securities Act of 1933 in connection with the merger with SDL.

$_____ _____.

PLEASE PROCEED TO QUESTION 40.

**Claims Under Sections 12(a)(2) and 15 of the Securities Act of 1933**

**in Connection With the Merger with SDL**

40.   Did JDS Uniphase Corporation violate Section 12(a)(2) of the Securities Act of 1933 in connection with the merger with SDL?

Yes _____   No   _____

IF YOU ANSWERED YES, PLEASE PROCEED TO QUESTION 41.  IF YOU ANSWERED NO, PLEASE SIGN AND DATE THIS FORM, AND ADVISE THE CLERK THAT YOU HAVE REACHED A VERDICT.

41.   Is Anthony Muller responsible as a control person, pursuant to Section 15 of the Securities Act of 1933, for JDSU's violation of Section 12(a)(2) in connection with the merger with SDL?

Yes _____   No   _____

PLEASE PROCEED TO QUESTION 42.

42.   Is Jozef Straus responsible as a control person, pursuant to Section 15 of the Securities Act of 1933, for JDSU's violation of Section 12(a)(2) in connection with the merger with SDL?

Yes _____   No   _____

PLEASE PROCEED TO QUESTION 43.

43.   State the aggregate amount of damages for violations of Section 12(a)(2) of the Securities Act of 1933 in connection with the merger with SDL.

$_____ _____.

1  PLEASE SIGN AND DATE THIS FORM, AND ADVISE THE CLERK THAT YOU HAVE

2  REACHED A VERDICT.

3  Dated: _____

4                                          _____

                                            Jury Foreperson