1  JAMES P. BENNETT (BAR NO. 65179)
   JORDAN ETH (BAR NO. 121617)
2  TERRI GARLAND (BAR NO. 169563)
   PHILIP T. BESIROF (BAR NO. 185053)
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California 94105
   Telephone: 415.268.7000
5  Facsimile: 415.268.7522
   Email: pbesirof@mofo.com
6
   Attorneys for Defendants JDS Uniphase Corporation,
7  Charles Abbe, Jozef Straus, and Anthony Muller

8

9
                  UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         OAKLAND DIVISION
12

13 | In re JDS UNIPHASE CORPORATION | Master File No. C–02–1486 CW (EDL)
   | SECURITIES LITIGATION          |
14 |                                | **JDSU DEFENDANTS' PROPOSED**
   | This Document Relates To: All Actions | **GENERAL VERDICT FORM AND**
15 |                                | **SPECIAL INTERROGATORIES**

16                                    Trial Date: October 22, 2007
                                      Pre-trial Conference: October 9, 2007
17                                    Time:   2:00 p.m.
                                      Ctrm:   2, 4th Floor
18                                    Before:  Hon. Claudia Wilken

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' PROPOSED VERDICT FORM
C-02-1486 CW (EDL)
sf-2371874

Pursuant to the Court's Order for Pretrial Preparation, the JDSU Defendants submit the following proposed verdict form.

## Verdict Form

### Part 1 — Section 10(b) and Section 20(a) Claims

1. Do you find by a preponderance of the evidence that one or more of the challenged statements in JDSU's SEC filings, conference calls, or press releases (listed below) contained an untrue statement of fact, or omitted a fact necessary under the circumstances to keep the statement that was made from being misleading?

    *[add table listing date and title of challenged statements]*

    YES _____

    NO _____

    **If you answered "YES," please proceed to Question No. 2. If you answered "NO," please sign and date this form and return it to the bailiff.**

2. Please identify the date and specific language of each statement that all of you find, by a preponderance of the evidence, contained an untrue statement of a material fact, or omitted a material fact.

    _____
    _____
    _____
    _____
    _____
    _____

3. Separately for each statement you identified in response to Question No. 2, state (by writing "YES" or "NO" next to each statement) whether all of you find by a preponderance of the evidence that the misstatement or omission was material.

    _____
    _____
    _____
    _____
    _____

    **If you answered "YES" with respect to any statement, please proceed to Question No. 4. Otherwise, please sign and date this form and return it to the bailiff.**

4. Separately for each non-forward-looking statement you identified in response to Question No. 3, state (by writing "YES" or "NO" next to each statement) whether all of you find,

DEFENDANTS' PROPOSED VERDICT FORM
C-02-1486 CW (EDL)
sf-2371874

by a preponderance of the evidence, that the author or speaker made the misstatement or omission with scienter. If the statement is a forward-looking statement, state (by writing "YES" or "NO" next to the statement) whether you find that the speaker or author had actual knowledge that the statement was false.

_____
_____
_____
_____
_____
_____

**If you answered "YES" with respect to any statement, please proceed to Question No. 5. Otherwise, please proceed to Part 2, Question No. __.**

5. Separately for each forward-looking statement to which you stated "YES" in response to Question No. 3, state (by writing "YES" or "NO" next to each statement) whether all of you find that the statement was accompanied by meaningful cautionary statements.

_____
_____
_____
_____
_____
_____

**Please proceed to the next question.**

6. Separately for each statement to which you responded "YES" in response to Question Nos. 4 and 5, state (by writing "YES" or "NO" next to each statement) whether all of you find that the untrue statement of material fact, or the omitted material fact, played a substantial part in causing a loss to the plaintiffs.

_____
_____
_____
_____
_____
_____

**If you answered "YES" with respect to any statement, please proceed to Question No. 7. Otherwise, please proceed to Part 2, Question No. __.**

7. Separately for each statement that you find damaged the plaintiffs, identify any individual defendant that all of you find was, at the time of the statement, a "controlling person" under Section 20(a).

_____
_____

_____
_____
_____
_____

**If you identified one or more defendants, please proceed to Question No. 8. Otherwise, please proceed to Part 2, Question No. \_\_.**

8. Separately for each individual defendant you identified as a "controlling person" in response to Question No. 8, state whether all of you find that the defendant acted in good faith.

_____
_____
_____
_____
_____

**Please proceed to Part 2, Question No. \_\_.**

## Part 2 — Section 14(a) and Section 20(a) Claims

9. In response to Question No. 3, did you identify as a misstatement the amount of goodwill recorded by JDSU, as stated in the November 17, 2000 SDL Amended Registration Statement and Amended Proxy-Prospectus or a document incorporated therein?

    YES \_\_\_\_\_

    NO \_\_\_\_\_

    **If you answered "YES," please proceed to Question No. \_\_ [next question]. If you answered "NO," please proceed to Part 5, Question No. \_\_.**

10. Do all of you find by a preponderance of the evidence that the author of the statement concerning the amount of goodwill failed to use ordinary or reasonable care with respect to whether the statement was untrue or omitted a material fact.

    YES \_\_\_\_\_

    NO \_\_\_\_\_

    **If you answered "YES," please proceed to Question No. \_\_[next question]. If you answered "NO," please proceed to Part 3, Question No. \_\_.**

11. Do all of you find by a preponderance of the evidence that the plaintiffs were damaged as a result of the statement of the amount of goodwill?

    YES \_\_\_\_\_

NO \_\_\_\_\_

**If you answered "YES," please proceed to Question No. \_\_[next question].  Otherwise, please proceed to Part 3, Question No. \_\_.**

12. Identify any individual defendant that all of you find was, at the time of the statement, a "controlling person" under Section 20(a).

    _____
    _____
    _____
    _____
    _____
    _____

    **If you identified one or more defendants, please proceed to Question No. \_\_[next question].  Otherwise, please proceed to Part 3, Question No. \_\_.**

13. Separately for each individual defendant you identified as a "controlling person" in response to Question No. \_\_, state whether all of you find that the defendant acted in good faith.

    _____
    _____
    _____
    _____
    _____
    _____

    **Please proceed to Part 3, Question No. \_\_.**

### Part 3 — Section 11, Section 12(a), and Section 15 Claims

14. In response to Question No. 3, did you identify as a misstatement the amount of goodwill recorded by JDSU, as stated in the November 17, 2000 SDL Amended Registration Statement and Amended Proxy-Prospectus or a document incorporated therein?

    YES \_\_\_\_\_

    NO \_\_\_\_\_

    **If you answered "YES," please proceed to Question No. \_\_[next question].  If you answered "NO," please proceed to Part 4, Question No. \_\_.**

15. Do all of you find by a preponderance of the evidence that the plaintiffs were damaged as a result of the statement of the amount of goodwill?

    YES \_\_\_\_\_

DEFENDANTS' PROPOSED VERDICT FORM
C-02-1486 CW (EDL)
sf-2371874

NO \_\_\_\_\_

**If you answered "YES," please proceed to Question No. \_\_[next question]. Otherwise, please proceed to Part 4, Question No. \_\_.**

16. Do all of you find that one or more of the individual defendants acted with due diligence (*i.e.*, acted with reasonable diligence and had reasonable ground to believe, and did believe, that the statement of the amount of goodwill was true and that there was no omission making the statement materially misleading)?

    YES \_\_\_\_\_

    NO \_\_\_\_\_

    **If you answered "YES," please proceed to Question No. \_\_[next question]. If you answered "NO," please proceed to Part 4, Question No. \_\_.**

17. Identify the names of the individual defendants that all of you find acted with due diligence.

    _____
    _____
    _____

18. Do all of you find that JDSU acted with reasonable care (*i.e.*, that JDSU did not know, and in the exercise of reasonable care, could not have known of the material misstatement or omission you have found with respect to the statement of the amount of goodwill)?

    YES \_\_\_\_\_

    NO \_\_\_\_\_

    **Please proceed to the next question.**

19. Identify any individual defendant that all of you find was, at the time of the statement, a "controlling person" under Section 15.

    _____
    _____
    _____
    _____

    **If you identified one or more defendants, please proceed to Question No. \_\_[next question]. Otherwise, please proceed to Part 4, Question No. \_\_.**

20. Separately for each individual defendant you identified as a "controlling person" in response to Question No. \_\_, state whether all of you find that the defendant had no

knowledge of or reasonable grounds to believe in the existence of the facts that were misstated or omitted, resulting in the violation of Section 11.

_____
_____
_____
_____
_____
_____

**Please proceed to Part 4, Question No. __.**

## **Part 4 — Section 20A Claim**

21. Do all of you find by a preponderance of the evidence that any of the individual defendants violated Section 10(b)?

    YES _____

    NO _____

    **If you answered "YES," please proceed to Question No. __ [next question]. If you answered "NO," please proceed to Part 5, Question No. __.**

22. Do all of you find by a preponderance of the evidence that any of the individual defendants sold JDSU stock while the defendant had actual knowledge of information that was not publicly available?

    YES _____

    NO _____

    **If you answered "YES," please proceed to Question No. __ [next question]. If you answered "NO," please proceed to Part 5, Question No. __.**

23. Do all of you find by a preponderance of the evidence that any of the non-public information forming the basis of the "YES" response to Question No. __ [previous question] was material (*i.e.*, that, based upon the facts that existed at the time, a reasonable investor would have found that the non-public information would have significantly altered the total mix of information that the investor took into account in deciding whether to buy or sell JDSU stock)?

    YES _____

    NO _____

    **If you answered "YES," please proceed to Question No. __ [next question]. If you answered "NO," please proceed to Part 5, Question No. __.**

DEFENDANTS' PROPOSED VERDICT FORM
C-02-1486 CW (EDL)
sf-2371874

24. Identify (a) each defendant who sold JDSU stock while the defendant had actual knowledge of material non-public information and (b) the date that the defendant sold the stock.

_____

_____

25. For each defendant and each sale identified in response to Question No. \_\_ [previous question], state (by writing "YES" or "NO" next to each sale) whether all of you find by a preponderance of the evidence that the defendant actually used the non-public information in selling JDSU stock.

_____

_____

**If you answered "YES" with respect to any sale, please proceed to Question No. \_\_ [next question]. Otherwise, please proceed to Part \_\_, Question No. \_\_.**

26. Do all of you find by a preponderance of the evidence that the plaintiffs have suffered damages as a result of any defendant's use of material non-public information in selling JDSU stock?

YES \_\_\_\_\_

NO \_\_\_\_\_

**Please proceed to Part \_\_, Question No. \_\_.**

DEFENDANTS' PROPOSED VERDICT FORM
C-02-1486 CW (EDL)
sf-2371874

## Part 5 — Inflation Per Share

27. Please review your responses to Questions [7], [12], [16], and [27]. If you were not required to answer those questions, or if you answered all four of them "No," then you have now completed this form, and you should sign and date it and return it to the bailiff. If you answered yes to any of these questions, please answer the next question.

28. What is the amount of inflation per share, if any, that defendants are liable for during each day of the period April 25, 2000 through July 27, 2001?

   Date Range                Inflation per Share

   _____ to _____        $_____

   _____ to _____        $_____

   PLEASE SIGN AND DATE THIS FORM AND RETURN IT TO THE BAILIFF

   Dated: _____

   Signed: _____ (by Jury Foreperson)


Dated: September 24, 2007          MORRISON & FOERSTER LLP


                                   By: _____/s/ Jordan Eth_____
                                              Jordan Eth

                                   Attorneys for Defendants JDS Uniphase
                                   Corporation, Charles Abbe, Jozef Straus, and
                                   Anthony Muller

DEFENDANTS' PROPOSED VERDICT FORM
C-02-1486 CW (EDL)
sf-2371874