1  MICHAEL J. SHEPARD (Bar No. 91281)
   HOWARD S. CARO (Bar No. 202082)
2  HELLER EHRMAN LLP
   333 Bush Street
3  San Francisco, California  94104-2878
   Telephone: (415) 772-6000
4  Facsimile: (415) 772-6268
   michael.shepard@hellerehrman.com
5  howard.caro@hellerehrman.com

6  MICHAEL L. CHARLSON (Bar No. 122125)
   J. CHRISTOPHER MITCHELL (Bar No. 215639)
7  HELLER EHRMAN LLP
   275 Middlefield Road
8  Menlo Park, California 94025
   Telephone: (650) 324-7000
9  Facsimile: (650) 324-0638
   michael.charlson@hellerehrman.com
10 chris.mitchell@hellerehrman.com

11 Attorneys for Defendant
   KEVIN KALKHOVEN

12
                UNITED STATES DISTRICT COURT
13
              NORTHERN DISTRICT OF CALIFORNIA
14
                     OAKLAND DIVISION
15

16
   In re JDS UNIPHASE CORPORATION       )  Master File No. C-02-1486 CW (EDL)
17 SECURITIES LITIGATION                )
                                        )  CLASS ACTION
18                                      )
   _____ )  **ORDER GRANTING DEFENDANT
19 This Document Relates to:            )  KEVIN KALKHOVEN'S MOTION
                                        )  FOR LEAVE TO SUPPLEMENT
20      ALL ACTIONS.                    )  DISCLOSURES AND TO SEEK
                                        )  LIMITED DISCOVERY AS
21                                      )  MODIFIED**
                                        )
22                                      )
                                        )
23                                      )
                                        )
24                                      )
                                        )
25                                      )
                                        )
26 _____)

27

28

Heller
Ehrman LLP

1    On September 25, 2007, the Court issued an Order Granting the JDSU Defendants'

2 Motion for Leave to Supplement Disclosures and Seek Limited Discovery.  Defendant

3 Kevin Kalkhoven filed a Joinder in the JDSU Defendants' Motion on September 17, 2007.

4 Having duly considered Mr. Kalkhoven's Joinder, as well as the JDSU Defendants' Motion

5 and the supporting and opposing papers, IT IS HEREBY ORDERED that:

6    Mr. Kalkhoven may supplement his disclosures and seek limited discovery on the

7 same terms granted to the JDSU Defendants' in the September 25, 2007 Order,  **except that**

8 **the additional witnesses and depositions allowed are allowed to Defendants jointly.**

9

10    IT IS SO ORDERED.

11    9/27/07

12 Dated: _____          _____

13                                                 THE HON. CLAUDIA WILKEN
                                                   United States District Judge
14

15    Proposed Order submitted by Heller Ehrman LLP, counsel for Kevin Kalkhoven.

16

17

18

19

20

21

22

23

24

25

26

27

28

Heller
Ehrman LLP

ORDER GRANTING DEFENDANT KEVIN KALKHOVEN'S MOTION FOR LEAVE TO SUPPLEMENT DISCLOSURES AND TO SEEK
LIMITED DISCOVERY
MASTER FILE NO. C-02-1486 CW (EDL)