IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION  _____/ | No. C 02-1486 CW<br><br>ORDER REGARDING CHALLENGED STATEMENTS |

In their joint pre-trial conference statement, the parties indicate that they dispute whether five challenged statements are forward-looking and therefore potentially protected under the safe harbor in the Private Securities Litigation Reform Act (PSLRA) of 1995 or the judicially-created "bespeaks caution" doctrine. See 15 U.S.C. § 78u-5(c)(A)(I); In re Worlds of Wonder Sec. Litig., 35 F.3d 1407, 1413 (9th Cir. 1994).

The PSLRA defines the phrase "forward-looking statement" to include, among other things, a projection of revenues, income, earnings per share, capital expenditures, dividends, capital structure or other financial items. See 15 U.S.C. § 78u-5(i)(1)(A). A statement of the assumptions underlying such projections is also a forward-looking statement. See id. § 78u-5(i)(1)(D). Case law applying the bespeaks-caution doctrine defines "forward-looking statement" in a similar manner. See,

e.g., Worlds of Wonder, 35 F.3d at 1414 (doctrine applies to future projections, estimates and forecasts).

The Court has reviewed the disputed statements and finds that no genuine and disputed issues of material fact exist regarding their classification as forward-looking or not. The Court hereby rules that statements two and three are forward-looking and that statements eleven, twenty-six and thirty-seven are not forward-looking.[1]

IT IS SO ORDERED.

Dated: 10/10/07

CLAUDIA WILKEN
United States District Judge

---

[1] The Court refers to the alleged false or misleading statements according to the statement numbers assigned by the parties in exhibit A to the joint pre-trial conference statement.

2