UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION | Master File No. C-02-1486 CW (EDL) |
|---|---|
| This Document Relates To:  All Actions | **ORDER REQUIRING ATTENDANCE AT MEDIATION** |

**ORDER**

The Mediators, The Honorable Daniel H. Weinstein (Ret.) and Catherine A. Yanni, Esq., recommend that a representative from the State of Connecticut, Office of the Treasurer and a representative from the Office of the Attorney General attend in person the mediation scheduled for 10AM (PST) Tuesday, October 16, 2007 at JAMS Two Embarcadero, 15th Floor, San Francisco, CA 94111.

The Mediators also recommend that a company representative from JDSU attend the above scheduled mediation.

IT IS SO ORDERED.

Dated: _____   10/12/07

*/s/ Claudia Wilken*

CLAUDIA WILKEN
United States District Judge

.