1 | [Counsel Listed on Signature Pages]
2
3
4
5
6
7
8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | OAKLAND DIVISION
11
12 | In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION | Master File No. C-02-1486 CW (EDL)
13
14 | This Document Relates To: | **STIPULATION AND ORDER ON SCHEDULE FOR MOTION REGARDING SEQUENCING OF WITNESSES AT TRIAL AS MODIFIED**
15 | ALL ACTIONS

1  WHEREAS, on October 9, 2007, the Court held a Pre-Trial Conference;

2  WHEREAS, at the Pre-Trial Conference, the Court provided the parties guidance
3  concerning witness testimony at trial, including guidance as to the sequencing of live witness
4  testimony;

5  WHEREAS, the Court directed the parties to meet-and-confer as to which witnesses each
6  side will call during its case-in-chief;

7  WHEREAS, as instructed by the Court, the parties met-and-conferred on October 11,
8  2007, but were unable to reach agreement on all witnesses, including the Individual Defendants;

9  WHEREAS, because the parties have reached an impasse on this issue, and because the
10  parties require a resolution of this dispute to further develop their trial strategies, and because the
11  issue affects the travel plans of at least some of the witnesses, the parties agree that the matter
12  should be resolved as soon as possible through expedited briefing to the Court;

13  IT IS HEREBY STIPULATED by and between the parties, through their counsel of
14  record, that no later than 12:00 noon on October 13, 2007, Defendants may submit a motion
15  regarding the sequencing of live witness testimony, and no later than 9:00 a.m. on October 15,
16  2007, Plaintiffs may submit a response to Defendants' motion.

17  Dated:  October 12, 2007                    MORRISON & FOERSTER LLP

19                                                            By:   /s/ Philip T. Besirof
20                                                                   Philip T. Besirof

21                                                            Attorneys for Defendants
                                                              JDS Uniphase Corporation, Jozef
22                                                            Straus, Anthony R. Muller, and
                                                              Charles J. Abbe

STIP. AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR MOT. REGARDING SEQUENCING OF WITNESSES; MASTER FILE NO. C-02-1486 CW (EDL)
sf-2404312

1

| | | |
|---|---|---|
| Dated: October 12, 2007 | | HELLER EHRMAN LLP |
| | By: | /s/ Michael L. Charlson |
| | | Michael L. Charlson |
| | | Attorneys for Defendant Kevin Kalkhoven |
| Dated: October 12, 2007 | | LABATON SUCHAROW & RUDOFF LLP |
| | | BERMAN DEVALERIO PEASE TABACCO BURT & PUCILLO |
| | By: | /s/ Barbara J. Hart |
| | | Barbara J. Hart |
| | | Liaison Counsel for Lead Plaintiff Connecticut Retirement Plans and Trust Funds |

PURSUANT TO STIPULATION, IT IS SO ORDERED, **EXCEPT THE PARTIES SHALL FILE A JOINT STATEMENT OUTLINING THEIR POINTS OF AGREEMENT AND INCLUDING EACH PARTY'S POSITION AND PROPOSAL REGARDING THE DISPUTED WITNESSES. THE JOINT STATEMENT SHALL BE FILED NO LATER THAN 9:00 A.M. ON OCTOBER 15, 2007.**

Dated: 10/12/07

_____
HONORABLE CLAUDIA WILKEN
United States District Court Judge

STIP. AND [PROPOSED] ORDER ON BRIEFING SCHEDULE FOR MOT. REGARDING SEQUENCING OF WITNESSES; MASTER FILE NO. C-02-1486 CW (EDL)
sf-2404312

2