1  [Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION | Master File No. C–02–1486 CW (EDL) |
|---|---|
| This Document Relates To:  All Actions | **STIPULATION AND  ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING TRIAL** |

1  WHEREAS, the trial in the above-captioned matter is scheduled to begin on October 22,
2  2007;
3  WHEREAS, the parties have met and conferred regarding the necessary equipment for use
4  in the courtroom during trial;
5  WHEREAS, the parties have agreed to coordinate their use of equipment when
6  practicable.
7  IT IS HEREBY STIPULATED by and between the parties, through their counsel of
8  record, that the parties' representatives be allowed to enter the courthouse on or after October 17,
9  2007, with the equipment identified below and use that equipment in the courtroom during trial.

**Equipment for Use in the Courtroom During Trial:**

1. 2 – Presentation Computer Laptops
2. 2 – External Computer Hard Drives
3. 1 – Projector (with replacement lens and bulb)
4. 1 – 8' x 10' Projection Screen
5. 1 – Projector Stand
6. 1 – Digital Elmo
7. 4 – 17" Flat Panel Computer Monitors
8. 5 – Video Switching Units
9. 1 – Pair of Audio Speakers
10. 1 – Audio Patchbay
11. 2 – Tech Tables with Drape Skirts
12. 2 – Easels
13. 1 – Bin of Cables, Adaptors, Power Strips and Tape
14. 1 – Hewlett Packard Silent Printer (Defendants)
15. 2 – Portable bookshelves (Defendants)

STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING TRIAL
MASTER FILE NO. C–02–1486 CW (EDL)
sf-2403249

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  October 12, 2007 | Barbara J. Hart |
|   |                          | Mark S. Arisohn |
| 3 |                          | Anthony J. Harwood |
|   |                          | Michael Stocker |
| 4 |                          | Stefanie J. Sundel |
|   |                          | LABATON SUCHAROW LLP |
| 5 |                          | 140 Broadway |
|   |                          | New York, New York 10005 |
| 6 |                          | Telephone:  (212) 907-0700 |
|   |                          | Facsimile:  (212) 818-0477 |
| 7 |                          | - and - |
| 8 | Dated:  October 12, 2007 | Joseph J. Tabacco, Jr. |
|   |                          | Christopher T. Heffelfinger |
| 9 |                          | BERMAN DeVALERIO PEASE |
|   |                          |    TABACCO BURT & PUCILLO |
| 10|                          | 425 California Street, Suite 2025 |
|   |                          | San Francisco, CA 94104-2205 |
| 11|                          | Telephone: (415) 433-3200 |
|   |                          | Facsimile: (415) 433-6382 |

By:   /s/ Michael Stocker
          Michael Stocker

Attorneys for Lead Plaintiff
Connecticut Retirement Plans and Trust Fund

Dated: October 12, 2007

James P. Bennett
Jordan Eth
Terri Garland
Philip T. Besirof
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

By:   /s/ Philip T. Besirof
          Philip T. Besirof

Attorneys for Defendants JDS Uniphase Corporation, Charles Abbe, Jozef Straus, and Anthony Muller

STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING TRIAL
MASTER FILE NO. C–02–1486 CW (EDL)
sf-2403249

2

| | | |
|---|---|---|
| 1 | Dated: October 12, 2007 | Michael J. Shepard |
| 2 | | Howard S. Caro |
| | | HELLER EHRMAN LLP |
| 3 | | 333 Bush Street |
| | | San Francisco, California  94104 |
| 4 | | Michael L. Charlson |
| | | J. Christopher Mitchell |
| 5 | | HELLER EHRMAN LLP |
| | | 275 Middlefield Road |
| 6 | | Menlo Park, California  94025 |

By:   /s/ Howard S. Caro
      Howard S. Caro

Attorneys for Defendant
Kevin Kalkhoven

10/15/07

IT IS SO ORDERED
Judge Claudia Wilken

STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING TRIAL
MASTER FILE NO. C–02–1486 CW (EDL)
sf-2403249

3