IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION / | No. C 02-1486 CW<br><br>ORDER RE: BIFURCATION OF TRIAL |

Plaintiffs and JDSU Defendants have each filed a report regarding bifurcation of the trial and related issues. Having considered the parties' papers and good cause appearing therefor, the Court hereby orders that by Wednesday, October 17 at 9:00 AM, Defendants shall file a notice of their decision whether to waive their right to a jury trial on issues of reliance and individual damages. In making that decision, Defendants should consider the following two options available to them:

    1. Waiver of Jury: At trial, Plaintiffs will proceed on a theory of per share damages. After the jury has made its determination of liability and per share damages, the parties may

file briefs regarding the calculation of aggregate damages, the proper amount to be placed in the common fund and outlining their proposals for the claims procedure.  The Court will determine aggregate damages and the proper amount to be placed in the common fund.  Judgment will not enter until the conclusion of the claims procedure.

   2.  No Waiver of Jury:  All issues will be addressed during the currently scheduled nineteen-day jury trial.  If Defendants elect not to waive their right to a jury, they shall file a proposal regarding the amount of time they intend to reserve for their individual damages defense by 5:00 PM on Wednesday, October 17, 2007.  Plaintiffs shall file a response, including a notice of the time they intend to reserve for rebuttal on these issues, by 5:00 PM on Thursday, October 18, 2007.  At the Monday, October 22, 2007 conference, the Court will determine whether these issues will be addressed by Defendants in their case-in-chief and the Plaintiffs in their rebuttal or whether the parties will use their reserved time to address these issues in a bifurcated proceeding before the same jury following the entry of a verdict on liability.

   IT IS SO ORDERED.

Dated:  October 16, 2007

_____
CLAUDIA WILKEN
United States District Judge