IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION | No. C 02-1486 CW<br><br>ORDER RE: SEQUENCING OF WITNESSES AT TRIAL |
| _____/ | |

Pursuant to the Court's instruction at the pre-trial conference, the parties have met and conferred regarding the sequencing of witnesses at trial and submitted a joint statement outlining their points of agreement and their respective positions on the remaining disputes.

Having considered the parties' positions and good causing appearing therefor, the Court hereby orders:

1. As stated at the pre-trial conference, the Individual Defendants shall be called in the Defendants' case-in-chief.

2. Plaintiffs may call Brian Cover, Ken Crawford, Kerry DeHority, Ed Grabowy, Russ Johnson, Glen Kernick, and Steve Moore

during their case-in-chief, but may not do so until after their expert, Steven Henning has testified.  In the alternative, the parties may agree that these witnesses will be called in the Defendants' case-in-chief and Plaintiffs will be permitted to cross-examine them without limitation to the scope of Defendants' direct examination.

   3.   If Defendants cannot assure that David Lightfoot and Rick MacMillan will appear to testify during their case-in-chief, Plaintiffs may introduce the witnesses' deposition testimony during their case-in-chief and Defendants will not be permitted to present live testimony from either.  If Defendants can assure that Lightfoot and MacMillan will appear during their case-in-chief, Plaintiffs will have an opportunity to cross-examine them without limitation to the scope of Defendants' direct examination.

   4.   To the extent possible, the parties should stipulate to the authenticity of documents.  The Court notes that the parties' joint pre-trial conference statement included the following stipulations:

   A.   The parties stipulate that all documents produced by JDSU to [Plaintiffs] for purposes of this litigation are authentic.
   B.   The parties stipulate to the authenticity of all published print news articles and publicly-available press releases and analyst reports, but preserve all hearsay objections.

Joint Pre-Trial Conference Statement at 31.  If any party intends to dispute the authenticity of a document not included in these stipulations, it must first make a written offer of proof regarding the factual basis for its challenge.

   5.   The parties shall splice any video testimony to be used at

2

trial into a single presentation which includes all parties' designations in the sequence that the testimony was given.

    IT IS SO ORDERED.

Dated:    10/16/07

_____
CLAUDIA WILKEN
United States District Judge