IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION _____/ | No. C 02-1486 CW<br><br>ORDER RE: JURY WAIVER |

Defendants have filed a further report regarding bifurcation of trial and related issues. In that report, Defendants state that they

> are willing to waive their right to a jury on the express condition that any claims procedure that follows will take place after a reasonable opportunity for discovery and will include the right to have any claims of $1 million or more determined through an adversary proceeding that includes, at minimum, the right to present evidence and to examine and cross-examine witnesses.

Defendants' Filing at 2. Plaintiffs have filed a response. The Court will not accept a waiver that is conditioned on an unspecified future discovery request. Further, if Defendants

intend to condition their waiver on future procedures, they need to reach an agreement with Plaintiffs regarding those procedures or move for them.

The parties shall meet and confer to determine whether they can reach agreement regarding an unconditional waiver of jury. If they cannot agree, Defendants shall file a motion for the discovery and procedures that they seek by 5:00 PM on Thursday, October 18 and Plaintiffs shall file an opposition by 12:00 on Friday, October 19. In these papers, Defendants shall include a proposal regarding the amount of time they intend to reserve for their individual damages defense in the event that they elect not to waive their right to a jury on this issue and Plaintiffs shall respond, including a notice of the time they intend to reserve for rebuttal.

In their report, Defendants also state that they will waive their right to a jury trial on the question of proportionate liability. Plaintiffs respond that they continue to assert their right to a jury on this issue. Therefore, the question of proportionate liability will be tried to the jury.

IT IS SO ORDERED.

Dated:   10/17/07

_____
CLAUDIA WILKEN
United States District Judge

2