# EXHIBIT B

| Stmnt. # | A Person(s) Making Statement | | | | | B Falsity | C Knowledge ? | | | | | D Deliberate Disregard ? | | | | | E Cautionary Language | F Material | G Causation | H Control Person ? | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Straus | Kalkhoven | Abbe | Muller | JDSU | | Straus | Kalkhoven | Abbe | Muller | JDSU | Straus | Kalkhoven | Abbe | Muller | JDSU | | | | Straus | Kalkhoven | Abbe | Muller |
| 1 | | | | | | | | | | | | ■ | ■ | ■ | ■ | ■ | | | | | | | |
| 2 | | | | | | | | | | | | ■ | ■ | ■ | ■ | ■ | | | | | | | |
| 3 | | ■ | | | | | ■ | | | | | | ■ | | | | ■ | | | | ■ | | |
| 4 | | ■ | | | | | ■ | | | | | | ■ | | | | ■ | | | | ■ | | |
| 5 | | ■ | | | | | ■ | | | | | | ■ | | | | ■ | | | | ■ | | |
| 6 | | ■ | | | | | ■ | | | | | | ■ | | | | ■ | | | | ■ | | |
| 7 | | ■ | | | | | ■ | | | | | | ■ | | | | ■ | | | | ■ | | |
| 8 | | ■ | | | | | ■ | | | | | | ■ | | | | ■ | | | | ■ | | |
| 9 | | ■ | | | | | ■ | | | | | | ■ | | | | ■ | | | | ■ | | |
| 10 | | ■ | | | | | ■ | | | | | | ■ | | | | ■ | | | | ■ | | |
| 11 | | ■ | | | | | ■ | | | | | ■ | ■ | ■ | ■ | ■ | | | | | ■ | | |
| 12 | | ■ | | | | | ■ | | | | | | ■ | | | | ■ | | | | ■ | | |
| 13 | | ■ | | | | | ■ | | | | | ■ | ■ | ■ | ■ | ■ | | | | | ■ | | |
| 14 | | ■ | | | | | ■ | | | | | ■ | ■ | ■ | ■ | ■ | | | | | ■ | | |
| 15 | | ■ | | | | | ■ | | | | | | ■ | | | | ■ | | | | ■ | | |
| 16 | | ■ | | | | | ■ | | | | | | ■ | | | | ■ | | | | ■ | | |
| 17 | | ■ | | | | | ■ | | | | | ■ | ■ | ■ | ■ | ■ | | | | | ■ | | |

| Stmnt. # | A Person(s) Making Statement ||||| B Falsity | C Knowledge? ||||| D Deliberate Disregard? ||||| E Cautionary Language | F Material | G Causation | H Control Person? ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Straus | Kalkhoven | Abbe | Muller | JDSU | | Straus | Kalkhoven | Abbe | Muller | JDSU | Straus | Kalkhoven | Abbe | Muller | JDSU | | | | Straus | Kalkhoven | Abbe | Muller |
| 18 | | ■ | | | | | | ■ | | | | | ■ | | | | ■ | | | | ■ | | |
| 19 | | ■ | | | | | | ■ | | | | | ■ | | | | ■ | | | | ■ | | |
| 20 | | ■ | | | | | | ■ | | | | | ■ | | | | ■ | | | | ■ | | |
| 21 | | ■ | | | | | | ■ | | | | | ■ | | | | ■ | | | | ■ | | |
| 22 | | ■ | | | | | | ■ | | | | | ■ | | | | ■ | | | | ■ | | |
| 23 | | ■ | | | | | | ■ | | | | | ■ | | | | ■ | | | | ■ | | |
| 24 | | ■ | | | | | | ■ | | | | | ■ | | | | ■ | | | | ■ | | |