1 [COUNSEL LISTED ON SIGNATURE PAGES]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No. C–02–1486 CW (EDL)<br><br>**THE PARTIES' JOINT PROPOSED VERDICT TABLE**<br><br>Pre-trial Conference: October 9, 2007<br>Time: 2:00 p.m.<br>Ctrm: 2, 4th Floor<br>Before: Hon. Claudia Wilken<br>Trial Date: October 22, 2007 |

JOINT PROPOSED VERDICT TABLE
C-02-1486 CW (EDL)
sf-2409301

The parties have met and conferred and have reached agreement on a proposed Verdict Table to accompany the Verdict Form. The Verdict Table attached hereto as Exhibit 1 supersedes the Verdict Tables separately proposed by the parties that were filed on October 17, 2007.

Dated: October 21, 2007

Barbara J. Hart
Mark S. Arisohn
Anthony J. Harwood
Michael Stocker (179083)
Stefanie J. Sundel
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

- and -

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
BERMAN DeVALERIO PEASE
  TABACCO BURT & PUCILLO
425 California Street, Suite 2025
San Francisco, CA 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382


By:   /s/ Mark S. Arisohn
       Mark S. Arisohn

Attorneys for Lead Plaintiff
Connecticut Retirement Plans and Trust Fund

Dated: October 21, 2007

James P. Bennett
Jordan Eth
Terri Garland
Philip T. Besirof
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
pbesirof@mofo.com


By:   /s/ Jordan Eth
       Jordan Eth

Attorneys for the JDSU Defendants

JOINT PROPOSED VERDICT TABLE
C-02-1486 CW (EDL)
sf-2409301

1

| | | |
|---|---|---|
| 1 | Dated:  October 21, 2007 | Michael J. Shepard |
| 2 | | Howard S. Caro |
| | | HELLER EHRMAN LLP |
| | | 333 Bush Street |
| 3 | | San Francisco, California  94104 |
| | | hcaro@hellerehrman.com |
| 4 | | |
| | | Michael L. Charlson |
| 5 | | J. Christopher Mitchell |
| | | HELLER EHRMAN LLP |
| 6 | | 275 Middlefield Road |
| | | Menlo Park, California  94025 |
| 7 | | |
| 8 | | By:      /s/   Howard S. Caro |
| | | Howard S. Caro |
| 9 | | |
| | | Attorneys for Defendant |
| 10 | | Kevin Kalkhoven |

JOINT PROPOSED VERDICT TABLE
C-02-1486 CW (EDL)
sf-2409301

2

## GENERAL ORDER 45 ATTESTATION

I, Jordan Eth, am the ECF User whose ID and password are being used to file The Parties' Joint And Separate Comments On The Preliminary Jury Instructions. In compliance with General Order 45, X.B., I hereby attest that Mark S. Arisohn, attorney for CRPTF, and Howard S. Caro, attorney for Defendant Kevin Kalkhoven, have concurred in this filing.

Dated:  October 17, 2007                                   MORRISON & FOERSTER LLP

By: /s/ Jordan Eth
         Jordan Eth

Attorneys for the JDSU Defendants