# Exhibit 1

EXHIBIT B

## VERDICT TABLE

| | Quest. No. 1 | Quest. No. 2 | Quest. No. 3 Person(s) Making Statement | | | | Quest. No. 4(a) | Quest. No. 4(b) Reckless Disregard | | | | Quest. No. 4(c) Actual Knowledge | | | | Quest. No. 5 | Quest. No. 6 Controlling Person | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | False or Misleading | Material | Abbe | Kalkhoven | Muller | Straus | Cautionary Language | Abbe | Kalkhoven | Muller | Straus | Abbe | Kalkhoven | Muller | Straus | Caused Loss | Abbe | Kalkhoven | Muller | Straus |
| Statement No. 1 ". . . the market is exceeding, you know, our ability to ramp up" | | | | | | | | ■ | ■ | ■ | ■ | | | | | | | | | |
| Statement No. 2 "In all of these markets, the demand for bandwidth technology and components remains incredibly strong, and I believe we will see this demand accelerated." | | | | | | | | ■ | ■ | ■ | ■ | | | | | | | | | |
| Statement No. 3 "Two- and-a-half-gigabit modulators continue to demonstrate strong growth" | | | ■ | | | ■ | ■ | | ■ | | | ■ | | | | ■ | | | ■ | |
| Statement No. 6 ". . . we still are . . . capacity constrained" | | | ■ | | | | ■ | | | | | ■ | | | | ■ | | | | |
| Statement No. 7 "These results reflect a continuing surge of demand in the fiberoptic communications industry, our broad product line, our extensive customer relationships, and our substantial progress in expanding capacity to enable us to meet customer demand and serve the needs of our markets." | | | | | | | ■ | | ■ | ■ | | | ■ | | | | | | | |
| Statement No. 11 "We don't expect lead times to come down in the near-term because our demand is so strong." | | | ■ | | | | | ■ | ■ | ■ | | ■ | | | | | | | | |
| Statement No. 12 "Our backlog . . . is enormous." | | | ■ | | | | ■ | ■ | | ■ | | ■ | | | | | | | | |
| Statement No. 13 "For the year, we expect earnings-per-share to be at 82 cents" | | | ■ | | | | | ■ | ■ | ■ | | ■ | | | | | | | | |
| Statement No. 14 "We anticipate sales in the March quarter to be 7 percent to 10 percent above sales for the quarter ended December 30." | | | ■ | | | | | ■ | ■ | ■ | | ■ | | | | | | | | |
| Statement No. 17 "The Company expects sales in the quarter ending March 31 to be at or slightly above $1 billion with earnings per share of $0.17." | | | ■ | | | | | ■ | ■ | ■ | | ■ | | | | | | | | |

| | Quest. No. 1 | Quest. No. 2 | Quest. No. 3 | | | | Quest. No. 4(a) | Quest. No. 4(b) | | | | Quest. No. 4(c) | | | | Quest. No. 5 | Quest. No. 6 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Person(s) Making Statement | | | | | Reckless Disregard | | | | Actual Knowledge | | | | | Controlling Person | | | |
| | False or Misleading | Material | Abbe | Kalkhoven | Muller | Straus | Cautionary Language | Abbe | Kalkhoven | Muller | Straus | Abbe | Kalkhoven | Muller | Straus | Caused Loss | Abbe | Kalkhoven | Muller | Straus |
| <u>Statement Nos.15, 18, 21, 22, 23, 24</u><br>Inventory | | | | ■ | | | ■ | | ■ | | | | ■ | | | | | ■ | | |
| <u>Statement Nos. 4, 5, 8, 9, 10, 16, 19</u><br>E-TEK Goodwill | | | | ■ | | | ■ | | ■ | | | | ■ | | | | | ■ | | |
| <u>Statement No. 20</u><br>SDL Goodwill | | | | ■ | | | ■ | | ■ | | | | ■ | | | | | ■ | | |