[Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. C-02-1486 CW (EDL)<br><br>**STIPULATION AND ORDER REGARDING NEUTRAL DESCRIPTION OF THE LITIGATION** |

1     WHEREAS, on October 9, 2007, the Court held a Pre-Trial Conference;

2     WHEREAS, the Court requested that the parties draft a short, neutral description of the litigation.

4     IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that the following statement may be read to potential jurors to inform them generally about the litigation:

> This is a lawsuit brought against JDS Uniphase Corporation (referred to as JDSU) and four former executives: Kevin Kalkhoven, Jozef Straus, Tony Muller, and Jay Abbe. The lawsuit is brought by a fund on behalf of purchasers of JDSU stock between April 25, 2000, and July 26, 2001. These stock purchasers allege that the Defendants misled them about JDSU's business prospects. They also allege that the four former executives sold stock while knowing important, undisclosed negative information about the Company's business. The Defendants contend that they accurately described JDSU's performance and expectations, based on the available information. The Defendants also contend that they had no important, undisclosed, negative information about the Company's business at the time they sold stock, and instead they sold stock consistent with customary practices.

Dated: October 11, 2007            MORRISON & FOERSTER LLP

                                          By: /s/ Philip T. Besirof
                                                   Philip T. Besirof

                                                   Attorneys for Defendants
                                                   JDS Uniphase Corporation, Jozef
                                                   Straus, Anthony R. Muller, and Charles
                                                   J. Abbe

| | | |
|---|---|---|
| 1 | Dated: October 11, 2007 | HELLER EHRMAN LLP |
| 2 | | |
| 3 | | By: /s/ Michael L. Charlson |
| 4 | |       Michael L. Charlson |
| 5 | | Attorneys for Defendant<br>Kevin Kalkhoven |
| 6 | | |
| 7 | Dated: October 11, 2007 | LABATON SUCHAROW & RUDOFF LLP |
| 8 | | BERMAN DEVALERIO PEASE TABACCO<br>BURT & PUCILLO |
| 10 | | By: /s/ Barbara J. Hart |
| 11 | |       Barbara J. Hart |
| 12 | | Liaison Counsel for Lead Plaintiff<br>Connecticut Retirement Plans and Trust Funds |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

10/22/07
Dated: _____

*[signature]*

HONORABLE CLAUDIA WILKEN
United States District Court Judge

GENERAL ORDER 45 ATTESTATION

I, Philip Besirof, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Neutral Description of the Litigation.  In compliance with General Order 45, X.B., I hereby attest that Barbara J. Hart, attorney for Plaintiffs, and Michael L. Charlson, attorney for Kevin Kalkhoven, have concurred in this filing.

Dated:  October 11, 2007              By: /s/ Philip T. Besirof
                                          Attorneys for the JDSU Defendants