1 | [Counsel Listed on Signature Pages]

2

3

4

5

6

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | OAKLAND DIVISION

11

12 | In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION

Master File No. C–02–1486 CW (EDL)

13

AMENDED

This Document Relates To:  All Actions

**STIPULATION AND ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING TRIAL**

| | |
|---|---|
| 1 | WHEREAS, the trial in the above-captioned matter is scheduled to begin on October 22, 2007; |
| 2 | |
| 3 | WHEREAS, the parties have met and conferred regarding the necessary equipment for use in the courtroom during trial; |
| 4 | |
| 5 | WHEREAS, the parties have agreed to coordinate their use of equipment when practicable. |
| 6 | |
| 7 | IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that the parties' representatives be allowed to enter the courthouse on or after October 17, 2007, with the equipment identified below and use that equipment in the courtroom during trial. |
| 8 | |
| 9 | |
| 10 | **Equipment for Use in the Courtroom During Trial:** |
| 11 | 1.  2 – Presentation Computer Laptops |
| 12 | 2.  2 – External Computer Hard Drives |
| 13 | 3.  1 – Projector (with replacement lens and bulb) |
| 14 | 4.  1 – 8' x 10' Projection Screen |
| 15 | 5.  1 – Projector Stand |
| 16 | 6.  1 – Digital Elmo |
| 17 | 7.  4 – 17" Flat Panel Computer Monitors |
| 18 | 8.  5 – Video Switching Units |
| 19 | 9.  1 – Pair of Audio Speakers |
| 20 | 10. 1 – Audio Patchbay |
| 21 | 11. 2 – Tech Tables with Drape Skirts |
| 22 | 12. 2 – Easels |
| 23 | 13. 1 – Bin of Cables, Adaptors, Power Strips and Tape |
| 24 | 14. 1 – Hewlett Packard Silent Printer (Defendants) |
| 25 | 15. 2 – Portable bookshelves (Defendants) |
| 26 | 16.    Nikkon Digital Camera |
| 27 | |
| 28 | |

STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING TRIAL
MASTER FILE NO. C–02–1486 CW (EDL)
sf-2403249

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  October 12, 2007 | Barbara J. Hart |
| | | Mark S. Arisohn |
| 3 | | Anthony J. Harwood |
| | | Michael Stocker |
| 4 | | Stefanie J. Sundel |
| | | LABATON SUCHAROW LLP |
| 5 | | 140 Broadway |
| | | New York, New York 10005 |
| 6 | | Telephone:  (212) 907-0700 |
| | | Facsimile:  (212) 818-0477 |
| 7 | | - and - |
| 8 | Dated:  October 12, 2007 | Joseph J. Tabacco, Jr. |
| | | Christopher T. Heffelfinger |
| 9 | | BERMAN DeVALERIO PEASE |
| | |   TABACCO BURT & PUCILLO |
| 10 | | 425 California Street, Suite 2025 |
| | | San Francisco, CA 94104-2205 |
| 11 | | Telephone: (415) 433-3200 |
| | | Facsimile: (415) 433-6382 |

By:   /s/ Michael Stocker
          Michael Stocker

Attorneys for Lead Plaintiff
Connecticut Retirement Plans and Trust Fund

Dated: October 12, 2007

James P. Bennett
Jordan Eth
Terri Garland
Philip T. Besirof
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

By:   /s/ Philip T. Besirof
          Philip T. Besirof

Attorneys for Defendants JDS Uniphase Corporation, Charles Abbe, Jozef Straus, and Anthony Muller

STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING TRIAL
MASTER FILE NO. C–02–1486 CW (EDL)
sf-2403249

2

| | | |
|---|---|---|
| 1 | Dated: October 12, 2007 | Michael J. Shepard |
| 2 | | Howard S. Caro |
| | | HELLER EHRMAN LLP |
| | | 333 Bush Street |
| 3 | | San Francisco, California  94104 |
| 4 | | Michael L. Charlson |
| | | J. Christopher Mitchell |
| 5 | | HELLER EHRMAN LLP |
| | | 275 Middlefield Road |
| 6 | | Menlo Park, California  94025 |

By:   /s/ Howard S. Caro
           Howard S. Caro

Attorneys for Defendant
Kevin Kalkhoven

10/23/07

IT IS SO ORDERED

Claudia Wilken
Judge Claudia Wilken

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER AUTHORIZING ENTRY AND USE OF EQUIPMENT DURING TRIAL
MASTER FILE NO. C–02–1486 CW (EDL)
sf-2403249

3