1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                    OAKLAND DIVISION
11

12 | In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION | Master File No. C–02–1486 CW (EDL)
13 |
14 | This Document Relates To:  All Actions | **ORDER AUTHORIZING ENTRY INTO COURTHOUSE**

15
16
17
18
19
20
21
22
23
24
25
26
27
28

1     WHEREAS, Jozef Straus is a defendant in the above-captioned matter, which is currently in trial;

    WHEREAS, Dr. Straus has certain health issues that require him to have access to food during trial;

    THEREFORE, IT IS HEREBY ORDERED that Dr. Straus be allowed to enter the courthouse with food for the duration of the trial.

10/26/07

Dated: _____

*[signature: Claudia Wilken]*

CLAUDIA WILKEN
United States District Judge

Proposed Order submitted by Morrison & Foerster LLP, counsel for the JDSU Defendants.