1  [Counsel listed on signature page.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION | Master File No. C-02-1486 CW <br><br> CLASS ACTION <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING EXHIBITS |
| This Document Relates To: All Actions | |

WHEREAS, on October 24, 2007, Defendants examined expert witness Terrence Barnich;

WHEREAS, Defendants moved into evidence certain exhibits during their examination of Mr. Barnich;

WHEREAS, the parties agree that three exhibits used during Defendants' examination of Mr. Barnich should be admitted into evidence;

WHEREAS, on October 25, Lead Plaintiff introduced the testimony of Thomas Pitre by video deposition;

WHEREAS, prior to playing the video deposition testimony of Mr. Pitre, Lead Plaintiff inadvertently moved for the admission of exhibits PX 48, 124, 135, 172, 293, 359, 383, 439, and 874, which were not introduced during his testimony;

WHEREAS, the parties wish to clarify the exhibits that Lead Plaintiff seeks to move into evidence;

WHEREAS, the parties further agree that two exhibits discussed during Defendants' designations of Mr. Pitre's deposition testimony should be admitted into evidence;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that:

1. The following exhibits introduced during the examination of Terrence Barnich are admitted into evidence:

DX 2512     CLEC Report 2001 (page 3 of 13);
DX 2642     New Paradigm Press Resources press release dated March 6, 2007; and
DX 2643     New Paradigm Press Resources press release dated June 4, 2007;

2. Exhibits labeled PX 48, 124, 135, 172, 293, 359, 383, 439, and 874, which Lead Plaintiff moved into evidence before the videotape deposition testimony of Thomas Pitre are withdrawn without prejudice to Lead Plaintiff later moving the Court for admission of those exhibits;

3. The following exhibits introduced during the videotape deposition testimony of Thomas Pitre are admitted into evidence:

| | |
|---|---|
| PX 124 | April 7, 2000 email from Mario Leduc to Thomas Pitre (with handwriting redacted); |
| PX 379 | August 18, 2000 email from Thomas Pitre to OPSS; |
| PX 172 | May 31, 2000 email from Thomas Pitre to Martin Matthews; |
| PX 388 | August 21, 2000 Forecast Distribution and FPG Demand Forecast; |
| DX 1842 | Redbook Review Q1 FY 01 (pages Bates labeled JDSU 1730546-71); and |
| DX 1714 | April 26, 2000 email from Thomas Pitre to Orlando Estezo. |

Dated: October 26, 2007    Respectfully submitted,

LABATON SUCHAROW LLP

By:    /s/ Anthony J. Harwood

Lead Counsel for Lead Plaintiff
Connecticut Retirement Plans and Trust Funds

BERMAN DeVALERIO PEASE TABACCO
BURT & PUCILLO

Liaison Counsel for Lead Plaintiff
Connecticut Retirement Plans and Trust Funds

| | | |
|---|---|---|
| 1 | Dated: October 26, 2007 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:   /s/ Philip Besirof |
| 4 | | Attorneys for Defendants<br>JDS Uniphase Corporation, Charles J. Abbe, Jozef |
| 5 | | Straus, and Anthony Muller |
| 6 | | |
| 7 | Dated: October 26, 2007 | HELLER EHRMAN LLP |
| 8 | | |
| 9 | | By:   /s/ Howard Caro |
| 10 | | Attorneys for Defendant<br>Kevin Kalkhoven |

IT IS SO ORDERED.

Dated: _____

_____
CLAUDIA WILKEN
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CASE NO. 02-01486 CW (EDL)

3

I, Anthony Harwood, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Exhibits. In compliance with General Order 45, X.B., I hereby attest that Philip Besirof, attorney for Defendants, JDS Uniphase Corporation, Charles J. Abbe, Jozef Straus, and Anthony R. Muller, and Howard Caro, attorney for Kevin Kalkhoven, have concurred in this filing.

Dated: October 26, 2007             LABATON SUCHAROW LLP

By:    /s/ Anthony J. Harwood
       Counsel for Lead Plaintiff
       Connecticut Retirement Plans
       and Trust Funds

1 [Counsel listed on signature page.]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | **Master File No. C-02-1486 CW**<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND [PROPOSED] ORDER REGARDING EXHIBITS |

CASE NO. 02-01486 CW (EDL)

1  WHEREAS, on October 24, 2007, Defendants examined expert witness Terrence Barnich;

WHEREAS, Defendants moved into evidence certain exhibits during their examination of Mr. Barnich;

WHEREAS, the parties agree that three exhibits used during Defendants' examination of Mr. Barnich should be admitted into evidence;

WHEREAS, on October 25, Lead Plaintiff introduced the testimony of Thomas Pitre by video deposition;

WHEREAS, prior to playing the video deposition testimony of Mr. Pitre, Lead Plaintiff inadvertently moved for the admission of exhibits PX 48, 124, 135, 172, 293, 359, 383, 439, and 874, which were not introduced during his testimony;

WHEREAS, the parties wish to clarify the exhibits that Lead Plaintiff seeks to move into evidence;

WHEREAS, the parties further agree that two exhibits discussed during Defendants' designations of Mr. Pitre's deposition testimony should be admitted into evidence;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that:

1. The following exhibits introduced during the examination of Terrence Barnich are admitted into evidence:

DX 2512    CLEC Report 2001 (page 3 of 13);
DX 2642    New Paradigm Press Resources press release dated March 6, 2007; and
DX 2643    New Paradigm Press Resources press release dated June 4, 2007;

2. Exhibits labeled PX 48, 124, 135, 172, 293, 359, 383, 439, and 874, which Lead Plaintiff moved into evidence before the videotape deposition testimony of Thomas Pitre are withdrawn without prejudice to Lead Plaintiff later moving the Court for admission of those exhibits;

3. The following exhibits introduced during the videotape deposition testimony of Thomas Pitre are admitted into evidence:

| | | |
|---|---|---|
| 1 | PX 124 | April 7, 2000 email from Mario Leduc to Thomas Pitre (with handwriting redacted); |
| 2 | PX 379 | August 18, 2000 email from Thomas Pitre to OPSS; |
| 3 | PX 172 | May 31, 2000 email from Thomas Pitre to Martin Matthews; |
| 4 | PX 388 | August 21, 2000 Forecast Distribution and FPG Demand Forecast; |
| 5 | DX 1842 | Redbook Review Q1 FY 01 (pages Bates labeled JDSU 1730546-71); and |
| 6 | DX 1714 | April 26, 2000 email from Thomas Pitre to Orlando Estezo. |

Dated: October 26, 2007

Respectfully submitted,

LABATON SUCHAROW LLP

By: /s/ Anthony J. Harwood

Lead Counsel for Lead Plaintiff
Connecticut Retirement Plans and Trust Funds

BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO

Liaison Counsel for Lead Plaintiff
Connecticut Retirement Plans and Trust Funds

| | | |
|---|---|---|
| 1 | Dated: October 26, 2007 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By:   /s/ Philip Besirof |
| 4 | | Attorneys for Defendants |
| 5 | | JDS Uniphase Corporation, Charles J. Abbe, Jozef Straus, and Anthony Muller |
| 6 | | |
| 7 | Dated: October 26, 2007 | HELLER EHRMAN LLP |
| 8 | | |
| 9 | | By:   /s/ Howard Caro |
| 10 | | Attorneys for Defendant |
| 11 | | Kevin Kalkhoven |

IT IS SO ORDERED.

Dated:   10/26/07

_____
CLAUDIA WILKEN
United States District Judge

1     I, Anthony Harwood, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Exhibits. In compliance with General Order 45, X.B., I hereby attest that Philip Besirof, attorney for Defendants, JDS Uniphase Corporation, Charles J. Abbe, Jozef Straus, and Anthony R. Muller, and Howard Caro, attorney for Kevin Kalkhoven, have concurred in this filing.

Dated: October 26, 2007      LABATON SUCHAROW LLP


By:    /s/ Anthony J. Harwood
        Counsel for Lead Plaintiff
        Connecticut Retirement Plans
        and Trust Funds

STIPULATION AND [PROPOSED] ORDER
CASE NO. 02-01486 CW (EDL)

4