Joseph J. Tabacco, Jr. (75484)
Christopher T. Heffelfinger (118058)
Nicole Lavallee (165755)
BERMAN DeVALERIO PEASE
  TABACCO BURT & PUCILLO
425 California Street, Suite 2100
San Francisco, California  94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

*Liaison Counsel for Lead Plaintiff
Connecticut Retirement Plans and Trust Funds
and Counsel for Oklahoma Firefighters
Pension and Retirement System*

Barbara J. Hart
Mark S. Arisohn
Anthony J. Harwood
Michael W. Stocker (179083)
Stefanie J. Sundel
LABATON SUCHAROW
140 Broadway
New York, New York  10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

*Lead Counsel for Lead Plaintiff
Connecticut Retirement Plans and Trust Funds*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE JDS UNIPHASE CORPORATION SECURITIES LITIGATION | Master File No. C-02-1486 CW (EDL) <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF ANTHONY J. HARWOOD IN SUPPORT OF LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION TO STRIKE, IN PART, THE SUPPLEMENTAL EXPERT REPORT OF ALLAN W. KLEIDON** <br><br> Date:     TBD <br> Time:    TBD <br> Ctrm:    2, 4th Floor <br> Before:  Hon. Claudia Wilken <br><br> Trial Date:  October 22, 2007 |
| This Document Relates To: <br> All Actions | |

1    I, ANTHONY J. HARWOOD, declare as follows pursuant to 28 U.S.C. § 1746:

2    I am of Counsel to the law firm of Labaton Sucharow, lead counsel for the Lead Plaintiff, the Connecticut Retirement Plans and Trust Funds. I respectfully submit this declaration in support of Lead Plaintiff's Notice of Motion and Motion to Strike, in part, the Supplemental Expert Report of Allan W. Kleidon. I make this declaration based on personal knowledge, except for any items stated on information and belief, of which I am informed and believe are true. If called as a witness, I would testify to the facts set forth below.

1. Attached as Exhibit A is a true and correct copy of the February 5, 2007 opening report of Allan W. Kleidon.

2. Attached as Exhibit B is a true and correct copy of the March 5, 2007 rebuttal report of Allan W. Kleidon.

3. Attached as Exhibit C are true and correct copies of the relevant excerpts of the February 5, 2007 opening report of Scott D. Hakala.

4. Attached as Exhibit D are true and correct copies of the relevant excerpts of the March 5, 2007 rebuttal report of Scott D. Hakala.

5. Attached as Exhibit E is a true and correct copy of the October 28, 2007 supplemental report of Allan W. Kleidon.

6. Dr. Kleidon does not offer an opinion on damages for insider trading in either his opening report or his rebuttal report. Additionally, neither the terms "insider trading" nor "20A" appear in the opinions set forth in Dr. Kleidon's opening report or his rebuttal report.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on October 30, 2007.

_ /s/ Anthony J. Harwood