# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE JDS UNIPHASE SECURITIES LITIGATION | CIVIL ACTION NO. 02-1486 (CW) |

**REBUTTAL REPORT OF SCOTT D. HAKALA, PH.D, CFA**

**I.   Background and Qualifications**

1. I was asked by counsel for the Plaintiff to review and comment on the Opening Expert Report of Allan W. Kleidon ("Kleidon Report"). In addition to the information set forth in my expert report, I have reviewed the information produced by Dr. Kleidon relating to his expert report and reviewed and considered in the expert reports of Arthur R. Wyatt, Steven L. Henning, James H. Vander Weide, Terrence L. Barnich, and Wayne R. Guay.

2. My commentary in this report will be more brief and conceptual in light of the detail in my expert report already addressing many of the issues I have regarding Dr. Kleidon's report and analysis. I expect that Dr. Kleidon's rebuttal report may be more extensive and reserve the right to reply if necessary or respond to any information and issues he might identify in his rebuttal report.

3. Plaintiff has filed an extensive set of interrogatory responses outlining the false and misleading statements and omissions. Additionally, various partially corrective news events and disclosures were identified in the Second Amended Complaint and in my expert report. Beyond listing some of the events in Exhibit 4 to the Kleidon Report, the

related to the Plaintiff's claims, his analysis largely misses the point and fails to find loss causation because he failed to look for it in a comprehensive and systematic manner.

22. Additionally, individual events do not have to be statistically significant to be material to investors.  A series or group of events with each individual event not statistically significant can, nevertheless, be collectively, or jointly, significant and, therefore, must be included in the analysis in order to arrive at a consistent and unbiased interpretation of the facts.  In the case of a series of industry leakage events, most of the identified relevant events are unlikely to be individually statistically significant, but they often become jointly very significant and extremely material when analyzed as a group.  This is well-known in the more highly regarded statistics literature and in the underlying philosophy of statistics.[5]  Dr. Kleidon's loss causation and other analyses implicitly ignore this important principle and, thus, parse away much of the evidence of inflation and loss causation in this case.

23. As one additional item, I have become aware of additional share sales by Mr. Kalkhoven after August 31, 2000.  I have considered those additional sales and added those to my estimate of insider trading damages in Exhibit F-Rebuttal.

Executed this 5th day of March 2007, at Dallas, Texas.



Scott D. Hakala, Ph.D., CFA

---

[5] See, in my expert report, footnotes 5 (page 17) and 15 and 16 (page 23).  For further discussion, see Lehmann and Romano, Testing Statistical Hypotheses, Third Edition, 2005, pp. 56-58 ("The standard way to remove the arbitrary choice of α is to report the *p*-value of the test…"; "A low significance level results in the hypothesis being rejected only for a **set of values** of the observations whose **total probability** under hypothesis is small…" [emphasis added]) .

## Exhibit F-Rebuttal Insider Selling Damages

### JOZEF STRAUS JDS STOCK SALES

| | Dates | Shares Sold | Price adjusted | Proceeds | Inflation Percent | Inflation | Aggregate Damages |
|---|---|---|---|---|---|---|---|
| Straus | 11/8/1999 | 26,700 | $47.71 | $1,273,857 | 0.00% | $0.00 | $ - |
| | 11/8/1999 | 52,944 | $47.71 | $2,525,958 | 0.00% | $0.00 | $ - |
| | 8/1/2000 | 16,020 | $117.00 | $1,874,340 | 33.61% | $629,892.86 | |
| | 8/1/2000 | 95,352 | $117.00 | $11,156,184 | 33.61% | $3,749,160.05 | |
| | 8/1/2000 | 156,000 | $117.06 | $18,261,360 | 33.61% | $6,136,933.68 | |
| | 8/1/2000 | 394,000 | $117.00 | $46,098,000 | 33.61% | $15,491,746.98 | |
| | 8/1/2000 | 396,672 | $117.00 | $46,410,624 | 33.61% | $15,596,807.76 | $ 88,076,161.98 |
| | 8/4/2000 | 4,500 | $117.69 | $529,605 | 33.61% | $177,979.67 | |
| | 8/4/2000 | 5,200 | $118.00 | $613,600 | 33.61% | $206,207.12 | $ 86,453,167.44 |
| | 8/7/2000 | 25,000 | $118.13 | $2,953,250 | 33.61% | $992,472.60 | |
| | 8/7/2000 | 34,100 | $118.02 | $4,024,482 | 33.61% | $1,352,472.06 | |
| | 8/7/2000 | 35,000 | $118.06 | $4,132,100 | 33.61% | $1,388,638.29 | |
| | 8/7/2000 | 96,200 | $118.00 | $11,351,600 | 33.61% | $3,814,831.77 | $ 89,573,291.16 |
| | 8/8/2000 | 210,000 | $121.19 | $25,449,900 | 33.61% | $8,552,722.71 | $ 59,289,753.69 |
| | 2/1/2001 | 25,424 | $55.49 | $1,410,778 | 38.10% | $537,458.20 | |
| | 2/1/2001 | 74,576 | $55.49 | $4,138,222 | 38.10% | $1,576,521.50 | $ 111,797,977.95 |
| | 3/6/2001 | 800 | $30.06 | $24,048 | 25.17% | $6,051.76 | |
| | 3/6/2001 | 20,000 | $30.00 | $600,000 | 25.17% | $150,991.97 | $ 46,996,876.36 |
| | | 1,668,488 | | $182,827,908 | | $60,360,888.96 | $482,187,228.58 |

### KEVIN KALKHOVEN JDS STOCK SALES

| | Dates | Shares Sold | Price adjusted | Proceeds | Inflation Percent | Inflation | Aggregate Damages |
|---|---|---|---|---|---|---|---|
| Kalkhoven | 11/8/1999 | 128,000 | $48.50 | $6,208,000 | 0.00% | $0.00 | $ - |
| | 11/8/1999 | 140,000 | $47.85 | $6,699,000 | 0.00% | $0.00 | $ - |
| | 11/9/1999 | 14,000 | $47.50 | $665,000 | 0.00% | $0.00 | $ - |
| | 11/9/1999 | 144,704 | $46.93 | $6,790,959 | 0.00% | $0.00 | $ - |
| | 11/10/1999 | 122,000 | $46.79 | $5,708,380 | 0.00% | $0.00 | $ - |
| | 11/23/1999 | 50,000 | $60.67 | $3,033,500 | 0.00% | $0.00 | $ - |
| | 11/30/1999 | 40,000 | $59.82 | $2,392,800 | 0.00% | $0.00 | $ - |
| | 5/22/2000 | 100,000 | $83.80 | $8,380,000 | 33.19% | $2,781,207.35 | |
| | 5/22/2000 | 130,000 | $77.65 | $10,094,500 | 33.19% | $3,350,226.45 | $ 28,075,185.60 |
| | 5/24/2000 | 180,000 | $76.68 | $13,802,400 | 33.19% | $4,580,827.73 | $ 30,099,093.91 |
| | 7/31/2000 | 250,000 | $117.00 | $29,250,000 | 33.61% | $9,829,788.69 | |
| | 7/31/2000 | 250,000 | $119.50 | $29,875,000 | 33.61% | $10,039,826.91 | $ 200,292,342.22 |
| | 8/4/2000 | 62,500 | $119.68 | $7,480,000 | 33.61% | $2,513,737.42 | $ 86,453,167.44 |
| | 8/7/2000 | 100,000 | $119.81 | $11,981,000 | 33.61% | $4,026,348.66 | $ 89,573,291.16 |
| | 8/21/2000 | 110,000 | $125.00 | $13,750,000 | 33.61% | $4,620,840.84 | $ 75,081,150.57 |
| | 8/22/2000 | 100,000 | $125.10 | $12,510,000 | 33.61% | $4,204,125.01 | |
| | 8/22/2000 | 140,000 | $124.63 | $17,448,200 | 33.61% | $5,863,662.19 | $ 75,027,246.86 |
| | 8/31/2000 | 100,000 | $124.22 | $12,422,000 | 31.08% | $3,860,416.63 | |
| | 8/31/2000 | 200,000 | $120.03 | $24,006,000 | 31.08% | $7,460,405.86 | $ 118,214,393.08 |
| | 9/1/2000 | 75,000 | $124.40 | $9,329,685 | $ 38.48 | $2,885,814.49 | $ 57,631,836.56 |
| | 9/7/2000 | 285,000 | $119.42 | $34,033,446 | $ 36.14 | $10,300,285.84 | $ 62,049,843.70 |
| | 9/12/2000 | 400,000 | $110.99 | $44,394,360 | $ 28.61 | $11,443,391.57 | $ 116,841,241.79 |
| | 9/18/2000 | 200,000 | $104.73 | $20,945,000 | $ 27.12 | $5,423,654.70 | $ 91,974,709.31 |
| | 9/19/2000 | 100,000 | $105.88 | $10,587,500 | $ 32.37 | $3,236,729.60 | $ 113,242,271.22 |
| | 9/20/2000 | 25,000 | $109.00 | $2,725,000 | $ 32.12 | $803,091.28 | $ 118,955,864.54 |
| | 9/21/2000 | 100,000 | $98.85 | $9,885,000 | $ 31.04 | $3,103,661.96 | $ 95,670,410.31 |
| | 9/22/2000 | 300,000 | $105.25 | $31,574,060 | $ 32.09 | $9,625,850.15 | $ 110,500,640.29 |
| | 9/25/2000 | 200,000 | $108.38 | $21,675,620 | $ 32.03 | $6,405,988.28 | $ 83,932,733.93 |
| | 9/27/2000 | 50,000 | $104.25 | $5,212,500 | $ 29.31 | $1,465,618.15 | $ 144,125,520.82 |
| | 9/28/2000 | 75,000 | $110.13 | $8,259,375 | $ 29.20 | $2,189,993.36 | $ 112,420,898.18 |
| | 10/5/2000 | 100,000 | $95.05 | $9,505,000 | $ 28.51 | $2,850,646.04 | $ 63,473,599.09 |
| | 10/10/2000 | 50,000 | $93.44 | $4,671,875 | $ 27.18 | $1,358,789.21 | $ 55,956,426.06 |
| | 10/11/2000 | 100,000 | $90.13 | $9,012,500 | $ 25.75 | $2,575,139.82 | $ 98,586,271.18 |
| | 10/13/2000 | 100,000 | $90.07 | $9,006,880 | $ 28.30 | $2,830,029.93 | $ 75,486,736.83 |
| | 10/16/2000 | 100,000 | $95.06 | $9,506,250 | $ 28.32 | $2,831,904.12 | $ 65,155,794.24 |
| | 10/20/2000 | 350,000 | $98.65 | $34,525,950 | $ 30.70 | $10,744,742.78 | $ 192,140,127.59 |
| | 10/25/2000 | 50,000 | $100.00 | $5,000,000 | $ 15.11 | $755,423.96 | $ 111,895,544.32 |
| | 10/27/2000 | 300,000 | $80.43 | $24,127,510 | $ 20.30 | $6,088,649.21 | $ 126,605,942.89 |
| | 11/1/2000 | 100,000 | $80.51 | $8,051,250 | $ 20.64 | $2,064,032.38 | $ 58,812,365.10 |
| | 1/18/2001 | 1,000,000 | $55.13 | $55,130,600 | $ 22.43 | $22,427,590.97 | $ 165,644,957.88 |
| | 3/22/2001 | 2,100 | $3.37 | $7,087 | $ 8.89 | $7,087.00 | $ 69,469,749.40 |
| | 4/11/2001 | 2,100 | $2.00 | $4,200 | $ 5.60 | $4,200.00 | $ 37,689,817.14 |
| | | 6,425,404 | | $589,667,387 | | $174,553,728.55 | $ 2,931,079,173.23 |

Exhibit F-Rebuttal Insider Selling Damages

### TONY MULLER JDS STOCK SALES

| | Dates | Shares Sold | Price adjusted | Proceeds | Inflation Percent | Inflation | Aggregate Damages |
|---|---|---|---|---|---|---|---|
| Muller | 11/8/1999 | 40,000 | $48.75 | $1,950,000 | 0.00% | $0.00 | $ - |
| | 11/12/1999 | 80,000 | $48.78 | $3,902,400 | 0.00% | $0.00 | $ - |
| | 11/19/1999 | 40,000 | $54.79 | $2,191,600 | 0.00% | $0.00 | $ - |
| | 5/22/2000 | 10,000 | $82.63 | $826,300 | 33.19% | $274,237.67 | $ 28,075,185.60 |
| | 5/30/2000 | 10,000 | $84.19 | $841,900 | 33.19% | $279,415.09 | $ 26,531,447.09 |
| | 7/31/2000 | 35,000 | $117.41 | $4,109,350 | 33.61% | $1,380,992.89 | $ 200,292,342.22 |
| | 8/1/2000 | 20,000 | $117.23 | $2,344,600 | 33.61% | $787,928.98 | $ 88,076,161.98 |
| | 8/2/2000 | 20,000 | $117.00 | $2,340,000 | 33.61% | $786,383.10 | $ 117,327,040.85 |
| | 8/4/2000 | 2,500 | $120.00 | $300,000 | 33.61% | $100,818.35 | |
| | 8/4/2000 | 5,000 | $118.00 | $590,000 | 33.61% | $198,276.08 | |
| | 8/4/2000 | 5,000 | $118.23 | $591,150 | 33.61% | $198,662.55 | |
| | 8/4/2000 | 5,000 | $118.50 | $592,500 | 33.61% | $199,116.23 | $ 86,453,167.44 |
| | 8/7/2000 | 37,500 | $120.00 | $4,500,000 | 33.61% | $1,512,275.18 | $ 89,573,291.16 |
| | 8/8/2000 | 25,000 | $122.00 | $3,050,000 | 33.61% | $1,024,986.51 | $ 59,289,753.69 |
| | 8/11/2000 | 50,000 | $117.08 | $5,854,000 | 33.61% | $1,967,301.98 | |
| | 8/11/2000 | 50,000 | $119.94 | $5,997,000 | 33.61% | $2,015,358.73 | $ 56,567,962.38 |
| | 8/14/2000 | 25,000 | $119.24 | $2,981,000 | 33.61% | $1,001,798.29 | |
| | 8/14/2000 | 25,000 | $119.74 | $2,993,500 | 33.61% | $1,005,999.06 | $ 58,468,186.14 |
| | 8/15/2000 | 50,000 | $119.94 | $5,997,000 | 33.61% | $2,015,358.73 | $ 59,060,462.74 |
| | 8/16/2000 | 110 | $119.44 | $13,138 | 33.61% | $4,415.21 | $ 41,861,057.63 |
| | | 535,000 | | $51,952,300 | | $14,753,324.63 | $911,576,058.93 |

### CHARLES JAY ABBE JDS STOCK SELLING

| Defendant | Date | Shares | Price | Proceeds | | | |
|---|---|---|---|---|---|---|---|
| Abbe | 2/18/2000 | 40,000 | $104.31 | $4,172,400 | 22.63% | $944,277.35 | |
| | 2/18/2000 | 120,000 | $104.22 | $12,506,400 | 22.63% | $2,830,387.86 | $ 8,183,967.77 |
| | 2/22/2000 | 80,000 | $106.22 | $8,497,600 | 22.63% | $1,923,135.67 | $ 14,293,350.72 |
| | 8/1/2000 | 50,000 | $117.15 | $5,857,500 | 33.61% | $1,968,478.20 | $ 88,076,161.98 |
| | 8/11/2000 | 100,000 | $117.10 | $11,710,000 | 33.61% | $3,935,276.09 | $ 56,567,962.38 |
| | 2/26/2001 | 50,000 | $32.91 | $1,645,500 | 32.99% | $542,790.47 | $ 75,517,919.76 |
| | 2/27/2001 | 25,000 | $29.62 | $740,500 | 30.24% | $223,920.67 | $ 60,728,966.71 |
| | 2/28/2001 | 25,000 | $27.34 | $683,500 | 31.70% | $216,674.26 | $ 88,180,012.66 |
| | | 490,000 | | $45,813,400 | | $11,640,663.20 | $391,548,341.98 |