**FILED**

NOV 06 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No. C–02–1486 CW<br><br>[~~PROPOSED~~] ORDER PERMITTING FOOD IN COURTHOUSE<br><br>Ctrm:    2, 4th Floor<br>Before:  Hon. Claudia Wilken |

cc to Atty in CT

[PROPOSED] ORDER PERMITTING FOOD IN COURTROOM
C-02-1486 CW

1  The Court hereby ORDERS that because of her pregnancy, Maren Clouse, an associate at
2  Heller Ehrman LLP, counsel for Defendant Kevin Kalkhoven in the above-captioned matter, is
3  permitted to bring small items of food into the courtroom during the trial of this matter.

5  Dated: November 6, 2007

   _____
   Hon. Claudia Wilken

8  Submitted by:
9  Dated: November 5, 2007

   HELLER EHRMAN LLP

   By:  /s/  Howard S. Caro
        Howard S. Caro

   Attorneys for Defendant
   Kevin Kalkhoven

[PROPOSED] ORDER PERMITTING FOOD IN COURTROOM
C-02-1486 CW