1    [Counsel Listed on Signature Pages]

**FILED**

NOV - 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No. C–02–1486 CW (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITION TESTIMONY** |

WHEREAS, between October 25 and November 1, 2007, Plaintiffs presented testimony from the depositions of the following thirteen witnesses: Thomas Pitre, Rick MacMillan, Kumar Visvanatha, Eldred Newland, Gordon Buchan, Jose Mejia, Ed Grabowy, Roger Miskowicz, Alison Reynders, Harry Deffebach, Bob Russell, Bryant Hichwa, and Peter Heywood;

WHEREAS, the Court requested that the parties stipulate to the time that should be allocated to each side during the presentation of deposition testimony to the jury;

WHEREAS, the parties have met and conferred and reached an agreement as to the time that should be allocated to the parties for their respective designations of testimony from the depositions of these thirteen witnesses;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that:

1. The following table sets forth the time that should be allocated to Plaintiffs and Defendants for each of the witnesses presented by deposition between October 25 and November 1, 2007:

| Deposition Witness | Plaintiffs' Time | Defendants' Time | Total Time |
|---|---|---|---|
| Thomas Pitre | 1:02:50 | 0:30:07 | 1:32:57 |
| Rick MacMillan | 0:30:02 | 0:06:48 | 0:36:50 |
| Kumar Visvanatha | 0:48:09 | 0:10:44 | 0:58:53 |
| Eldred Newland | 0:43:48 | 0:07:16 | 0:51:04 |
| Gordon Buchan | 0:42:31 | 0:09:03 | 0:51:34 |
| Jose Mejia | 0:06:25 | 0:05:42 | 0:12:07 |
| Ed Grabowy | 0:17:57 | 0:07:17 | 0:25:14 |
| Roger Miskowicz | 0:18:51 | 0:10:53 | 0:29:44 |
| Alison Reynders | 0:19:11 | 0:13:05 | 0:32:16 |
| Harry Deffebach | 0:11:36 | 0:09:48 | 0:21:24 |
| Bob Russell | 0:16:47 | 0:05:53 | 0:22:40 |
| Bryant Hichwa | 0:03:44 | 0:02:56 | 0:06:40 |
| Peter Heywood | 0:04:31 | 0:01:28 | 0:05:59 |
| Total: | 5:26:22 | 2:01:00 | 7:27:22 |

| | | |
|---|---|---|
| 1 | Dated: November 5, 2007 | Barbara J. Hart |
| 2 | | Mark S. Arisohn |
| | | Anthony J. Harwood |
| 3 | | Michael Stocker |
| | | Stefanie J. Sundel |
| 4 | | LABATON SUCHAROW LLP |
| | | 140 Broadway |
| 5 | | New York, New York 10005 |
| | | Telephone: 212.907.0700 |
| 6 | | Facsimile: 212.818.0477 |

- and -

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
BERMAN DeVALERIO PEASE
 TABACCO BURT & PUCILLO
425 California Street, Suite 2025
San Francisco, California 94104-2205
Telephone: 415.433.3200
Facsimile: 415.433.6382


By: /s/ Michael W. Stocker
        Michael W. Stocker

Attorneys for Lead Plaintiff
Connecticut Retirement Plans and Trust Fund

Dated: November 5, 2007

James P. Bennett
Jordan Eth
Terri Garland
Philip T. Besirof
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105
Telephone: 415.268.7000
Facsimile: 415.268.7522


By: /s/ Philip T. Besirof
        Philip T. Besirof

Attorneys for Defendants JDS Uniphase Corporation, Charles Abbe, Jozef Straus, and Anthony Muller

Dated: November 5, 2007

Michael J. Shepard
Howard S. Caro
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
Telephone: 415.772.6000
Facsimile: 415.772.6268

Michael L. Charlson
J. Christopher Mitchell
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025
Telephone: 650.324.7000
Facsimile: 650.324.0638

By: /s/ Howard S. Caro
    Howard S. Caro

Attorneys for Defendant
Kevin Kalkhoven

IT IS SO ORDERED.

Dated: November 7, 2007

_____
HONORABLE CLAUDIA WILKEN
United States District Court Judge

## GENERAL ORDER 45 ATTESTATION

I, Philip T. Besirof, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Deposition Testimony. In compliance with General Order 45, X.B., I hereby attest that Michael W. Stocker, attorney for Lead Plaintiff Connecticut Retirement Plans and Trust Funds, and Howard S. Caro, attorney for Defendant Kevin Kalkhoven, have concurred in this filing.

Dated: November 5, 2007

MORRISON & FOERSTER LLP

By: /s/ Philip T. Besirof
Philip T. Besirof

Counsel for Defendants JDS Uniphase Corporation, Charles Abbe, Jozef Straus, and Anthony Muller