1  [Counsel Listed on Signature Pages]

**FILED**

NOV - 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No. C–02–1486 CW (EDL)<br><br>**STIPULATION, [PROPOSED] ORDER AND JOINT SUBMISSION REGARDING TRIAL EXHIBITS ADMITTED NOVEMBER 1, 2, AND 5, 2007** |

Pursuant to the Court's instructions, and to facilitate the admission of evidence in an efficient manner, the parties submit this stipulation and proposed order regarding the exhibits admitted into evidence at trial on November 1, 2, and 5, 2007.

WHEREAS, the parties moved the Court to admit several exhibits into evidence on November 1, 2, and 5, 2007;

WHEREAS, the parties met and conferred regarding the admissibility of these exhibits;

WHEREAS, the parties agree that the exhibits or portions of the exhibits listed on Exhibit A were admitted into evidence, but do not waive any objections that were asserted at the time those exhibits were moved into evidence at trial;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that the attached Exhibit A reflects the exhibits admitted into evidence on November 1, 2, and 5, 2007.

Dated: November 6, 2007

Barbara J. Hart
Mark S. Arisohn
Anthony J. Harwood
Michael Stocker
Stefanie J. Sundel
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: 212.907.0700
Facsimile: 212.818.0477


By: /s/ Anthony J. Harwood
     Anthony J. Harwood

Attorneys for Lead Plaintiff
Connecticut Retirement Plans and Trust Fund

STIPULATION AND [PROPOSED] ORDER RE TRIAL EXHIBITS ADMITTED NOVEMBER 1, 2, AND 5, 2007
MASTER FILE NO. C–02–1486 CW (EDL)
sf-2417863

1

| | | |
|---|---|---|
| 1 | Dated: November 6, 2007 | James P. Bennett |
| 2 | | Jordan Eth |
| | | Terri Garland |
| 3 | | Philip T. Besirof |
| | | MORRISON & FOERSTER LLP |
| 4 | | 425 Market Street |
| | | San Francisco, California 94105 |
| 5 | | Telephone: 415.268.7000 |
| | | Facsimile: 415.268.7522 |

By:  /s/ Philip T. Besirof
     Philip T. Besirof

Attorneys for Defendants JDS Uniphase Corporation, Charles Abbe, Jozef Straus, and Anthony Muller

Dated: November 6, 2007

Michael J. Shepard
Howard S. Caro
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
Telephone: 415.772.6000
Facsimile: 415.772.6268

Michael L. Charlson
J. Christopher Mitchell
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025
Telephone: 650.324.7000
Facsimile: 650.324.0638

By:  /s/ Howard S. Caro
     Howard S. Caro

Attorneys for Defendant
Kevin Kalkhoven

IT IS SO ORDERED.

Dated: November 7, 2007

[signature]

HONORABLE CLAUDIA WILKEN
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER RE TRIAL EXHIBITS ADMITTED NOVEMBER 1, 2, AND 5, 2007
MASTER FILE NO. C–02–1486 CW (EDL)
sf-2417863

2

## GENERAL ORDER 45 ATTESTATION

I, Philip T. Besirof, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Trial Exhibits Admitted November 1, 2, and 5, 2007. In compliance with General Order 45, X.B., I hereby attest that Anthony J. Harwood, attorney for Lead Plaintiff Connecticut Retirement Plans and Trust Funds, and Howard S. Caro, attorney for Defendant Kevin Kalkhoven, have concurred in this filing.

Dated:  November 6, 2007                MORRISON & FOERSTER LLP

By: /s/ Philip T. Besirof
Philip T. Besirof

Counsel for Defendants JDS Uniphase Corporation, Charles Abbe, Jozef Straus, and Anthony Muller

Exhibit A

UNITED STATES DISTRICT COURT
for the Northern District of California
Exhibits Admitted on November 1, 2 and 5, 2007

Case No. 02-1486
Case Name: In re JDS Uniphase Corp. Sec. Litigation

## ADMITTED EXHIBITS

| EXHIBIT NUMBER | DESCRIPTION | PAGES ADMITTED | SPONSORING WITNESS | DATE Offered | DATE Admitted in Evidence | INTRO BY | TRANSCRIPT PAGE |
|---|---|---|---|---|---|---|---|
| 31 | E-mail re: Q2 | JDSU 876884-876885 | Straus | 11/5/2007 | 11/5/2007 | P | 1554 |
| 39 | E-mail re: Q2 Inventory Increase and attached inventory summary | JDSU 877337 | Straus | 11/5/2007 | 11/5/2007 | P | 1577 |
| 43 | E-mail re: Lucent Story and attached "Lessons from Lucent" | JDSU 2094249-2094254 | Straus | 11/5/2007 | 11/5/2007 | P | 1574 |
| 54 | E-mail re: Organization Announcement - SCM | JDSU 337806-337807 | Russell | 11/1/2007 | 11/1/2007 | P | 1121 |
| 86 | E-mail re: Inventory Levels | JDSU 919604 | Straus | 11/5/2007 | 11/5/2007 | P | 1579 |
| 113 | E-mail re: MetroPoint Status and attached PowerPoint: Network Products MetroPoint Program Status" | JDSU 1133779-1133780, 1133782, 1133792-1133793 | Straus | 11/5/2007 | 11/5/2007 | P | 1590 |
| 127 | Transcript of 04/25/00 JDSU Conference Call | Cover, 1-16 | Straus | 11/5/2007 | 11/5/2007 | D | 1457 11/6/2007 Stip |
| 275 | Transcript of 07/26/00 JDS Uniphase Coproration Conference Call | Cover, 1-17 | Straus | 11/5/2007 | 11/5/2007 | D | 1466 11/6/2007 Stip |
| 307 | E-mail re: Q4 Revenue Exposure And Issues Update | JDSU 931268-931269 | Straus | 11/5/2007 | 11/5/2007 | P | 1618 |
| 423 | Form 144 Notice of Proposed Sale of Securities for Harry Deffebach | Cover, 1-2 | Deffebach | 11/1/2007 | 11/1/2007 | P | 1119 |
| 490 | Form 4 Statement of Changes in Beneficial Ownership for Harry Deffebach | Cover, 1-3 | Deffebach | 11/1/2007 | 11/1/2007 | P | 1119 |
| 635 | E-Mail re: Thomas Pitre Retention Issue | JDSU 204068 | Russell | 11/1/2007 | 11/1/2007 | P | 1121 |
| 928 | Exhibit C - Summary Inflation per Subperiod | 1 | Hakala | 11/1/2007 | 11/1/2007 | P | 1214 |
| 929 | Exhibit F - Insider Selling Damages | 1 | Hakala | 11/1/2007 | 11/1/2007 | P | 1214 |
| 930 | 10/26/2000 - Audio Recording JDSU Conference Call | Complete Audio | n/a | 10/29/2007 11/2/2007 | 10/29/2007 11/2/2007 | P | 10/29/2007 Stip 1341 |

1

UNITED STATES DISTRICT COURT
for the Northern District of California
Exhibits Admitted on November 1, 2 and 5, 2007

Case No. 02-1486
Case Name: In re JDS Uniphase Corp. Sec. Litigation

## ADMITTED EXHIBITS

| EXHIBIT NUMBER | DESCRIPTION | PAGES ADMITTED | SPONSORING WITNESS | DATE Offered | DATE Admitted in Evidence | INTRO BY | TRANSCRIPT PAGE |
|---|---|---|---|---|---|---|---|
| 931 | 1/25/2001 - Audio Recording JDSU Conference Call | Complete Audio | n/a | 10/29/2007 11/2/2007 | 10/29/2007 11/2/2007 | P | 10/29/2007 Stip 1341 |
| 932 | 4/25/2000 - Audio Recording JDSU Conference Call | Complete Audio | n/a | 10/29/2007 11/2/2007 | 10/29/2007 11/2/2007 | P | 10/29/2007 Stip 1342 |
| 933 | 7/26/2000 - Audio Recording JDSU Conference Call | Complete Audio | n/a | 10/29/2007 11/2/2007 | 10/29/2007 11/2/2007 | P | 10/29/2007 Stip 1342 |
| 934 | Exhibit F- Rebuttal Insider Selling Damages-Dollar Drop Method | 1 of 2 - 2 of 2 | Hakala | 11/2/2007 | 11/2/2007 | P | 1232 |
| 935 | Exhibit C - Summary Inflation per Subperiod Using Dollar Changes | 1 | Hakala | 11/2/2007 | 11/2/2007 | P | 1232 |
| 937 | 2/13/2001 - Audio Recording JDSU Conference Call | Complete Audio | n/a | 10/29/2007 | 10/29/2007 | P | 10/29/2007 Stip |
| 938 | 4/24/2001 - Audio Recording JDSU Conference Call | Complete Audio | n/a | 10/29/2007 | 10/29/2007 | P | 10/29/2007 Stip |
| 1711 | 4/25/2000 E-mail from J. Straus to R. Bush re:"RHK Charts" | JDSU 919792, 919798, 919819, 919825 | Straus | 11/5/2007 | 11/5/2007 | D | 1460 |
| 1786 | 6/14/2000 E-mail from K. Crawford to Executive Team et al. re: "Financial/Operating Committee Review Package" | JDSU 925305-925307, 925314, 925318 | Straus | 11/5/2007 | 11/5/2007 | P | 1598 |
| 1866 | 7/20/2000 E-mail from K. Crawford to J. Abbe et al. re: "Operations Committee Presentation July 2000" | JDSU 1138175-1138176, 1138219 | Straus | 11/5/2007 | 11/5/2007 | P | 1598 |
| 1896 | 7/28/2000 E-mail from A. Cobb to J. Straus et al. re: " Additional Board Materials" | JDSU 1357040, 1357050, 1357053, 1357056-1357057, 1357060 | Straus | 11/5/2007 | 11/5/2007 | D | 1473 |
| 1911 | 8/7/2000 E-mail from W. Vermeire to J. Straus et al. re: "Your phone call with Mike Parton (Marconi) tomorrow" | JDSU 7486189-7486190 | Straus | 11/5/2007 | 11/5/2007 | D | 1483 |

2

Case No. 02-1486
Case Name: In re JDS Uniphase Corp. Sec. Litigation

UNITED STATES DISTRICT COURT
for the Northern District of California
Exhibits Admitted on November 1, 2 and 5, 2007

## ADMITTED EXHIBITS

| EXHIBIT NUMBER | DESCRIPTION | PAGES ADMITTED | SPONSORING WITNESS | DATE Offered | DATE Admitted in Evidence | INTRO BY | TRANSCRIPT PAGE |
|---|---|---|---|---|---|---|---|
| 1922 | 8/11/2000 E-mail from A. Cobb to S. Lybik et al. re: "August 8th, Corvis meeting follow up" | JDSU 936266-936268 | Straus | 11/5/2007 | 11/5/2007 | D | 1485 |
| 1956 | 8/30/2000 E-mail from P. Moore to D. King et al. re: "Lucent and 40 GB/s - Support Required from Affected BUs" | JDSU 917660-917661 | Straus | 11/5/2007 | 11/5/2007 | D | 1488 |
| 1972 | 9/11/2000 E-mail from P. Moore to J. Abbe et al. re: "Nortel 2001 projections (Action Required)" | JDSU 927141-927142 | Straus | 11/5/2007 | 11/5/2007 | D | 1490 |
| 1996 | 9/25/2000 E-mail from J. Carlson to J. Straus re: "1310 EML" | JDSU 918495-918496 | Straus | 11/5/2007 | 11/5/2007 | D | 1494 |
| 2031 | I. Nolan forwards a global sales account presentation from S. Parker for delivery to J. Straus ahead of the Oct 2000 BoD meeting | JDSU 2271985-2271988, 2271990-2271992, 2271994-2272000 | Straus | 11/5/2007 | 11/5/2007 | D | 1497 |
| 2051 | 10/20/2000 E-mail from M. Tavares to J. Straus et al. re: "Nortel Supplier Forum - Oct. 19" | JDSU 922379-922380 | Straus | 11/5/2007 | 11/5/2007 | D | 1510 |
| 2085 | 11/3/2000 E-mail from M. Tavares to J. Straus et al. re: "Nortel - Ken Bradley's Supplier Conference Call" | JDSU 933794 | Straus | 11/5/2007 | 11/5/2007 | D | 1513 |
| 2136 | 12/18/2000 E-mail from J. Straus to T. Muller et al. re: "Selected Industry Reports" | JDSU 1282576, 1282646, 1282647, 1282651, 1282656, 1282697-1282699, 1282714-1282715 | Straus | 11/5/2007 | 11/5/2007 | D | 1517 |
| 2171 | 1/18/01 E-mail from A. Reynders to J. Straus et al. re: "Nortel 4Q Results Conference Call" | JDSU 7479447-7479448 | Straus | 11/5/2007 | 11/5/2007 | D | 1531 |
| 2190 | 1/25/2001 E-mail from P. Moore to S. Parker et al. re: "Nortel Opps/Trends in CY01 to CY03" | JDSU 921233 | Straus | 11/5/2007 | 11/5/2007 | D | 1531 |

3

Case No. 02-1486
Case Name: In re JDS Uniphase Corp. Sec. Litigation

UNITED STATES DISTRICT COURT
for the Northern District of California
Exhibits Admitted on November 1, 2 and 5, 2007

## ADMITTED EXHIBITS

| EXHIBIT NUMBER | DESCRIPTION | PAGES ADMITTED | SPONSORING WITNESS | DATE Offered | DATE Admitted in Evidence | INTRO BY | TRANSCRIPT PAGE |
|---|---|---|---|---|---|---|---|
| 2191 | 1/25/2001 E-mail from P. Moore to L. Paoletti et al. re: "K. Bradley Conf Call Highlights" | JDSU 7384808 | Straus | 11/5/2007 | 11/5/2007 | D | 1534 |
| 2194 | 1/29/2001 E-mail from J. Straus to D. Bossi et al. re: "Ciena business" | JDSU 917101-917102 | Straus | 11/5/2007 | 11/5/2007 | D | 1536 |
| 2575 | 1998 JDS Fitel Annual Report "Understanding Advantage" | Cover, 4 | Straus | 11/5/2007 | 11/5/2007 | D | 1439 |
| 3086 | 4/25/2000 Email from I. Nolan to K. Kalkhoven re RHK Charts | JDSU 2280476 | Straus | 11/5/2007 | 11/5/2007 | D | 1541 |

4