1  [COUNSEL LISTED ON SIGNATURE PAGES]
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                          OAKLAND DIVISION
11

| 12 | In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION | Master File No. C–02–1486 CW (EDL) |
|---|---|---|
| 13 | | **JOINT SUBMISSION OF REVISED VERDICT TABLE** |
| 14 | This Document Relates To: All Actions | |
| 15 | | Date: TBD <br> Time: TBD <br> Ctrm: 2, 4th Floor |
| 16 | | Before: Hon. Claudia Wilken |
| 17 | | Trial Date: October 22, 2007 |
| 18 | | |

19
20
21
22
23
24
25
26
27
28

JOINT SUBMISSION OF REVISED VERDICT TABLE
C-02-1486 CW (EDL)
sf-2421993

1   The Verdict Table attached hereto as Exhibit 1 is identical to the Verdict Table given to
2   the parties by the Court in conjunction with the hearing on November 9, 2007, except that the
3   parties have added the correct quotations for each of the challenged statements so that they match
4   the Table of Challenged Statements in the Jury Book.  The parties have met and conferred and
5   agree that Exhibit 1 hereto is correct.  Defendants will provide the Court with an electronic copy
6   of the Verdict Table on a disc before trial resumes on Tuesday, November 13.

    The parties continue to meet and confer regarding other issues associated with the verdict
    form raised during the November 9 hearing.  The parties anticipate making additional
    submissions regarding their respective positions.

Dated:  November 12, 2007

Barbara J. Hart
Mark S. Arisohn
Anthony J. Harwood
Michael Stocker (179083)
Stefanie J. Sundel
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone:  (212) 907-0700
Facsimile:  (212) 818-0477

- and -

Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
BERMAN DeVALERIO PEASE
  TABACCO BURT & PUCILLO
425 California Street, Suite 2025
San Francisco, CA 94104-2205
Telephone: (415) 433-3200
Facsimile: (415) 433-6382


By:     /s/  Mark S. Arisohn
            Mark S. Arisohn

Attorneys for Lead Plaintiff
Connecticut Retirement Plans and Trust Fund

JOINT SUBMISSION OF REVISED VERDICT TABLE
C-02-1486 CW (EDL)
sf-2421993

1

| | | |
|---|---|---|
| 1 | Dated: November 12, 2007 | James P. Bennett |
| 2 | | Jordan Eth |
| | | Terri Garland |
| 3 | | Philip T. Besirof |
| | | MORRISON & FOERSTER LLP |
| 4 | | 425 Market Street |
| | | San Francisco, California 94105 |
| 5 | | Telephone: (415) 268-7000 |
| | | Facsimile: (415) 268-7522 |
| 6 | | pbesirof@mofo.com |

7       By:   /s/ Jordan Eth
                Jordan Eth
8
        Attorneys for the JDSU Defendants

9  Dated: November 12, 2007          Michael J. Shepard
10                                   Howard S. Caro
                                     HELLER EHRMAN LLP
11                                   333 Bush Street
                                     San Francisco, California 94104
12                                   hcaro@hellerehrman.com

13                                   Michael L. Charlson
                                     J. Christopher Mitchell
14                                   HELLER EHRMAN LLP
                                     275 Middlefield Road
15                                   Menlo Park, California 94025

16
17      By:   /s/ Howard S. Caro
                Howard S. Caro
18
        Attorneys for Defendant
        Kevin Kalkhoven

19

20

21

22

23

24

25

26

27

28

JOINT SUBMISSION OF REVISED VERDICT TABLE
C-02-1486 CW (EDL)
sf-2421993

2

1

## GENERAL ORDER 45 ATTESTATION

I, Jordan Eth, am the ECF User whose ID and password are being used to file Joint Submission Of Revised Verdict Table. In compliance with General Order 45, X.B., I hereby attest that Mark S. Arisohn, attorney for Plaintiffs, and Howard S. Caro, attorney for Defendant Kevin Kalkhoven, have concurred in this filing.

Dated: November 12, 2007                    MORRISON & FOERSTER LLP

By: /s/ Jordan Eth
    Jordan Eth

Attorneys for the JDSU Defendants