1  [Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:  All Actions | Master File No. C–02–1486 CW (EDL)<br><br>**STIPULATION AND ORDER REGARDING TRIAL EXHIBITS ADMITTED NOVEMBER 6, 7, 8, AND 9, 2007** |
|---|---|

Pursuant to the Court's instructions, and to facilitate the admission of evidence in an efficient manner, the parties submit this stipulation and proposed order regarding exhibits admitted into evidence at trial on November 6, 7, 8, and 9, 2007.

WHEREAS, the parties moved the Court to admit several exhibits into evidence on November 6, 7, 8, and 9, 2007;

WHEREAS, the parties met and conferred regarding the admissibility of these exhibits;

WHEREAS, the parties agree that the exhibits or portions of the exhibits listed on Exhibit A were admitted into evidence, but do not waive any objections that were asserted at the time those exhibits were moved into evidence at trial;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that the attached Exhibit A reflects exhibits admitted into evidence on November 6, 7, 8, and 9, 2007.

Dated: November 14, 2007

Barbara J. Hart
Mark S. Arisohn
Anthony J. Harwood
Michael Stocker
Stefanie J. Sundel
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone:  212.907.0700
Facsimile:  212.818.0477


By:   /s/ Anthony J. Harwood
        Anthony J. Harwood

Attorneys for Lead Plaintiff
Connecticut Retirement Plans and Trust Fund

STIPULATION AND [PROPOSED] ORDER RE TRIAL EXHIBITS ADMITTED NOVEMBER 6, 7, 8, AND 9, 2007
MASTER FILE NO. C–02–1486 CW (EDL)
sf-2417863

1

| | | |
|---|---|---|
| 1 | Dated:  November 14, 2007 | James P. Bennett |
| 2 | | Jordan Eth |
| | | Terri Garland |
| 3 | | Philip T. Besirof |
| | | MORRISON & FOERSTER LLP |
| 4 | | 425 Market Street |
| | | San Francisco, California  94105 |
| 5 | | Telephone:  415.268.7000 |
| | | Facsimile:  415.268.7522 |

By:   /s/ Philip T. Besirof
        Philip T. Besirof

Attorneys for Defendants JDS Uniphase Corporation, Charles Abbe, Jozef Straus, and Anthony Muller

Dated:  November 14, 2007

Michael J. Shepard
Howard S. Caro
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104
Telephone:  415.772.6000
Facsimile:  415.772.6268

Michael L. Charlson
J. Christopher Mitchell
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025
Telephone:  650.324.7000
Facsimile:  650.324.0638


By:   /s/ Howard S. Caro
        Howard S. Caro

Attorneys for Defendant
Kevin Kalkhoven

     IT IS SO ORDERED.

Dated:  November 15, 2007

                                       *[signature]*
HONORABLE CLAUDIA WILKEN
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER RE TRIAL EXHIBITS ADMITTED NOVEMBER 6, 7, 8, AND 9, 2007
MASTER FILE NO. C–02–1486 CW (EDL)
sf-2417863

2

GENERAL ORDER 45 ATTESTATION

I, Philip T. Besirof, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Trial Exhibits Admitted November 6, 7, 8, and 9, 2007. In compliance with General Order 45, X.B., I hereby attest that Anthony J. Harwood, attorney for Lead Plaintiff Connecticut Retirement Plans and Trust Funds, and Howard S. Caro, attorney for Defendant Kevin Kalkhoven, have concurred in this filing.

Dated: November 14, 2007         MORRISON & FOERSTER LLP

By: /s/ Philip T. Besirof
       Philip T. Besirof

Counsel for Defendants JDS Uniphase Corporation, Charles Abbe, Jozef Straus, and Anthony Muller