1

2

3

4

5

6

7

8

9

10                     IN THE UNITED STATES DISTRICT COURT

11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13   In re JDS UNIPHASE CORPORATION                No. C 02-1486 CW
     SECURITIES LITIGATION
14                                                 DRAFT VERDICT
15                                                 FORM AND JURY
                                                   INSTRUCTIONS
16   _____/

17

18        Attached are the draft verdict form and jury instructions

19   distributed and discussed with counsel on November 15, 2007.

20

21

22

23

24

25

26

27

28