IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION _____/ | No. C 02-1486 CW<br><br>DRAFT VERDICT FORM AND JURY INSTRUCTIONS |

   Attached are updated versions of the draft verdict form and jury instructions.