[Counsel Listed on Signature Pages]

**FILED**
**NOV 1 9 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No. C–02–1486 CW (EDL)<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ADMISSION OF TRIAL EXHIBITS AND RESOLUTION OF DEFENDANTS' MOTION TO ENSURE COMPLETENESS OF EXHIBITS IN TRIAL RECORD** |

1   WHEREAS, on November 16, 2007, Defendants filed a Motion to Ensure Completeness
2   of Exhibits in the Trial Record (the "Motion") (Docket No. 1885);
3   WHEREAS, the Court instructed the parties to meet and confer regarding outstanding
4   issues related to trial exhibits;
5   WHEREAS, the parties have met and conferred and now wish to clarify the record with
6   respect to certain exhibits that should be admitted and be part of the trial record in this action;
7   WHEREAS, the parties have come to an agreement that, if accepted by the Court, will
8   moot the pending Motion;
9   IT IS HEREBY STIPULATED by and between the parties, through their counsel of
10  record, that the following exhibits and pages shall be admitted into evidence and be part of the
11  trial record in this action, and that if the Court enters the [Proposed] Order attached to this
12  Stipulation, Defendants' Motion will be DENIED as MOOT:
13  1.  Trial Exhibit 199, pages JDSU 0925305-06, JDSU 0925314, JDSU 0925318,
14  JDSU 0925337-38, & JDSU 0925341;
15  2.  Trial Exhibit 218, pages PWC 04799-823;
16  3.  Trial Exhibit 228, pages JDSU 1095164-65;
17  4.  Trial Exhibit 278, pages JDSU 0940781-83;
18  5.  Trial Exhibit 291, pages JDSU 1514322 & JDSU 1514343;
19  6.  Trial Exhibit 381, pages PWC 0208-12;
20  7.  Trial Exhibit 435;
21  8.  Trial Exhibit 532;
22  9.  Trial Exhibit 538;
23  10. Trial Exhibit 598, pages JDSU 0447603-04;
24  11. Trial Exhibit 610, page JDSU 1307708;
25  12. Trial Exhibit 704;
26  13. Trial Exhibit 719;
27  14. Trial Exhibit 728;
28  15. Trial Exhibit 750, pages 1-10 and signature page;

STIP. AND [PROPOSED] ORDER RE ADMISSION OF TRIAL EXHIBITS AND RESOLUTION OF DEFS.' MOT.
MASTER FILE NO. C-02-1486 CW (EDL)                                                              1
sf-2425235

16. Trial Exhibit 861;

17. Trial Exhibit 862;

18. Trial Exhibit 863;

19. Trial Exhibit 897;

20. Trial Exhibit 1786, pages JDSU 0925315, JDSU 0925319-21, JDSU 0925337-38 & JDSU 0925341;

21. Trial Exhibit 1963;

22. Trial Exhibit 1975, pages JDSU 0929310-11 & JDSU 0929314;

23. Trial Exhibit 2098, pages JDSU 0937006-07 & JDSU 0937010;

24. Trial Exhibit 2103;

25. Trial Exhibit 2134, pages JDSU 0935578-79 & JDSU 0935584;

26. Trial Exhibit 2185;

27. Trial Exhibit 2209; and

28. Trial Exhibit 2347.

Dated: November 19, 2007

Barbara J. Hart
Mark S. Arisohn
Anthony J. Harwood
Michael Stocker
Stefanie J. Sundel
LABATON SUCHAROW LLP
140 Broadway
New York, New York 10005
Telephone: 212.907.0700
Facsimile: 212.818.0477


By: /s/ Anthony J. Harwood
    Anthony J. Harwood

Attorneys for Lead Plaintiff
Connecticut Retirement Plans and Trust Fund

STIP. AND [PROPOSED] ORDER RE ADMISSION OF TRIAL EXHIBITS AND RESOLUTION OF DEFS.' MOT.
MASTER FILE NO. C–02–1486 CW (EDL)
sf-2425235

2

| | | |
|---|---|---|
| 1 | Dated: November 19, 2007 | James P. Bennett |
| 2 | | Jordan Eth |
| | | Terri Garland |
| 3 | | Philip T. Besirof |
| | | MORRISON & FOERSTER LLP |
| 4 | | 425 Market Street |
| | | San Francisco, California 94105 |
| 5 | | Telephone: 415.268.7000 |
| | | Facsimile: 415.268.7522 |

By: ___/s/ Philip T. Besirof___
         Philip T. Besirof

Attorneys for Defendants JDS Uniphase Corporation, Charles Abbe, Jozef Straus, and Anthony Muller

Dated: November 19, 2007

Michael J. Shepard
Howard S. Caro
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California 94104
Telephone: 415.772.6000
Facsimile: 415.772.6268

Michael L. Charlson
J. Christopher Mitchell
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California 94025
Telephone: 650.324.7000
Facsimile: 650.324.0638

By: ___/s/ Howard S. Caro___
         Howard S. Caro

Attorneys for Defendant
Kevin Kalkhoven

IT IS SO ORDERED.

Dated: November _19_, 2007

_____
HONORABLE CLAUDIA WILKEN
United States District Court Judge

STIP. AND [PROPOSED] ORDER RE ADMISSION OF TRIAL EXHIBITS AND RESOLUTION OF DEFS.' MOT.
MASTER FILE NO. C–02–1486 CW (EDL)
sf-2425235

3