1  [Counsel Listed on Signature Pages]

2

3  **FILED**

4  NOV 1 9 2007

5  RICHARD W. WIEKING
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF CALIFORNIA
   OAKLAND

6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  OAKLAND DIVISION

11

12  In re JDS UNIPHASE CORPORATION
    SECURITIES LITIGATION

    Master File No. C–02–1486 CW (EDL)

13

    This Document Relates To:  All Actions

14  **STIPULATION, [PROPOSED]
    ORDER AND JOINT SUBMISSION
    REGARDING TRIAL EXHIBITS**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Pursuant to the Court's instructions, and to facilitate the admission of evidence in an

2   efficient manner, the parties submit this stipulation, proposed order and joint submission

3   regarding the exhibits admitted into evidence at trial through October 31, 2007.

4   **I.   STIPULATION FOR UNDISPUTED EXHIBITS**

5   WHEREAS, the parties moved the Court to admit several exhibits into evidence between

6   October 24 and October 31, 2007;

7   WHEREAS, the parties met and conferred regarding the admissibility of these exhibits;

8   WHEREAS, the parties agree that the exhibits or portions of the exhibits listed on Exhibit

9   A were admitted into evidence, but do not waive any objections that were asserted at the time

10  those exhibits were moved into evidence at trial;

11  IT IS HEREBY STIPULATED by and between the parties, through their counsel of

12  record, that the attached Exhibit A reflects the exhibits admitted into evidence between October

13  24 and October 31, 2007.

14  **II.   DISPUTED EXHIBITS**

15  **A.   Plaintiffs' Exhibit 146**

16  **Defendants' Position**

17  Exhibit 146 should be excluded from evidence as irrelevant, highly prejudicial, and

18  improper character evidence.  The exhibit references Lucent's "cost savings program" and was

19  discussed during the videotaped deposition testimony of Gordon Buchan.[1]  The Complaint,

20  however, does not mention Lucent's cost savings program and it is unrelated to any alleged

21  misstatement by JDSU.  Because Lucent's cost savings program did not affect JDSU's revenues,

22  or the manner in which JDSU accounted for its sales to Lucent, the program is irrelevant to

23  Plaintiffs' claims.

24

---

25  [1] The Court overruled Defendants' original objections to Mr. Buchan's testimony
regarding TX 146, which were set forth in the margins of Mr. Buchan's marked-up transcript.

26  Nonetheless, the Court did note that it would consider argument related the admissibility of a
document even after it had been published to the jury during the presentation of video testimony

27  to the jury.  (*See* 10/26/2007 Trial Tr. 479:20-480:9 (providing that "[i]f there's something
particular you want to say afterwards, I guess we can always strike them later").)

28

STIPULATION, [PROPOSED] ORDER AND JOINT SUBMISSION REGARDING TRIAL EXHIBITS
MASTER FILE NO. C–02–1486 CW (EDL)
sf-2415402

1

1    The exhibit also is unfairly prejudicial. Plaintiffs implied through Mr. Buchan's

2    testimony that JDSU engaged in improper accounting practices because it participated in Lucent's

3    cost savings program. Mr. Buchan, however, testified that he had no personal knowledge as to

4    whether JDSU acceded to Lucent's request. (*See* Buchan Dep. 180 (providing "[t]his e-mail says

5    its was agreed to. I haven't — I don't recall whether or not it was put into effect).) Moreover,

6    there is no evidence whatsoever that Lucent — let alone JDSU — accounted for the cost savings

7    program improperly.

8    Exhibit 146 also should be excluded as improper character evidence. Indeed, during the

9    proceedings on November 5, Plaintiffs published the exhibit during their examination of Jozef

10   Straus in an attempt to impugn his character. Rule 608(b), however, prohibits Plaintiffs from

11   using such extrinsic evidence to attack credibility. *See, e.g., Lewy v. Southern Pacific Transp.*

12   *Co.,* 799 F.2d 1281, 1299 n.13 (9th Cir. 1981). Rule 404(a) further prohibits Plaintiffs from using

13   this exhibit as "propensity" evidence. *See United States v. Mayans,* 17 F.3d 1174, 1181-82 (9th

14   Cir. 1994) (providing that Rule 404(b) only applies if evidence "prove[s] a logical connection

15   between the knowledge gained as a result of the commission of the prior act and the knowledge at

16   issue in the charged act"). Exhibit 146 should not be admitted into evidence.

17   **Plaintiffs' Position**

18   This Court, on two prior occasions, has overruled the defendants' relevancy and unduly

19   prejudicial objections to Exhibit 146. The defendants first sought to exclude this exhibit in their

20   motion *in limine* no. 16. Defendants' Motions *in Limine* (Docket No. 1456) at p. 17. That

21   motion was denied. See 10/9/07 Minute Order (Docket No. 1625). The defendants next sought

22   to exclude this exhibit and the related testimony of Gordon Buchan when it objected to the

23   portions of Mr. Buchan's deposition testimony designated by plaintiffs'. The Court overruled

24   those objections too. The Court specifically commented on its rulings to the parties' deposition

25   designations and corresponding exhibits, "We can't hear the deposition without seeing the

26   exhibits, and so – it was my understanding that my rulings on the portions of the deposition that

27   could be heard would include the exhibits that were referred to in those portions." 10/25/07 Tr. at

28   480:1-5.

1    Although the defendants correctly note that the Court also commented that "[i]f there's

2    something particular you want to say afterwards, I guess we can always strike them later."

3    However, the defendants simply reiterate the arguments made in their motion *in limine* no. 16 and

4    their objections to plaintiffs' deposition designations.  They do not raise new facts or

5    circumstances that could warrant reconsideration of those rulings.

6        Furthermore, the defendants' relevancy argument is baseless.  Exhibit 146 discusses

7    JDSU's agreement to participate in Lucent's cost savings program, which would provide Lucent

8    with an alternative to a cost reduction on the *400G optical amplifier*.  Part of the Plaintiffs'

9    allegations regarding Lucent, JDSU's largest customer in the year 2000, relate to Lucent's

10   demand for, and its attempt to cut costs on, the *400G optical amplifiers*.  For example, defendant

11   Jozef Straus testified that Lucent was having difficulty in the market in the year 2000, that Lucent

12   advised JDSU on July 20, 2000 that it was in a "life and death situation" and needed to cut its

13   costs, that Lucent requested a 20% price reduction for the *400G optical amplifier* in July 2000

14   that would take $100 million off of JDSU's top and bottom lines, and that Lucent reduced its

15   demand for the *400G optical amplifier* in August 2000.  Lucent "cost savings program" for *400G*

16   *optical amplifiers* is further evidence of the difficulties that Lucent was having in the marketplace

17   in the year 2000, Lucent's attempt to cut costs for the 400G optical amplifier, and the defendants'

18   knowledge of those facts.

19       **B.      Plaintiffs' Exhibit 224**

20       **Defendants' Position**

21       During the testimony of Steve Moore, the Court said it would allow PX 224 to be

22   admitted into evidence if Plaintiffs could connect the document to an issue relevant to the case.

23   (*See* Oct. 31, 2007 Trial Tr. 122.)  Plaintiffs published the exhibit to the jury, focusing on a

24   sentence in which Mr. Moore wrote: "Thanks, Henry.  Do the above numbers include the

25   adjustments to costs of sales for acquisition accounting?  If so, let's find a way to hide a bit more

26   money." (*Id.* at 123.)  Plaintiffs thereafter failed to establish the relevance of the exhibit, nor

27   could they.  Plaintiffs have dropped all claims relating to revenue recognition and earnings

28

1  management.  The exhibit is further irrelevant to the accounting issues that remain in the case,

2  namely JDSU's treatment of goodwill and inventory.[2]

3         Moreover, if PX 224 is admitted, Defendants must marshal evidence to establish the

4  propriety of their revenue recognition practices.  That process would confuse the jury as to which

5  issues it must decide in this case, create a "mini-trial" within this trial, and necessitate undue

6  consumption of time.  Fed. R. Evid. 403.  Evidence concerning issues that Plaintiffs concede they

7  have abandoned will only unduly prejudice Defendants.  *Id.*  There is substantial danger that the

8  jury improperly will consider Plaintiffs' abandoned claims in deciding the remaining accounting

9  claims.  Plaintiffs should not be permitted to use evidence about their abandoned claims to

10  suggest that Defendants are liable on the remaining claims.  Fed. R. Evid. 404(b).

11        Finally, as with PX 146, Plaintiffs' intention is to have PX 224 admitted as evidence of

12  Defendants' collective bad character.  As discussed above, however, not only is such evidence

13  irrelevant, it is affirmatively barred by Rules 608(b) and 404(a).

14  **Plaintiffs' Position**

15        During the Defendants' cross-examination of Mr. Moore, defense counsel elicited

16  substantial testimony about the integrity and accuracy of JDSU's financial reporting.  Mr. Moore

17  was asked, "And during the time that you ... held the position you held in charge of finance ...

18  were you confident in the competence and integrity of the individuals who held those positions?"

19  10/31/07 Trial Tr. at 1043:10-14.  Mr. Moore, responded: "Yes, we had very good people out in

20  the field." *Id.* at 15.  Mr. Moore further testified that he personally reviewed the financial data

21  and SEC filings for accuracy, the process in which he did that, and that he had no reason to doubt

22  the accuracy and reliability of those figures.  *Id.* at 1043:19-1046:6.  Pursuant to Rule 613(b), Mr.

23  Moore's statement from Exhibit 146, "let's find a way to hide a bit more money," is extrinsic

24  evidence of a prior statement that is inconsistent with Mr. Moore's testimony at trial.

25

26        [2] Even assuming that Mr. Moore engaged in some misconduct — which he did not — and
PX 224 was used to impeach his testimony, that misconduct would not make it more likely that
27  Defendants made a false statement during the class period.  The exhibit is irrelevant for this
additional reason and thus should not be admitted.  Fed. R. Evid. 402.

28

1    **C.    Plaintiffs' Exhibit 559, Page RJ 00577**

2    **Plaintiffs' Position**

3    During the testimony of Russell Johnson on October 30, 2007, Plaintiffs introduced the

4    personal journal of Mr. Russell. Mr. Russell testified as to its authenticity and about the content

5    of several pages in the journal. 10/30/07 Trial Tr. at 802:15-28. Page RJ 00577 of Mr. Johnson's

6    journal specifically contained an entry for August 24, 2000 that stated, "Opcom Lucent ... Jay

7    contingency that Lucent only takes 75% of forecast." Mr. Johnson testified that he did not know

8    what forecast this entry was referring to. *Id.* at 821:5-15.

9    The Defendant Kalkhoven agrees to the admissibility of eighteen pages from Mr.

10   Johnson's journal. Defendant Kalkhoven, however, objects to the admissibility of page RJ 00577

11   on the basis that it was not published to the jury and that it was not officially moved into

12   evidence. Page RJ 00577 goes directly to the Plaintiffs' allegations that demand from Lucent in

13   August 2000 was declining and is relevant to the issues in this case. Furthermore, this journal

14   entry noting a 75% reduction in demand from Lucent at or around the time when Mr. Russell sold

15   $37.5 million in JDSU stock relates to the non-public inside information he possessed at the time

16   of his sales. Page RJ 00577 of Exhibit 559 should be admitted.

17   **Defendants' Position**

18   During the testimony of Russell Johnson, Plaintiffs moved a number of pages from Mr.

19   Johnson's personal journal into evidence and published them to the jury. Page RJ 00577,

20   however, was not among them. (Tr. 821:5-15.) Plaintiffs should not be permitted to introduce

21   the page now, long after the conclusion of Mr. Johnson's testimony.

22   Mr. Kalkhoven has been denied a full and fair opportunity to question Mr. Johnson about

23   the entry. Had Plaintiffs sought to publish this page during their examination of Mr. Johnson, Mr.

24   Kalkhoven may have questioned Mr. Johnson about it. Although Plaintiffs claim that the entry

25   refers to a reduction in demand from Lucent, it actually references a "contingency," not any

26   actual decline in forecast. But, given time constraints, Mr. Kalkhoven did not deem it necessary

27   ask questions of Mr. Johnson to dispute Plaintiffs' theory about a page that Plaintiffs did not seek

28   to publish to the jury.

Stipulation, [Proposed] Order and Joint Submission Regarding Trial Exhibits
Master File No. C–02–1486 CW (EDL)
sf-2415402

5

1    Finally, Plaintiffs contend that the journal entry is relevant to Mr. Johnson's state of mind

2   when he sold stock in August 2000.  Mr. Johnson is not a defendant in this litigation; and as this

3   court has already ruled, the state of mind of individuals who are not defendants is not a relevant

4   subject of inquiry.  (Tr. at 1019:23-1020:2, 1024:17-22; 1035:22-1036:3.)

5

6   Dated:  November 6, 2007

Barbara J. Hart
Mark S. Arisohn
Anthony J. Harwood
Michael Stocker
Stefanie J. Sundel
LABATON SUCHAROW LLP
140 Broadway
New York, New York  10005
Telephone:  212.907.0700
Facsimile:  212.818.0477

7

8

9

10

11

12   By:____/s/ Anthony J. Harwood_____
              Anthony J. Harwood

13

14   Attorneys for Lead Plaintiff
     Connecticut Retirement Plans and Trust
     Fund

15   Dated:  November 6, 2007

James P. Bennett
Jordan Eth
Terri Garland
Philip T. Besirof
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone:  415.268.7000
Facsimile:  415.268.7522

16

17

18

19

20

21

22   By:____/s/ Philip T. Besirof_____
              Philip T. Besirof

23   Attorneys for Defendants JDS Uniphase
     Corporation, Charles Abbe, Jozef Straus, and
24   Anthony Muller

25

26

27

28

STIPULATION, [PROPOSED] ORDER AND JOINT SUBMISSION REGARDING TRIAL EXHIBITS
MASTER FILE NO. C–02–1486 CW (EDL)
sf-2415402

6

1    Dated: November 6, 2007                    Michael J. Shepard
                                                Howard S. Caro
2                                               HELLER EHRMAN LLP
                                                333 Bush Street
3                                               San Francisco, California 94104
                                                Telephone: 415.772.6000
4                                               Facsimile: 415.772.6268

5                                               Michael L. Charlson
                                                J. Christopher Mitchell
6                                               HELLER EHRMAN LLP
                                                275 Middlefield Road
7                                               Menlo Park, California 94025
                                                Telephone: 650.324.7000
8                                               Facsimile: 650.324.0638

9

10                                              By:___/s/ Howard S. Caro_____
                                                      Howard S. Caro
11
                                                Attorneys for Defendant
12                                              Kevin Kalkhoven

13

14        PURSUANT TO STIPULATION, SECTION I. ABOVE IS ADOPTED BY THE

15   COURT.  ~~UNDER SECTION II. ABOVE, EXHIBIT 146 [IS/IS NOT] ADMITTED; EXHIBIT~~

16   ~~224 [IS/IS NOT] ADMITTED; PAGE RJ 00577 OF EXHIBIT 559 [IS/IS NOT] ADMITTED.~~

17

18        IT IS SO ORDERED.

19

20   Dated: November 19, 2007

21                                              _____
                                                HONORABLE CLAUDIA WILKEN
22                                              United States District Court Judge

23

24

25

26

27

28

# Exhibit A

Case No. 02-1486
Case Name: In re JDS Uniphase Corp. Sec. Litigation

UNITED STATES DISTRICT COURT
for the Northern District of California
Trial Date: October 22, 2007

**ADMITTED EXHIBITS**

| EXHIBIT NUMBER | DESCRIPTION | PAGES ADMITTED | SPONSORING WITNESS | DATE Offered | DATE Admitted in Evidence | INTRO BY | TRANSCRIPT PAGE |
|---|---|---|---|---|---|---|---|
| 21 | Russ Johnson Diary dated July 1999 to November 1999 | RJ 00001-3, 8, 86, 152-155 | Johnson | 10/30/2007 | 10/30/2007 | P | 789 |
| 62 | E-mail re: IMPORTANT - Nortel Coupler Forecast | JDSU 5079713 | Visvanatha | 10/26/2007 | 10/26/2007 | P | 559 |
| 73 | E-mail re: E-Tek OEM Agreement Issue | JDSU 1132152 | Visvanatha | 10/26/2007 | 10/26/2007 | P | 559 |
| 83 | Russ Johnson Diary dated November 1999 to March 2000 | P - RJ 00158-160, 216, 218<br>D - RJ 00309 | Johnson | 10/30/2007 | 10/30/2007 | P & D | 790, 843 |
| 85 | E-mail re: PEC & Monthly Financial Review: March 16 | JDSU 919604 | Moore | 10/31/2007 | 10/31/2007 | P | 1010 |
| 89 | E-mail re: Inventory Levels | JDSU 918137 | Moore | 10/31/2007 | 10/31/2007 | D | 1053 |
| 105 | E-mail re: Metro Point Inventory | JDSU 1133492-1133494 | Visvanatha | 10/26/2007 | 10/26/2007 | P | 559 |
| 108 | E-mail re: MetroPoint Status and attached PowerPoint: "Network Products MetroPoint Program Status" | JDSU 930172-930173, 1133782-1133796 | Visvanatha | 10/26/2007 | 10/26/2007 | P | 559 |
| 124 | E-Mail re: 2000 DWDM Ramp-up CARs | JDSU 25804 | Pitre | 10/25/2007 | 10/26/2007 | P | 10/26/2007 Stip |
| 144 | E-mail re: May Flash Reports and attached "Flash Account Monthly Summary, May 2000" | JDSU 938314, 938321 | Johnson | 10/30/2007 | 10/30/2007 | P | 799 |
| 155 | PowerPoint: "Proposed FY2001 Operating Plan, E-Tek Dynamics Inc, May 19 2000" | JDSU 1350131, 1350134, 1350151 | Chandran | 10/26/2007 | 10/31/2007 | D | 559 |
| 160 | Certified SEC Form S-4 Amendment No. 1 filed May 23, 2000 by JDS Uniphase Corporation | Cover, Attestation, 1, 40-41, 261 | Kernick | 10/30/2007 | 10/30/2007 | P | 906 |
| 171 | E-mail re: Mosaic Forecast Update | JDSU 5073248-5073249 | Miskowicz | 10/31/2007 | 10/31/2007 | P | 1096 |
| 172 | E-mail re: BuildPlanTemp.xls | JDSU 34506-34507 | Pitre | 10/25/2007 | 10/26/2007 | P | 10/26/2007 Stip |
| 177 | Summary of June 1, 2000 Nortel Quarterly Business Review | JDSU 5073815-5073817 | Miskowicz | 10/31/2007 | 10/31/2007 | P | 1096 |

LIST OF ADMITTED TRIAL EXHIBITS
MASTER FILE NO. C-02-1486 CW (EDL)

1

Case No. 02-1486
Case Name: In re JDS Uniphase Corp. Sec. Litigation

UNITED STATES DISTRICT COURT
for the Northern District of California
Trial Date: October 22, 2007

**ADMITTED EXHIBITS**

| EXHIBIT NUMBER | DESCRIPTION | PAGES ADMITTED | SPONSORING WITNESS | DATE Offered | DATE Admitted in Evidence | INTRO BY | TRANSCRIPT PAGE |
|---|---|---|---|---|---|---|---|
| 180 | Russ Johnson Diary (March 2000 to June 2000) | P - RJ 00325-327, 357, 415, D - RJ 00464, 477 | Johnson | 10/30/2007 | 10/30/2007 | P & D | 875, 879 |
| 181 | PowerPoint: "FY01 Forecast - Unconstrained Demand Summary" | JDSU 0350469-350477 | MacMillan | 10/25/2007 | 10/25/2007 | P | 480 |
| 183 | E-mail re: Major Issue - JDSU/E-Tek OEM Agreement | JDSU 927780-927783 | Visvanatha | 10/26/2007 | 10/26/2007 | P | 559 |
| 189 | June 7, 2000 Customer Issues Flash Report - Week 23 | JDSU 7289842-7289843 | Miskowicz | 10/31/2007 | 10/31/2007 | P | 1096 |
| 191 | E-mail re: Nortel Meeting | JDSU 1135803 | Visvanatha | 10/26/2007 | 10/26/2007 | P | 559 |
| 218 | PWC Estimation of the Fair Value of Certain Intangible Assets of E-Tek as of June 30, 2000 | PWC 04796-4798, 4800-4801, 4807-4808, 4818, 4867 | Henning Kernick | 10/29/2007 10/30/2007 | 10/29/2007 | P | 637, 902, 929 |
| 225 | E-mail re: 800G OAM RFQ Feedback | JDSU 3107106-3107107 | Buchan | 10/29/2007 | 10/29/2007 | P | 619 |
| 228 | E-mail re: ESPP - Employee Stock Purchase Plan Enrollment Deadlines | JDSU 1095145-46, 1095150-1095151 | Moore | 10/31/2007 | 10/31/2007 | P | 1013 |
| 241 | E-mail re: Components July Forecast Prelim Release | JDSU 0039027 | MacMillan | 10/25/2007 | 10/25/2007 | P | 480 |
| 250 | DRAFT: JDSU Valuation of Certain Intangible Assets of SDL, Inc. 7/19/00 | PWC 958, 994 | Kernick | 10/30/2007 | 10/30/2007 | P | 914 |
| 258 | Meeting Summary/Action Items List from 07/20/00 Lucent Meeting | JDSU 1774235-36 | Johnson | 10/30/2007 | 10/30/2007 | P | 808 |
| 281 | E-mail re: Lucent Info for Jozef's Jose Meeting today | JDSU 925584 | Buchan | 10/29/2007 | | P | 619 |
| 322 | E-mail re: Aug 7 Flash Sales and attached August 7 weekly sales flash report | JDSU 1618179, 1619184 | Johnson | 10/30/2007 | 10/30/2007 | P | 825 |

LIST OF ADMITTED TRIAL EXHIBITS
MASTER FILE NO. C-02-1486 CW (EDL)

Case No. 02-1486
Case Name: In re JDS Uniphase Corp. Sec. Litigation

UNITED STATES DISTRICT COURT
for the Northern District of California
Trial Date: October 22, 2007

## ADMITTED EXHIBITS

| EXHIBIT NUMBER | DESCRIPTION | PAGES ADMITTED | SPONSORING WITNESS | DATE Offered | DATE Admitted in Evidence | INTRO BY | TRANSCRIPT PAGE |
|---|---|---|---|---|---|---|---|
| 362 | E-mail re: OpCom Agenda Thursday, 8/17 PowerPoint: "Financial and Operations Committee Review" | JDSU 1350364 | Moore | 10/31/2007 | 10/31/2007 | P | 1015 |
| 364 | E-mail re: Aug 2000 Flash Reports and attached "Flash Account Monthly Summary" | P- JDSU 0176816-176817, 176821 D - JDSU 0176818, 176820, 176826, 176836 | Johnson | 10/30/2007 | 10/30/2007 | P & D | 848, 849 |
| 379 | E-Mail re: (Redbook) Sales and Operations Planning | JDSU 350918-350919 | Pitre | 10/25/2007 | 10/26/2007 | P | 10/26/2007 Stip |
| 381 | Draft Valuation Report for Estimation of the fair Value of Certain Intangible Assets of E-Tek as of June 30, 2000 | PWC 169, 171, 206 | Kernick | 10/30/2007 | 10/30/2007 | P | 910 |
| 386 | E-Mail re: Lucent Strategy for Q1 (FPG Impacts) | JDSU 893844-893845 | Buchan | 10/29/2007 | 10/29/2007 | P | 619 |
| 388 | Aug FPG Account Demand Forecast | JDSU 1130250-1130263 | Pitre | 10/25/2007 | 10/26/2007 | P | 10/26/2007 Stip |
| 405 | E-mail re Lucent Revenue for Q1 - Status and attached "Lucent Revenue Forecast" | JDSU 1282099-1282102 | Moore | 10/31/2007 | 10/31/2007 | P | 1021 |
| 411 | August 25, 2000 email from Chong to Miskowicz and list Re "100 Ghz Build Plan for Q2" | JDSU 530152-530154 | Visvanatha | 10/26/2007 | 10/26/2007 | P | 559 |
| 414 | August 25, 2000 email from Miskowicz to Shayanpour et al re: "100 Ghz Build Plan for Q2" | JDSU 749876-749877 | Miskowicz | 10/31/2007 | 10/31/2007 | P | 1096 |
| 426 | JDSU Policy & Procedures re: Accounting for Impairment of Long-Lived Assets and Restructuring Charges | JDSU 1284010-1284012 | Chase | 10/25/2007 | 10/25/2007 | P | 417 |
| 428 | FPG Total Demand Forecast Summary | JDSU 5092153-5092154 | MacMillan | 10/25/2007 | 10/25/2007 | P | 480 |
| 435 | Form S-4 for the SDL Merger | Cover, Attestation, 1, 34, 290 | Henning | 10/29/2007 | 10/29/2007 | P | 649 |

Case No. 02-1486
Case Name: In re JDS Uniphase Corp. Sec. Litigation

UNITED STATES DISTRICT COURT
for the Northern District of California
Trial Date: October 22, 2007

ADMITTED EXHIBITS

| EXHIBIT NUMBER | DESCRIPTION | PAGES ADMITTED | SPONSORING WITNESS | DATE | | INTRO BY | TRANSCRIPT PAGE |
|---|---|---|---|---|---|---|---|
| | | | | Offered | Admitted in Evidence | | |
| 436 | E-mail re: Privileged and Confidential - Q&A for Ottawa and attached "Q&A for Ottawa Investor Day" | JDSU 7233382-7233385 | Reynders | 10/31/2007 | 10/31/2007 | P | 1097 |
| 516 | E-mail re emails to watch for and attached "JDS Uniphase Partnership" | JDSU 178180-178185 | Visvanatha | 10/26/2007 | 10/26/2007 | P | 559 |
| 532 | Certified SEC Form 10-Q for the quarter ended September 30, 2000 filed November 14, 2000 by JDS Uniphase Corporation | Cover, Attestation, 1, 3, 8, 35 | Henning | 10/29/2007 | 10/29/2007 | P | 652 |
| 538 | Certified SEC Form S-4 Amendment No. 1 filed November 17, 2000 by JDS Uniphase Corporation | Cover, Attestation, 1, 200, 303 | Henning | 10/29/2007 | 10/29/2007 | P | 653 |
| 541 | E-mail re: Modules Forecast Update | JDSU 444893 | MacMillan | 10/25/2007 | 10/25/2007 | P | 480 |
| 554 | E-mail re: Outlook On The Inventory | JDSU 1094565-1094566 | Moore | 10/31/2007 | 10/31/2007 | P | 1032 |
| 559 | Russ Johnson Diary (July 1999 to November 1999) | P - RJ 00495-496, 529, 536-538, 541, 547-548, 550-551, 580-581, 583, 655  D - RJ 00540, 586-587 | Johnson | 10/30/2007 | 10/30/2007 | P & D | 883 |
| 567 | E-mail re: Nortel - Q2 & Q3 | JDSU 1112191 | Visvanatha | 10/26/2007 | 10/26/2007 | P | 559 |
| 588 | E-mail re DWDM Number Reductions | JDSU 1112879-1112880 | Visvanatha | 10/26/2007 | 10/26/2007 | P | 559 |
| 598 | "FPG Actual Billings vs Forecasted Demand" | JDSU 0447593-447595 | MacMillan | 10/25/2007 | 10/25/2007 | P | 480 |
| 603 | E-mail re: Q2 Impact | JDSU 0960335-960337 | Chase | 10/25/2007 | 10/25/2007 | P | 410 |
| 610 | E-mail re: Opcom Forecast and attached PowerPoint: January 11, 2001 Opcom | JDSU 1307691-1307694, 1307706-1307707 | Moore | 10/31/2007 | 10/31/2007 | P | 1077 |

LIST OF ADMITTED TRIAL EXHIBITS
MASTER FILE NO. C-02-1486 CW (EDL)

Case No. 02-1486
Case Name: In re JDS Uniphase Corp. Sec. Litigation

UNITED STATES DISTRICT COURT
for the Northern District of California
Trial Date: October 22, 2007

**ADMITTED EXHIBITS**

| EXHIBIT NUMBER | DESCRIPTION | PAGES ADMITTED | SPONSORING WITNESS | DATE Offered | DATE Admitted in Evidence | INTRO BY | TRANSCRIPT PAGE |
|---|---|---|---|---|---|---|---|
| 611 | E-mail re: Q3 Challenge | JSDU 1141720 | Moore | 10/31/2007 | 10/31/2007 | P | 1080 |
| 639 | E-Mail re: Jan. 31 Jay's Staff Meeting | JDSU 273416-273420 | Visvanatha | 10/26/2007 | 10/26/2007 | P | 559 |
| 643 | E-mail re: Want to buy some DWDM products? | JDSU 7387302 | Visvanatha | 10/26/2007 | 10/26/2007 | P | 559 |
| 651 | Certified SEC Form 10-Q for the quarter ended December 30, 2000 filed February 13, 2001 by JDS Uniphase Corporation | Cover, Attestation, 1-3, 10, 46 | Henning | 10/29/2007 | 10/29/2007 | P | 653 |
| 672 | E-Mail re: JDS Uniphase Goodwill Impairment Memo and attached Memo: "Determination of Possible Goodwill Impairment" | EY01 014456-14459 | Cover | 10/31/2007 | 10/31/2007 | P | 955 |
| 685 | Letter re: JDS Uniphase Corporation - Measurement and Allocation of Enterprise Level Goodwill Impairment Charge | JDSU 33178-33187 | Grabowy | 10/31/2007 | 10/31/2007 | P | 1096 |
| 711 | May 1, 2001 letter from S. Moore to Robert Bayless of the SEC | JDSU 1283883, 1283890, 1283898 | Moore | 10/31/2007 | 10/31/2007 | P | 1026 |
| 713 | Form 10-Q for the quarter ended 3/31/01 | JDSU 1284014, 1284018 | Moore | 10/31/2007 | 10/31/2007 | P | 1029 |
| 743 | Overall Analysis of Assets Held and Used Under FAS 121 | EY01 005688-5689, 5697 | Cover | 10/31/2007 | 10/31/2007 | D | 982 |
| 751 | Certified SEC Form 10-K for the fiscal year ended June 30, 2001 filed September 19, 2001 by JDS Uniphase Corporation | Cover, 1-2, 57, 95-100, 180 | Henning | 10/29/2007 | 10/29/2007 | P | 669 |
| 786 | UBS Warburg Grant Detail Report | JDSU 3107386-3107387 | Johnson | 10/30/2007 | 10/30/2007 | D | 866 |
| 837 | E-Mail re: April Flash Reports | JDSU 747437, 747455, 747448 | Johnson | 10/30/2007 | 10/30/2007 | D | 871, 873 |
| 841 | E-mail re: Forecast Waterfall Data Tables | JDSU 1275872-1275874 | Chandran | 10/26/2007 | 10/26/2007 | D | 585, 605 |

LIST OF ADMITTED TRIAL EXHIBITS
MASTER FILE NO. C-02-1486 CW (EDL)

Case No. 02-1486
Case Name: In re JDS Uniphase Corp. Sec. Litigation

UNITED STATES DISTRICT COURT
for the Northern District of California
Trial Date: October 22, 2007

## ADMITTED EXHIBITS

| EXHIBIT NUMBER | DESCRIPTION | PAGES ADMITTED | SPONSORING WITNESS | DATE Offered | DATE Admitted in Evidence | INTRO BY | TRANSCRIPT PAGE |
|---|---|---|---|---|---|---|---|
| 861 | Certified SEC Form S-3 filed October 30, 2000 by JDS Uniphase Corporation | Cover, 1, 16, 20, 21 | Hemming | 10/29/2007 | 10/29/2007 | P | 651 |
| 862 | Certified SEC Form S-4EF filed February 12, 2001 by JDS Uniphase Corporation | Cover, 1-4 | Hemming | 10/29/2007 | 10/29/2007 | P | 653 |
| 863 | Certified SEC Amended Form 8-K for February 13, 2001 filed March 23, 2001 by JDS Uniphase Corporation | Cover, Attestation, 1, 47 | Cover | 10/31/2007 | 10/31/2007 | P | 961 |
| 886 | CD-ROM containing Native version of FPG Demand Forecast Database (Originally Produced as JDSU 1129826 - 1131184) | 8/21/2000 Forecast Distribution (Cover, p.1 of 11-11 of 11, p.1 of 2-2 of 2); 10/16/2000 Forecast Distribution (Cover, p.1-2); 12/11/2000 Forecast Distribution (Cover, p.1-2) | Hemming | 10/29/2007 | 10/29/2007 | P | 673 |
| 897 | Certified SEC Form 10-Q for the quarter ended March 31, 2001 filed May 11, 2001 by JDS Uniphase Corporation | Cover, Attestation, 1-3, 9, 14, 45 | Hemming | 10/29/2007 | 10/29/2007 | P | 668 |
| 898 | Certified SEC Form 10-Q for the quarter ended March 31, 2001 filed September 19, 2001 by JDS Uniphase Corporation | Cover, Attestation, 1-6, 61 | Hemming | 10/29/2007 | 10/29/2007 | P | 668 |
| 927 | 2 Charts from T. Barnich Rebuttal Report entitled: CLEC Industry Revenue Growth Rate Forecast by Service Category (1999-2002) and (2000-2003) | 1-2 | Barnich | 10/24/2007 | 10/24/2007 | P | 351 |
| 1572 | 1/6/2000 Fax from N. Mehta to G. Franceschi | PWC 2558-2559 | Kernick | 10/30/2007 | 10/30/2007 | D | 926 |

LIST OF ADMITTED TRIAL EXHIBITS
MASTER FILE NO. C-02-1486 CW (EDL)

6

Case No. 02-1486
Case Name: In re JDS Uniphase Corp. Sec. Litigation

UNITED STATES DISTRICT COURT
for the Northern District of California
Trial Date: October 22, 2007

**ADMITTED EXHIBITS**

| EXHIBIT NUMBER | DESCRIPTION | PAGES ADMITTED | SPONSORING WITNESS | DATE Offered | DATE Admitted in Evidence | INTRO BY | TRANSCRIPT PAGE |
|---|---|---|---|---|---|---|---|
| 1714 | 4/26/2000 E-mail from T. Pitre to F. Abdul-Nour et al. re: "Q4, 2000 Redbook for filters and cp (FMC108)" | JDSU 0183073-183075 | Pitre | 10/25/2007 | 10/26/2007 | P | 10/26/2007 Stip |
| 1831 | 7/10/2000 E-mail from S. Pietrusiak to A. Chandran re: "BRB Report as of 0630 EOB" | JDSU 1656043-1656044 | Chase | 10/25/2007 | 10/25/2007 | D | 456 |
| 1842 | Redbook Review Q1 FY 01 | JDSU 1730546-1730571 | Pitre | 10/25/2007 | 10/26/2007 | P | 10/26/2007 Stip |
| 1891 | 7/26/2000 JDS Uniphase Corporation Conference Call Transcript | 1, 3, 8 | Johnson | 10/30/2007 | 10/30/2007 | D | 864 |
| 1901 | 8/1/2000 E-mail from K. Crawford to J. Straus et al. re: "July 31 Flash Sales" | JDSU 175645, Page 3 of Native Attachment | Johnson | 10/30/2007 | 10/30/2007 | D | 858 |
| 1914 | 8/8/2000 E-mail from K. Bisbee to K. Crawford et al. re: "August 7 Flash Sales" and printout of native version attachment, produced at JDSU 0166188-201 | JDSU 166816, Page 3 of Native Attachment | Johnson | 10/30/2007 | 10/30/2007 | D | 858 |
| 1924 | 8/14/2000 E-mail from K. Crawford to J. Straus et al. re: "Flash - 8/14" and printout of native version attachment, produced at JDSU 1085856-69 | JDSU 1085855, Page 3 of Native Attachment | Johnson | 10/30/2007 | 10/30/2007 | D | 858 |
| 1929 | 8/16/2000 E-mail from J. Nguyen to K. Crawford et al. re: "BRB Report as of 08/15 EOB" | JDSU 1618828-1618830 | Chandran | 10/26/2007 | 10/26/2007 | D | 603 |
| 1944 | 8/22/2000 E-mail from K. Bisbee to J. Straus et al. re: "Flash - 8/21" and printout of native version attachment, produced at JDSU 0936844-57 | JDSU 936843, Page 3 of Native Attachment | Johnson | 10/30/2007 | 10/30/2007 | D | 858 |
| 1953 | 8/28/2000 E-mail from K. Bisbee to J. Straus et al. re: "Flash - 8/28" and printout of native version attachment, produced at JDSU 1142774-87 | JDSU 1142773, Page 3 of Native Attachment | Johnson | 10/30/2007 | 10/30/2007 | D | 858 |

LIST OF ADMITTED TRIAL EXHIBITS
MASTER FILE NO. C-02-1486 CW (EDL)

7

Case No. 02-1486
Case Name: In re JDS Uniphase Corp. Sec. Litigation

UNITED STATES DISTRICT COURT
for the Northern District of California
Trial Date: October 22, 2007

**ADMITTED EXHIBITS**

| EXHIBIT NUMBER | DESCRIPTION | PAGES ADMITTED | SPONSORING WITNESS | DATE Offered | DATE Admitted in Evidence | INTRO BY | TRANSCRIPT PAGE |
|---|---|---|---|---|---|---|---|
| 1963 | 9/1/2000 JDS Uniphase Corp. Form 8-K | Cover, 1, 28, 35-36, 52, 72-73 | Chase Heming | 10/25/2007, 10/29/2007 | 10/22/2007, 10/29/2007 | D & P | 442 640 |
| 2043 | 10/16/2000 PowerPoint Presentation "The CLEC Landscape, Envisioning the Future from the Past", by the New Paradigm Resources Group at the Rural Independent Competitive Alliance | Cover, 10 | Barnich | 10/24/2007 | 10/24/2007 | D | 323 |
| 2081 | 10/31/2000 New Paradigm Resources Group, Inc. Press Release announcing "New Paradigm Resources Group sees Lessons for CLECs in recent AT& T Restructuring" | 1-2 | Barnich | 10/24/2007 | 10/24/2007 | D | 328 |
| 2111 | 11/27/2000 New Paradigm Resources Group, Inc. Press Release announcing "The CLEC Report Charts Continuing Industry Growth, with Data Gains Offsetting Switched Dial Tone" | 1-2 | Barnich | 10/24/2007 | 10/24/2007 | D | 355 |
| 2165 | 1/15/2001 Memorandum from M. Clement et al. to M. Bentley et al. re: "Summary Review Memorandum Q2 F'01 - JDS Uniphase Inc. (Canada)" | EY01 001660, EY01 001666 | Chase | 10/25/2007 | 10/25/2007 | D | 443 |
| 2169 | 1/17/2001 E-mail from S. Pietrusiak to J. Straus et al. re: "Re: Operations Committee Presentation - January Forecast" | JDSU 949076-949077, 949079-949080, 949083-949084, 949108-949109 | Moore | 10/31/2007 | 10/31/2007 | P | 1081 |
| 2178 | 1/22/2001 E-mail from K. Bisbee to J. Straus et al. re: "Flash Report-1/22" and printout of native version attachment, produced at JDSU 0949149-215 | JDSU 949148, Pages 2-3 of Native | Moore | 10/31/2007 | 10/31/2007 | D | 1095 |
| 2315 | 4/24/2001 Press Release announcing "JDS Uniphase Announces Third Quarter Results And Global Realignment Program" | JDSU 1357753-1357762 | Heming | 10/29/2007 | 10/29/2007 | P | 660 |
| 2445 | 9/19/2001 JDS Uniphase Corp. Form 10-Q/A for the quarterly period ended March 31, 2001 | 1, 5 | Cover | 10/31/2007 | 10/31/2007 | D | 980 |

LIST OF ADMITTED TRIAL EXHIBITS
MASTER FILE NO. C-02-1486 CW (EDL)

8

Case No. 02-1486
Case Name: In re JDS Uniphase Corp. Sec. Litigation

UNITED STATES DISTRICT COURT
for the Northern District of California
Trial Date: October 22, 2007

**ADMITTED EXHIBITS**

| EXHIBIT NUMBER | DESCRIPTION | PAGES ADMITTED | SPONSORING WITNESS | DATE Offered | DATE Admitted in Evidence | INTRO BY | TRANSCRIPT PAGE |
|---|---|---|---|---|---|---|---|
| 2512 | New Paradigm Resources Group, Inc. "CLEC Report 2001™, 13th Edition | Cover, Executive Summary Pages: 1 of 13, 2 of 13, 3 of 13 | Barnich | 10/24/2007 | 10/24/2007 | D | 333, 335, 341 |
| 2521 | 03/1995 Financial Accounting Standards Board-SFAS No. 121 "Accounting for the Impairment of Long-Lived Assets and for Long-Lived Assets to Be Disposed Of" | Cover, 4, 6 | Henning | 10/29/2007 | 10/29/2007 | D | 737, 738 |
| 2640 | Bio of Terry Barnich posted on New Paradigm Resources Group website | 1 | Barnich | 10/24/2007 | 10/24/2007 | D | 338 |
| 2642 | 3/6/2007 6/4/2007 New Paradigm Resources Group Press Release re: New Paradigm Resources Group's Metro Ethernet Report Confirms Metro Ethernet's Starring Role in Telecommunication Industry's Future | 1-2 | Barnich | 10/24/2007 | 10/26/2007 | D | 10/26/2007 Stip |
| 2643 | 6/4/2007 New Paradigm Resources Group Press Release re: New Paradigm Resources Group and Telephony Magazine Host Leadership Forum and Communications Innovators Awards Reception | 1-3 | Barnich | 10/24/2007 | 10/26/2007 | D | 10/26/2007 Stip |
| 3070 | 4/11/2000 Email from P. Chalifour re Heads Up on Corning and Nortel | JDSU 1142541 | Johnson | 10/30/2007 | 10/30/2007 | D | 881 |

LIST OF ADMITTED TRIAL EXHIBITS
MASTER FILE NO. C-02-1486 CW (EDL)