1  [Counsel Listed on Signature Pages]

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                  OAKLAND DIVISION

11

| 12 | In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION | Master File No. C–02–1486 CW (EDL) |
|---|---|---|
| 13 | | |
| 14 | This Document Relates To: All Actions | **OMNIBUS STIPULATION AND [PROPOSED] ORDER REGARDING FINAL LIST OF EXHIBITS ADMITTED INTO EVIDENCE DURING TRIAL** |
| 15 | | |
| 16 | | |

To facilitate the admission of evidence in an efficient manner, and to clarify the complete record of exhibits admitted into evidence during the course of trial in this action, the parties submit this Omnibus Stipulation and [Proposed] Order Regarding Final List of Exhibits Admitted Into Evidence During Trial.

WHEREAS, during the course of trial in this action from October 24 through November 19, 2007, the parties moved the Court to admit exhibits into evidence;

WHEREAS, the parties met and conferred regarding the admissibility of these exhibits;

WHEREAS, the parties filed certain stipulations with the Court regarding the admission of certain trial exhibits;

WHEREAS, the Court ordered the admission of certain stipulated trial exhibits, including by way of Orders dated November 14, 2007 (Docket No. 1835), November 15, 2007 (Docket No. 1836), and November 19, 2007 (Docket Nos. 1872 & 1873); and,

WHEREAS, the parties now wish to clarify the record with one omnibus stipulation that contains a complete list of the exhibits, and pages within each exhibit, that have been admitted into evidence and are part of the trial record in this action;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that:

1. The attached Exhibit A reflects all exhibits admitted into evidence during the course of trial in this action, but the parties do not waive any objections that were asserted at the time those exhibits were moved into evidence at trial;

2. The attached Exhibit A encompasses all exhibits admitted by way of prior stipulation and order in this action; and,

3. Once signed by the Court, this Omnibus Stipulation and [Proposed] Order will supersede all prior stipulations by which exhibits were admitted into evidence, and will constitute a complete list of the exhibits, and pages within each exhibit, that have been admitted into evidence and are part of the trial record in this action.

OMNIBUS STIP. AND [PROPOSED] ORDER RE EXHIBITS ADMITTED INTO EVIDENCE DURING TRIAL
MASTER FILE NO. C–02–1486 CW (EDL)
sf-2425966

1

| | | |
|---|---|---|
| 1 | Dated: November 20, 2007 | Barbara J. Hart |
| 2 | | Mark S. Arisohn |
| | | Anthony J. Harwood |
| | | Michael Stocker |
| 3 | | Stefanie J. Sundel |
| | | LABATON SUCHAROW LLP |
| 4 | | 140 Broadway |
| | | New York, New York  10005 |
| 5 | | Telephone:  212.907.0700 |
| | | Facsimile:  212.818.0477 |

By:    /s/ Anthony J. Harwood
            Anthony J. Harwood

Attorneys for Lead Plaintiff
Connecticut Retirement Plans and Trust Fund

Dated:  November 20, 2007

James P. Bennett
Jordan Eth
Terri Garland
Philip T. Besirof
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105
Telephone:  415.268.7000
Facsimile:  415.268.7522

By:    /s/ Philip T. Besirof
            Philip T. Besirof

Attorneys for Defendants JDS Uniphase Corporation, Charles Abbe, Jozef Straus, and Anthony Muller

OMNIBUS STIP. AND [PROPOSED] ORDER RE EXHIBITS ADMITTED INTO EVIDENCE DURING TRIAL
MASTER FILE NO. C–02–1486 CW (EDL)
sf-2425966

2

| | | |
|---|---|---|
| 1 | Dated: November 20, 2007 | Michael J. Shepard |
| 2 | | Howard S. Caro |
| | | HELLER EHRMAN LLP |
| | | 333 Bush Street |
| 3 | | San Francisco, California  94104 |
| | | Telephone:  415.772.6000 |
| 4 | | Facsimile:  415.772.6268 |

Michael L. Charlson
J. Christopher Mitchell
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025
Telephone:  650.324.7000
Facsimile:  650.324.0638


By:     /s/ Howard S. Caro
              Howard S. Caro

Attorneys for Defendant
Kevin Kalkhoven

IT IS SO ORDERED.

Dated: November  20 , 2007

_[signature: Claudia Wilken]_
HONORABLE CLAUDIA WILKEN
United States District Court Judge

OMNIBUS STIP. AND [PROPOSED] ORDER RE EXHIBITS ADMITTED INTO EVIDENCE DURING TRIAL
MASTER FILE NO. C–02–1486 CW (EDL)
sf-2425966

3

<u>GENERAL ORDER 45 ATTESTATION</u>

I, Philip T. Besirof, am the ECF User whose ID and password are being used to file this Omnibus Stipulation and [Proposed] Order Regarding Final List of Exhibits Admitted Into Evidence During Trial.  In compliance with General Order 45, X.B., I hereby attest that Anthony J. Harwood, attorney for Lead Plaintiff Connecticut Retirement Plans and Trust Funds, and Howard S. Caro, attorney for Defendant Kevin Kalkhoven, have concurred in this filing.

Dated:  November 20, 2007                              MORRISON & FOERSTER LLP


                                                                        By:  /s/ Philip T. Besirof
                                                                                Philip T. Besirof

                                                                        Counsel for Defendants JDS Uniphase
                                                                        Corporation, Charles Abbe, Jozef Straus, and
                                                                        Anthony Muller

OMNIBUS STIP. AND [PROPOSED] ORDER RE EXHIBITS ADMITTED INTO EVIDENCE DURING TRIAL
MASTER FILE NO. C–02–1486 CW (EDL)
sf-2425966

4