IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re JDS UNIPHASE CORPORATION SECURITIES LITIGATION

No. C 02-1486 CW

VERDICT QUESTIONS FORM

FILED NOV 27 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Part A--Section 10(b) and Section 20 False or Misleading Statements Liability**

Please answer the questions below for each of the statements on the Table of Challenged Statements and indicate your unanimous answers on the Verdict Table. If a box on the Verdict Table is blacked out or already filled in, that means that the question does not apply to the corresponding statement or that the parties have agreed to an answer. Please skip any question that is blacked out or already answered. A "yes" answer favors Plaintiffs; a "no" answer favors Defendants.

1. Do you find that this challenged statement contains an untrue statement of material fact, or omits a material fact necessary under the circumstances to keep the statement that was made from being misleading? Answer Yes or No.

**If you answered "Yes," please proceed to Question 2, and if Question 2 is blacked out, please skip to Question 3. If you answered "No," please return to Question 1 for the next statement.**

2. Do you find that the challenged statement was <u>not</u> accompanied by meaningful cautionary statements as defined in the instructions? Answer Yes or No.

**If you answered "Yes," please proceed to Question 3. If you answered "No," please return to Question 1 for the next statement.**

3. Please enter "Yes" in the box representing any Individual Defendant who you find was substantially involved in the preparation of the challenged statement.

**If you identified any Individual Defendant, or if any Individual Defendant was already marked, please proceed to Question 4a. If you did not identify any Individual Defendant and no Individual Defendant was already marked, please return to Question 1 for the next statement.**

4a. Do you find that any Individual Defendant who you found in Question 3 made or was responsible for the statement, or who the parties agree made the statement, did so with actual knowledge that the statement was materially false or misleading? Answer Yes or No.

**If you answered "No" for any Individual Defendant identified in Question 4a, please answer Question 4b for that Individual Defendant. Otherwise, skip to Question 5.**

4b. Do you find that any Individual Defendant who you found in Question 3 made or was responsible for the statement, or who the parties agree made the statement, did so with deliberate recklessness? Answer Yes or No.

**If you answered "Yes" to Question 4a or 4b for any Individual Defendant, please proceed to Question 5. Otherwise, please return to Question 1 for the next statement.**

5. Do you find that the untrue statement of material fact, or the omitted material fact, played a substantial part in causing a loss to Plaintiffs? Answer Yes or No.

**If you answered "Yes," please proceed to Question 6. If you answered "No," please return to Question 1 for the next statement.**

6. Please enter "Yes" in the box representing any Individual Defendant who you find directly or indirectly controlled the person who made the challenged statement, directly or indirectly induced the person to make the statement, and did <u>not</u> act in good faith.

**Please return to Question 1 for the next statement. When you have completed the chart for all statements, please review your answers recorded on the Verdict Table. If you found for Plaintiff on any statement (i.e. if you answered "yes" in Column 5 for <u>any</u> statement), please proceed to Part B, Question 7. Otherwise, please skip to Part D, Question 14.**

**Part B--Section 10(b) and Section 20 False or Misleading Statements Damages**

7. Which of these two methods do you find is the most accurate method for calculating damages in this case?

    \_\_\_ Dollar Inflation    \_\_\_ Percentage Inflation

**If you selected "Dollar Inflation," please complete Question 8. If you selected "Percentage Inflation," please complete Question 9 on Page 5. (Do not complete both tables.)**

8. If you answered "Dollar Inflation," please complete the table, following the instructions below.

    a. Please black out Column 2 for any date on which you do not find that the challenged statement(s) on that date caused a loss (i.e. for which you answered "No" in Column 5 of the Verdict Table).
    b. Beginning with the first date that is not blacked out in Column 2, please enter the dollar amount by which you find the false or misleading statement(s) made on that date inflated the price of JDSU stock.
    c. For this first row only, please copy the amount you entered in Column 2 into Column 4.
    d. Proceed to the next row. If Column 2 is not blacked out, enter the dollar amount by which you find the false or misleading statement(s) made on this date inflated the price of JDSU stock. Enter, in Column 3, the amount, if any, by which you find that any corrective disclosures, since the date of the previous row, have reduced the inflation created by false or misleading statements. Take the number from Column 4 in the previous row, add the number, if any, in Column 2, subtract the number, if any, in Column 3, and enter the result in Column 4.
    e. Please continue to complete each row.

    **When you are finished, please skip to Part C, Question 10.**

**Dollar Inflation Table**

| COLUMN 1 | COLUMN 1a | COLUMN 2 | COLUMN 3 | COLUMN 4 |
|---|---|---|---|---|
| Date | Price per share on this Date | Inflation created by false or misleading statement(s) on this date | Reduction in inflation due to corrective disclosures, if any, since previous date | Total inflation due to challenged statements on this date |
| 4/25/00 | $93.38 | $ | | $ |
| 5/25/00 | $79.00 | | $ | $ |
| 6/25/00 | $123.44 | | $ | $ |
| 7/26/00 | $135.94 | $ | $ | $ |
| 8/25/00 | $125.31 | | $ | $ |
| 9/1/00 | $123.81 | $ | $ | $ |
| 9/7/00 | $119.88 | $ | $ | $ |
| 10/26/00 | $74.44 | $ | $ | $ |
| 10/30/00 | $71.31 | $ | $ | $ |
| 11/14/00 | $75.63 | $ | $ | $ |
| 11/17/00 | $70.13 | $ | $ | $ |
| 12/20/00 | $46.00 | | $ | $ |
| 1/25/01 | $55.19 | $ | $ | $ |
| 2/12/01 | $40.63 | $ | $ | $ |
| 2/13/01 | $38.50 | $ | $ | $ |
| 3/23/01 | $23.19 | $ | $ | $ |
| 4/24/01 | $20.82 | $ | $ | $ |
| 5/11/01 | $20.69 | $ | $ | $ |
| 6/15/01 | $12.44 | | $ | $ |
| 7/26/01 | $9.47 | | $ | $ |



9.  If you selected "Percentage Inflation" in Question 7 above, please complete the table, following the instructions below.

   a. Please black out Column 2 for any date on which you do not find that the challenged statement(s) on that date caused a loss (i.e. for which you answered "No" in Column 5 of the Verdict Table).
   b. Beginning with the first date that is not blacked out in Column 2, please enter the percent by which you find the false or misleading statement(s) made on that date inflated the price of JDSU stock.
   c. For this first row only, please copy the amount you entered in Column 2 into Column 4.
   d. Proceed to the next row.  If Column 2 is not blacked out, enter the percent by which you find that any false or misleading statement(s) made on this date inflated the price of JDSU stock.  Enter, in Column 3, the amount, if any, by which you find that any corrective disclosures, since the date of the previous row, have reduced the inflation created by false or misleading statements.  Take the number from Column 4 in the previous row, add the number, if any, in Column 2, subtract the number, if any, in Column 3, and enter the result in Column 4.
   e. Please continue to complete each row.

**When you are finished, please proceed to Part C, Question 10.**

## Percentage Inflation Table

| COLUMN 1 | COLUMN 2 | COLUMN 3 | COLUMN 4 |
|---|---|---|---|
| Date | Inflation created by false or misleading statement(s) on this date | Reduction in inflation due to corrective disclosures since previous date | Total inflation due to challenged statements on this date |
| 4/25/00 | % | ■ | % |
| 5/25/00 | ■ | % | % |
| 6/25/00 | ■ | % | % |
| 7/26/00 | % | % | % |
| 8/25/00 | ■ | % | % |
| 9/1/00 | % | % | % |
| 9/7/00 | % | % | % |
| 10/26/00 | % | % | % |
| 10/30/00 | % | % | % |
| 11/14/00 | % | % | % |
| 11/17/00 | % | % | % |
| 12/20/00 | ■ | % | % |
| 1/25/01 | % | % | % |
| 2/12/01 | % | % | % |
| 2/13/01 | % | % | % |
| 3/23/01 | % | % | % |
| 4/24/01 | % | % | % |
| 5/11/01 | % | % | % |
| 6/15/01 | ■ | % | % |
| 7/26/01 | ■ | % | % |

**Part C--Section 14(a) Misrepresentation in a Proxy Statement for Merger Liability & Damages**

If you found in answer to Question 1 above that Statement 10 was materially false or misleading, please answer Question 10. Otherwise, please skip to Part D, Question 14.

10.  Do you find that statement 10 was an essential link in the accomplishment of the JDS-SDL merger?

   \_\_\_ Yes      ✗ No

Please proceed to Question 11

11.  Do you find that Defendant Straus failed to act with ordinary or reasonable care when he made statement 10?

   11/20

   \_\_\_ Yes      ✓ No

Please proceed to Question 12.

12.  Do you find that Defendant Muller failed to act with ordinary or reasonable care when he made statement 10?

   11/20

   \_\_\_ Yes      ✓ No

If you have answered "Yes" to Question 10 and to either Question 11 and/or Question 12, please proceed to Question 13. Otherwise, please skip to Part D, Question 14.

13a. If you did not determine damages for Statement 10 on the Verdict Table, do you find that Statement 10 played a substantial part in causing a loss to Plaintiffs?

   11/20

   \_\_\_ Yes      ✓ No

If you answered "Yes," please proceed to Question 13b. Otherwise, please skip to Part D, Question 14.

13b. What is the dollar amount or percentage amount that Statement 10 inflated the price of JDSU stock on February 13, 2001? Please answer only once, using the method you selected in response to Question 7.

   $_____      or      _____ %

Please proceed to Part D, Question 14.

7

**Part D--Section 20A Trading on Inside Information Liability & Damages**

14. Do you find that one or more of the Individual Defendants made a decision to sell shares of JDSU stock using material, non-public information about the company?

| Defendant Abbe | Yes ____ | No ✗ |
| Defendant Kalkhoven | Yes ____ | No ✗ |
| Defendant Muller | Yes ____ | No ✗ |
| Defendant Straus | Yes ____ | No ✗ |

If you answered "Yes" as to any defendant, please proceed. Otherwise, sign, date and return your verdict.

If, in answer to Question 7, you selected "Dollar Inflation," please complete Question 15. If you selected "Percentage Inflation," please skip to Question 16 on Page 12. (Do not complete both tables.)

15. If you selected "Dollar Inflation" in Question 7, please complete the table below for any Defendant who you found sold JDSU stock using material, non-public information.

    a. Enter "Yes" in Column 2 for the date of any stock sale which you find the Individual Defendant made using material, non-public information about the company.
    b. For every date on which you answered "Yes", please enter the dollar amount by which the price of JDSU stock was inflated because the public did not have this material information.

Then sign, date and return your verdict.

## Dollar Inflation Tables

**Defendant Abbe**

| Column 1 | Column 1a | Column 2 | Column 3 |
|---|---|---|---|
| Date | Market Price Per Share on Date | Used Material, Non-Public Information? | Dollar Inflation on Date of Sale |
| 8/1/00 | $116.87 | | $ |
| 8/11/00 | $117.75 | | $ |
| 2/26/01 | $32.63 | | $ |
| 2/27/01 | $27.81 | | $ |
| 2/28/01 | $26.75 | | $ |

**Defendant Kalkhoven**

| Column 1 | Column 1a | Column 2 | Column 3 |
|---|---|---|---|
| Date | Market Price Per Share on Date | Used Material, Non-Public Information? | Dollar Inflation on Date of Sale |
| 5/22/00 | $85.31 | | $ |
| 5/24/00 | $83.50 | | $ |
| 7/31/00 | $118.16 | | $ |
| 8/4/00 | $115.94 | | $ |
| 8/7/00 | $121.19 | | $ |
| 8/21/00 | $124.38 | | $ |
| 8/22/00 | $124.50 | | $ |
| 8/31/00 | $124.48 | | $ |
| 9/1/00 | $123.81 | | $ |
| 9/7/00 | $119.88 | | $ |
| 9/12/00 | $103.19 | | $ |
| 9/13/00 | $104.81 | | $ |

| Date | Market Price Per Share on Date | | Dollar Inflation on Date of Sale |
|---|---|---|---|
| 9/18/00 | $97.81 | | $ |
| 9/19/00 | $107.94 | | $ |
| 9/20/00 | $107.13 | | $ |
| 9/22/00 | $107.00 | | $ |
| 9/25/00 | $106.81 | | $ |
| 10/4/00 | $94.06 | | $ |
| 10/5/00 | $95.06 | | $ |
| 10/11/00 | $85.88 | | $ |
| 10/13/00 | $94.38 | | $ |
| 10/16/00 | $94.44 | | $ |
| 10/20/00 | $102.38 | | $ |
| 10/27/00 | $77.25 | | $ |
| 11/1/00 | $78.56 | | $ |
| 1/18/01 | $60.31 | | $ |

Defendant Muller

| Column 1 | Column 1a | Column 2 | Column 3 |
|---|---|---|---|
| Date | Market Price Per Share on Date | Used Material, Non-Public Information? | Dollar Inflation on Date of Sale |
| 5/22/00 | $85.31 | | $ |
| 5/30/00 | $91.38 | | $ |
| 7/31/00 | $118.13 | | $ |
| 8/1/00 | $116.88 | | $ |
| 8/2/00 | $112.63 | | $ |
| 8/4/00 | $115.94 | | $ |
| 8/7/00 | $121.19 | | $ |
| 8/8/00 | $119.88 | | $ |
| 8/11/00 | $117.75 | | $ |
| 8/14/00 | $120.25 | | $ |

10

Defendant Straus

| Column 1 | Column 1a | Column 2 | Column 3 |
|---|---|---|---|
| Date | Market Price Per Share on Date | Used Material, Non-Public Information? | Dollar Inflation on Date of Sale |
| 8/1/00 | $116.88 | | $ |
| 8/4/00 | $115.94 | | $ |
| 8/7/00 | $121.19 | | $ |
| * | $55.81 | 11/30/00 | 2/1/01   $ |
| * | $28.00 | 11/30/00 | 3/6/01   $ |

*You must determine whether Defendant Straus used material, non-public information on November 30, 2000 in deciding whether he is liable for insider trading based on these sales. However, the damages must be calculated as of the actual date of the sales.



11

16. If you selected "Percentage Inflation" in Question 7, please complete the table below for any Defendant who you found sold JDSU stock using material, non-public information.

   a. Enter "Yes" in Column 2 for the date of any stock sale which you find the Individual Defendant made while using material, non-public information about the company.
   b. For every date on which you answered "Yes", please enter the percentage by which the price of JDSU stock was inflated because the public did not have this material information.

   **Then sign, date and return your verdict.**

## Percentage Inflation Tables

**Defendant Abbe**

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| Date | Used Material, Non-Public Information? | Percentage Inflation on Date of Sale |
| 8/1/00 | | % |
| 8/11/00 | | % |
| 2/26/01 | | % |
| 2/27/01 | | % |
| 8/1/00 | | % |

**Defendant Kalkhoven**

| Date | Used Material, Non-Public Information? | Percentage Inflation on Date of Sale |
|---|---|---|
| 5/22/00 | | % |
| 5/24/00 | | % |
| 7/31/00 | | % |
| 8/4/00 | | % |
| 8/7/00 | | % |
| 8/21/00 | | % |
| 8/22/00 | | % |
| 8/31/00 | | % |
| 9/1/00 | | % |
| 9/7/00 | | % |
| 9/12/00 | | % |
| 9/13/00 | | % |
| 9/18/00 | | % |
| 9/19/00 | | % |
| 9/20/00 | | % |
| 9/22/00 | | % |

| Date | Used Material, Non-Public Information? | Percentage Inflation on Date of Sale |
|---|---|---|
| 9/25/00 | | % |
| 10/4/00 | | % |
| 10/5/00 | | % |
| 10/11/00 | | % |
| 10/13/00 | | % |
| 10/16/00 | | % |
| 10/20/00 | | % |
| 10/27/00 | | % |
| 11/1/00 | | % |
| 1/18/01 | | % |

Defendant Muller

| Date | Used Material, Non-Public Information? | Percentage Inflation on Date of Sale |
|---|---|---|
| 5/22/00 | | % |
| 5/30/00 | | % |
| 7/31/00 | | % |
| 8/1/00 | | % |
| 8/2/00 | | % |
| 8/4/00 | | % |
| 8/7/00 | | % |
| 8/8/00 | | % |
| 8/11/00 | | % |
| 8/14/00 | | % |

14

Defendant Straus

| Date | Used Material, Non-Public Information? | Percentage Inflation on Date of Sale | |
|---|---|---|---|
| 8/1/00 | | | % |
| 8/4/00 | | | % |
| 8/7/00 | | | % |
| * | 11/30/00 | 2/1/01 | % |
| * | 11/30/00 | 3/6/01 | % |

*You must determine whether Defendant Straus used material, non-public information on November 30, in deciding whether he is liable for insider trading based on these sales. However, the damages must be calculated as of the actual date of the sales.

Please sign, date and return this form.

Dated:  _____
              Jury Foreperson

11/27/07 . 1515 HRS.

15

# VERDICT TABLE

| | Quest. No. 1 Materially False or Misleading | Quest. No. 2 Lacks Cautionary Language | Quest. No. 3 Person(s) Making Statement | | | | Quest. No. 4a Actual Knowledge | | | | Quest. No. 4b Reckless Disregard | | | | Quest. No. 5 Caused Loss | Quest. No. 6 Controlling Person | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Abbe | Kalkhoven | Muller | Straus | Abbe | Kalkhoven | Muller | Straus | Abbe | Kalkhoven | Muller | Straus | | Abbe | Kalkhoven | Muller | Straus |
| Statement No. 1 "... the market is exceeding, you know, our ability to ramp up ..." | 11/20 NO | | | | | | | | | | | | | | | | | | |
| Statement No. 2 "In all of these markets, the demand for bandwidth technology and components remains incredibly strong, and I believe we will see this demand accelerated." | 11/20 NO | | | Yes | | | | | | | | | | | | | | | |
| Statement No. 3 "Two-and-a-half-gigabit modulators continue to demonstrate strong growth..." (Goodwill) | 11/20 NO | | | | | Yes | | | | | | | | | | | | | |
| Statement No. 4 JDSU's intangible assets at June 30, 2000, were $22.3 billion, including goodwill of $21.3 billion. (Goodwill) | 11/22 NO | | | | Yes | | | | | | | | | | | | | | |
| Statement No. 5 JDSU's intangible assets, including goodwill, were $22.3 billion at June 30, 2000. | 11/27 NO | | | | Yes | Yes | | | | | | | | | | | | | |
| Statement No. 6 "... we still are ... capacity constrained..." | 11/27 NO | | Yes | | | | | | | | | | | | | | | | |
| Statement No. 7 "These results reflect ... our substantial progress in expanding capacity to enable us to meet customer demand and serve the needs of our markets." | NO | | | | Yes | | | | | | | | | | | | | | |
| Statement No. 8 JDSU's intangible assets at June 30, 2000, were $22.3 billion, including goodwill of $21.3 billion. (Goodwill) | 11/26 NO | | | | Yes | Yes | | | | | | | | | | | | | |
| Statement No. 9 JDSU's goodwill was "21.1 [billion]" at September 30, 2000. | 11/26 NO | | | | Yes | | | | | | | | | | | | | | |

| | Quest. No. 1 Materially False or Misleading | Quest. No. 2 Lacks Cautionary Language | Quest. No. 3 Person(s) Making Statement | | | | Quest. No. 4a Actual Knowledge | | | | Quest. No. 4b Reckless Disregard | | | | Quest. No. 5 Caused Loss | Quest. No. 6 Controlling Person | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Abbe | Kalkhoven | Muller | Straus | Abbe | Kalkhoven | Muller | Straus | Abbe | Kalkhoven | Muller | Straus | Abbe | Abbe | Kalkhoven | Muller | Straus |
| *(Goodwill)* **Statement No. 10** • JDSU's intangible assets at June 30, 2000, were $22.3 billion, including goodwill of $21.3 billion. • JDSU's goodwill was "$21.1 [billion]" at September 30, 2000. | 11/6 No | | | | | | | | | | | | | | | | | |
| **Statement No. 11** "We don't expect lead times to come down in the near-term because our demand is so strong." | No | | | | | | | | | | | | | | | | | |
| **Statement No. 12** "Our backlog . . . is enormous . . ." | No | | Yes | | | | | | | | | | | | | | | |
| **Statement No. 13** "For the year, we expect earnings-per-share to be at 82 cents . . ." | No | | Yes | | | | | | | | | | | | | | | |
| **Statement No. 14** "We anticipate sales in the March quarter to be 7 percent to 10 percent above sales for the quarter ended December 30." | 1/2 No | | | | Yes | | | | | | | | | | | | | |
| *(Inventory)* **Statement No. 15** JDSU's inventories balance at December 30, 2000, was "[$]493.9 [million]." | 11/20 No | | | | Yes | | | | | | | | | | | | | |
| *(Goodwill)* **Statement No. 16** • JDSU's intangible assets at June 30, 2000, were $22.3 billion, including goodwill of $21.3 billion. • JDSU's goodwill was "$21.1 [billion]" at September 30, 2000. | 11/29 No | | | | Yes | Yes | | | | | | | | | | | | |
| **Statement No. 17** "The Company expects sales in the quarter ending March 31 to be at or slightly above $1 billion with earnings per share of $0.17." | 11/26 No | | | | | | | | | | | | | | | | | |
| *(Inventory)* **Statement No. 18** JDSU's inventories balance was "[$]493.9 [million]" at December 30, 2000. | 11/26 No | | | | Yes | | | | | | | | | | | | | |
| *(Goodwill)* **Statement No. 19** JDSU's goodwill was $21.2 billion at December 30, 2000. | 11/25 No | | | | Yes | | | | | | | | | | | | | |

| Quest. No. 1 | Quest. No. 2 | Quest. No. 3 Person(s) Making Statement | | | | Quest. No. 4a Actual Knowledge | | | | Quest. No. 4b Reckless Disregard | | | | Quest. No. 5 Caused Loss | Quest. No. 6 Controlling Person | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Materially False or Misleading | Lacks Cautionary Language | Abbe | Kalkhoven | Muller | Straus | Abbe | Kalkhoven | Muller | Straus | Abbe | Kalkhoven | Muller | Straus | | Abbe | Kalkhoven | Muller | Straus |
| *(Goodwill)* Statement No. 20 JDSU and SDL's combined *pro forma* intangible assets, including goodwill, were $60.2 billion at December 30, 2000. <br> 11/27 NO | | | | Yes | | | | | | | | | | | | | | |
| *(Inventory)* Statement No. 21 JDSU's inventories balance was $493.9 million at December 30, 2000. <br> 11/26 NO | | | | Yes | | | | | | | | | | | | | | |
| *(Inventory)* Statement No. 22 <br> • "Our third quarter results were … pro forma earnings of 14 cents per share." <br> • "Pro forma gross margin was 48.6 percent of sales for the quarter." <br> 11/26 NO | | | | Yes | Yes | | | | | | | | | | | | | |
| *(Inventory)* Statement No. 23 JDSU's gross profits were $425.9 million for the quarter ended March 31, 2001, and $1,251.0 million for the nine months ended March 31, 2001. <br> 11/26 NO | | | | Yes | | | | | | | | | | | | | | |
| *(Inventory)* Statement No. 24 JDSU's inventories balance was "[$]672.9 [million]" at March 31, 2001. <br> 11/26 NO | | | | | | | | | | | | | | | | | | |

~~THE JURY FIND UNAMIOUSLY FIND WE THAT ALL DEFENDANTS IN FAVOR OF THE DEFENSE DEFENDANT ON ALL COUNTS NO DAMAGES FINANCIAL $ / AWARED FINANCIAL~~

The jury find unamiously in favor of the defense ~~are~~ on all ~~counts~~ counts. No financial damages awarded.