[Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re JDSU UNIPHASE CORPORATION SECURITIES LITIGATION )<br>)<br>This Document Relates To: )<br>)<br>ALL ACTIONS )<br>)<br>)<br>)<br>) | Master File No. C-02-1486 CW (EDL)<br><br>**STIPULATION AND ORDER EXTENDING LEAD PLAINTIFF'S TIME TO OPPOSE THE JDSU DEFENDANTS' MOTION FOR SANCTIONS** |

WHEREAS, on December 14, 2007 the JDSU defendants filed a motion for sanctions;

WHEREAS, the Court set a briefing schedule pursuant to which Lead Plaintiff, Connecticut Retirement Plans and Trust Funds ("Connecticut"), is to oppose the motion on December 21, 2007,

WHEREAS, Connecticut seeks and the JDSU defendants agree to an extension of time for Connecticut to oppose the motion;

WHEREAS, the availability of counsel and the parties is limited due to travel in connection with the holidays;

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that Connecticut should be granted an extension of time until January 4, 2008 to file and serve its opposition to defendants' motion for sanctions.

Respectfully submitted,

Dated: December_13, 2007    MORRISON & FOERSTER LLP

By: Philip T. Besirof

*Attorneys for Defendants JDS Uniphase Corporation, Jozef Straus, Anthony R. Muller, and Charles J. Abbe*

Dated: December 13, 2007    LABATON SUCHAROW LLP

By: Barbara J. Hart

*Lead Counsel for Lead Plaintiff Connecticut Retirement Plans and Trust Funds*

STIPULATION AND [PROPOSED] ORDER EXTENDING LEAD PLAINTIFF'S TIME TO OPPOSE THE JDSU DEFENDANTS' MOTION FOR SANCTIONS
CASE NO. C-02-1486 CW (EDL)

1

SO ORDERED:

Dated: 12/21/07

By: _____
Claudia Wilken, U.S.D.J.

GENERAL ORDER 45 ATTESTATION

I, Anthony J. Harwood, am the ECF User whose ID and password are being used to file this Joint Pretrial Conference Statement. In compliance with General Order 45, X.B., I hereby attest that Philip T. Besirof, attorney for the JDSU Defendants, has concurred in this filing.

Dated: December    , 2007                    By: /s/ Anthony J. Harwood_____

Attorneys for Lead Plaintiff, Connecticut Retirement Plans and Trust Funds