1 | [Counsel Listed on Signature Pages]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re JDSU UNIPHASE CORPORATION SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | ) Master File No. C-02-1486 CW (EDL)<br>)<br>) **STIPULATION AND ORDER**<br>) **EXTENDING LEAD PLAINTIFF'S**<br>) **TIME TO OPPOSE THE JDSU**<br>) **DEFENDANTS' MOTION FOR**<br>) **SANCTIONS**<br>)<br>)<br>)<br>) |

1    WHEREAS, on December 14, 2007, the JDSU Defendants filed a motion for sanctions;

2    WHEREAS, the Court set a briefing schedule pursuant to which Lead Plaintiff,
3    Connecticut Retirement Plans and Trust Funds ("Connecticut"), was to oppose the motion on
4    December 21, 2007;

5    WHEREAS, on December 21, 2007, the Court entered an order extending the time for
6    Connecticut to oppose the motion until January 4, 2008;

7    WHEREAS, Connecticut seeks, and the JDSU Defendants agree to, an additional
8    extension of time for Connecticut to oppose the motion;

9    WHEREAS, the availability of counsel and the parties is limited due to travel in
10   connection with the holidays;

11   IT IS HEREBY STIPULATED by and between the parties, through their counsel of
12   record, that Connecticut should be granted an extension of time until January 18, 2008 to file and
13   serve its opposition to the JDSU Defendants' motion for sanctions.

Dated: December 28, 2007                MORRISON & FOERSTER LLP

                                        By: /s/ Philip T. Besirof
                                            Philip T. Besirof

                                        Attorneys for Defendants JDS Uniphase
                                        Corporation, Charles Abbe, Jozef Straus, and
                                        Anthony Muller

Dated: December 28, 2007                LABATON SUCHAROW LLP

                                        By: /s/ Barbara J. Hart
                                            Barbara J. Hart

                                        Attorneys for Lead Plaintiff

    IT IS SO ORDERED.

         1/4/08                         [signature]
    Dated: _____

                                        _____
                                        HONORABLE CLAUDIA WILKEN
                                        United States District Court Judge

GENERAL ORDER 45 ATTESTATION

I, Philip T. Besirof, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Lead Plaintiff's Time to Oppose the JDSU Defendants' Motion for Sanctions. In compliance with General Order 45, X.B., I hereby attest that Barbara J. Hart, attorney for Lead Plaintiff, has concurred in this filing.

Dated:  December 28, 2007                         MORRISON & FOERSTER LLP

                                                  By: /s/ Philip T. Besirof
                                                      Philip T. Besirof

                                                  Counsel for Defendants JDS Uniphase
                                                  Corporation, Charles Abbe, Jozef Straus,
                                                  and Anthony Muller