1  [Counsel Listed on Signature Pages]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

12  In re JDS UNIPHASE CORPORATION          Master File No. C–02–1486 CW (EDL)
    SECURITIES LITIGATION
13                                          **STIPULATION AND ORDER AS TO**
                                            **CORRECTED FORM OF JUDGMENT**
14  This Document Relates To:  ALL ACTIONS

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   The parties, through counsel, hereby stipulate to the entry of a corrected form of

2   judgment.  The form of judgment entered by the Court on March 21, 2008, does not identify

3   members of the class, as required by Federal Rule of Civil Procedure 23(c)(3).  Correction of the

4   judgment is proper so that the judgment accurately reflects the Court's intent.  Fed. R.

5   Civ. P. 60(a); *Vaughn v. Eastern Airlines, Inc.*, 817 F.2d 685, 689 (11th Cir. 1987).  This

6   correction does not alter the substantive rights of any party or class member, as the Court already

7   has certified the class referred to in the corrected judgment, and notice of the action also has been

8   provided to the class.  Accordingly, the parties request that the Court enter the [Proposed]

9   Corrected Final Judgment, attached as Exhibit 1.

10   After the Court entered judgment on March 21, 2008, the parties agreed that no party shall

11   appeal the judgment (or any other issue in this action) and that Defendants will waive their costs

12   of suit recoverable in this action.  Under the circumstances of this case, no further notice to the

13   class need now be given.  *See, e.g., Rosengarten v. Buckley*, 613 F. Supp. 1493, 1501 (D. Md.

14   1985) ("The case law does not require shareholder notice or court approval prior to postjudgment

15   settlement of a class action.").

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Dated:  March 27, 2008                  Jonathan M. Plasse
                                            Mark S. Arisohn
2                                           Anthony J. Harwood
                                            Michael Stocker
3                                           Stefanie J. Sundel
                                            LABATON SUCHAROW & RUDOFF LLP
4                                           100 Park Avenue, 12th Floor
                                            New York, New York 10017
5                                           Telephone:  (212) 907-0700
                                            Facsimile:  (212) 818-0477
6
7                                                      - and -

8
9                                           Joseph J. Tabacco, Jr.
                                            Christopher T. Heffelfinger
10                                          BERMAN DeVALERIO PEASE
                                               TABACCO BURT & PUCILLO
                                            425 California Street, Suite 2025
11                                          San Francisco, CA 94104-2205
                                            Telephone: (415) 433-3200
12                                          Facsimile: (415) 433-6382

13
14                                          By:____/s/ Mark S. Arisohn_____
                                                    Mark S. Arisohn
15
                                            Attorneys for Lead Plaintiff
16                                          Connecticut Retirement Plans and Trust
                                            Fund
17
18   Dated: March 27, 2008                  James P. Bennett
                                            Jordan Eth
19                                          Terri Garland
                                            Philip T. Besirof
20                                          MORRISON & FOERSTER LLP
                                            425 Market Street
21                                          San Francisco, California  94105
                                            Telephone: (415) 268-7000
22                                          Facsimile: (415) 268-7522

23
24                                          By:____/s/ Jordan Eth_____
                                                    Jordan Eth
25
                                            Attorneys for Defendants JDS Uniphase
26                                          Corporation, Charles Abbe, Jozef Straus,
                                            and Anthony Muller
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: March 27, 2008

Michael J. Shepard
Howard S. Caro
HELLER EHRMAN LLP
333 Bush Street
San Francisco, California  94104

Michael L. Charlson
J. Christopher Mitchell
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, California  94025


By:___/s/ Michael L. Charlson_____
        Howard S. Caro

Attorneys for Defendant
Kevin Kalkhoven

1   Pursuant to Stipulation, IT IS SO ORDERED.

2           3/28/08

3   Dated: _____

4                                         _____
                                          HONORABLE CLAUDIA WILKEN
5                                         United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28